## CERTIFICATION AND AUTHORIZATION

I, James D. Love, on behalf of the City of Birmingham Firemen's and Policemen's Supplemental Pension System ("Birmingham Supplemental"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and I am authorized in my capacity as Assistant City Attorney to initiate litigation and to execute this Certification on behalf of Birmingham Supplemental.

2. Birmingham Supplemental did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Birmingham Supplemental is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Birmingham Supplemental's transactions in Pluralsight, Inc. common stock during the class period as specified in the complaint are set forth in the table below:

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 06/18/19 | Purchase | 800 | $31.97 |
| 07/10/19 | Purchase | 510 | $32.09 |
| 07/12/19 | Sale | 186 | $32.06 |

5. Birmingham Supplemental has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Credit Suisse Group AG, et al.*, No. 1:17-cv-10014 (S.D.N.Y.)

   *City of Birmingham Firemen's and Policemen's Supplemental Pension Sys. v. Ryanair Holdings plc*, No. 1:18-cv-10330 (S.D.N.Y.)

6. Birmingham Supplemental has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff motion is still pending: *None*

7. Birmingham Supplemental will not accept any payment for serving as a representative party on behalf of the Class beyond Birmingham Supplemental's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of August, 2019.

*Birmingham Firemen's and Policemen's Supplemental Pension System*

_____
James D. Love, Assistant City Attorney