UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF BIRMINGHAM FIREMEN'S AND
POLICEMENT'S SUPPLEMENTAL PENSION
SYSTEM, Individually and On Behalf of All
Others Similarly Situated,

                                    Plaintiff,

        - against -

PLURALSIGHT, INC., AARON SKONNARD,
and JAMES BUDGE,

                                    Defendants.

Case No. 1:19-cv-07563 (AKH)

**NOTICE OF DEFENDANTS'
MOTION TO TRANSFER VENUE
TO THE DISTRICT OF UTAH**


Ignacio E. Salceda, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-1000
isalceda@wsgr.com

Gregory L. Watts, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
gwatts@wsgr.com

*Counsel for Defendants Pluralsight, Inc.,
Aaron Skonnard, and James Budge*

September 27, 2019

PLEASE TAKE NOTICE that defendants Pluralsight, Inc. ("Pluralsight"), Aaron Skonnard, and James Budge (collectively, "Defendants"), by and through undersigned counsel, hereby move the Court for an order transferring this action, and all subsequently filed related actions, to the United States District Court for the District of Utah, pursuant to 28 U.S.C. § 1404(a). The motion will be heard by the Honorable Alvin K. Hellerstein, United States District Judge for the United States District Court for the Southern District of New York, in Courtroom 14D of the United States Courthouse at 500 Pearl Street, New York, NY 10007, at a time to be determined by the Court.

In support of their motion to transfer venue pursuant to section 1404(a), Defendants rely on their Memorandum of Law in Support of Motion To Transfer Venue to the District of Utah and the Declaration of Mark Hansen in Support of Motion To Transfer Venue to the District of Utah, submitted concurrently herewith, and on the pleadings and proceedings in this case. Counsel for Defendants contacted Counsel for Plaintiff on September 13, 2019 but Plaintiff would not agree to move the case to the District of Utah. Defendants hereby request that the Court transfer the action to the District of Utah in the interest of justice and for the convenience of the parties and witnesses.

Dated: September 27, 2019

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI, P.C.

s/ Ignacio E. Salceda

Ignacio E. Salceda, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-1000
isalceda@wsgr.com

-1-

-2-

Gregory L. Watts, *pro hac vice*
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
gwatts@wsgr.com

*Counsel for Defendants Pluralsight, Inc.,*
*Aaron Skonnard, and James Budge*