UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM FIREMEN'S AND POLICEMEN'S SUPPLEMENTAL PENSION SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        - against -<br><br>PLURALSIGHT, INC., AARON SKONNARD, and JAMES BUDGE,<br><br>                                    Defendants. | Case No. 1:19-cv-07563 (AKH)<br><br>**DECLARATION OF MARK HANSEN IN SUPPORT OF MOTION TO TRANSFER VENUE TO THE DISTRICT OF UTAH** |

I, Mark Hansen, declare as follows:

1.      I am the Head of Finance and Accounting of Pluralsight, LLC, the U.S. operating subsidiary of Pluralsight, Inc. ("Pluralsight" or the "Company").

2.      I work at Pluralsight's corporate headquarters in Farmington, Utah.

3.      I have reviewed Plaintiff's Class Action Complaint for Violations of the Federal Securities Laws.

4.      I submit this declaration in support of Pluralsight's motion to transfer venue to the District of Utah. I have personal knowledge of the facts set forth in this Declaration and can testify competently thereto.

5.      Pluralsight is a leading provider of technology skill development solutions committed to closing the global technology skills gap through its cloud-based technology skills platform.

6.      Pluralsight is headquartered in Farmington, Utah, with a total of three offices in the Salt Lake City area commonly referred to as "Silicon Slopes." Pluralsight has announced plans to

-1-

move into a new 350,000-square-foot office building and 30-acre corporate campus in nearby Draper, Utah in 2020.

7.    Pluralsight currently has 1488 full-time employees worldwide; 1282 of those employees work and reside in the United States, and 884 of those employees work and reside in Utah. Pluralsight currently has ten full-time employees who work remotely in New York. It has no offices in New York. All U.S. employees work for Pluralsight LLC, the Company's U.S. operating subsidiary.

8.    Aaron Skonnard, Pluralsight's CEO, and James Budge, Pluralsight's CFO, both work out of the Utah corporate headquarters and reside nearby. Mr. Budge established residency in Utah in 2017, and Mr. Skonnard has been a resident of Utah for more than two decades. Messrs. Skonnard and Budge have at all relevant times worked out of the Company's Utah corporate headquarters and resided in Utah.

9.    All of Pluralsight's executive management team work at the Utah corporate headquarters and reside nearby. No current or former member of Pluralsight's executive management team resides in New York.[1] The current heads of finance, sales, investor relations, and human resources work out of the Company's Utah corporate headquarters and reside nearby.

10.    Every press release, SEC filing or other public statement challenged in the Complaint issued from the Company's corporate headquarters in Farmington, Utah. Corporate disclosures and SEC filings are drafted and approved out of the Company's corporate headquarters in Utah, although one of the employees responsible for drafting press releases works out of

---

[1] Pluralsight's former Chief Revenue Officer resided in New Jersey during this tenure with the Company but worked out of the Company's Utah corporate headquarters and maintained an apartment nearby. Based upon my information and belief, the former Chief Revenue Officer still resides in New Jersey.

California. Utah, therefore, is where most of the witnesses who would testify as to the Company's public statements and disclosures work and reside.

11.    Pluralsight's financial and operational results, like billings and revenue, are calculated at its Utah headquarters. Utah, therefore, is where most of the witnesses who would testify as to the Company's total revenue and billings results work and reside.

12.    Pluralsight's financial projections are generated and approved out of its Utah headquarters. Indeed, all employees who worked on the Company's billings forecast worked out of the Company's Utah offices and reside there.

13.    The Company's current sales leadership works out its Utah headquarters and resides nearby. The Company's primary sales recruiters work in Utah, Colorado and California, and salesforce training is conducted through a sales enablement team that largely operates out of the Utah corporate headquarters.[2] Utah, therefore, is where most of the witnesses who would testify as to the hiring and training of salespeople work and reside.

14.    The Complaint refers to the existence of internal corporate documents and reports that Mr. Skonnard or Mr. Budge were allegedly aware of, and management meetings and conversations that they allegedly participated in. *See* Compl., ¶¶ 21, 70. Any such meetings and conversations would likely have taken place—and any such documents would likely be found—at the Utah corporate headquarters, where Mr. Skonnard and Mr. Budge work.

15.    The Company's outside auditor during the purported class period, PricewaterhouseCoopers, worked out of that firm's Salt Lake City, Utah offices, and the individual

---

[2] The Company's current Head of Sales Enablement works remotely in New York and resides in New York. She joined the Company in January 2019. The individual who executed this function before that time worked out of the Company's Utah offices.

PwC auditors on the engagement were from the firm's Salt Lake City, Utah, Denver, Colorado, or Northern California offices.

16.    Morgan Stanley & Co. LLC and J.P. Morgan Securities LLC acted as lead book-running managers for the Company's secondary public offering ("SPO").  Most of the Morgan Stanley bankers who worked on the SPO were from its Northern California office in Menlo Park, California, and most of the J.P. Morgan bankers who worked on the SPO were from that firm's San Francisco, California office.  Indeed, J.P. Morgan listed its San Francisco address in connection with the SPO prospectus.

17.    I am not aware of any witnesses that would refuse to testify.

I declare under penalty of perjury of the laws of the Unite States of America that the foregoing is true and correct.

Executed at Farmington, Utah on September 27, 2019.

Mark Hansen
Head of Finance and Accounting
Pluralsight, LLC

-4-