# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF BIRMINGHAM FIREMEN'S AND POLICEMEN'S SUPPLEMENTAL PENSION SYSTEM, *Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>PLURALSIGHT, INC., AARON SKONNARD, and JAMES BUDGE,<br><br>Defendants. | Case No. 1:19-cv-7563 (AKH) |

**JOINT DECLARATION OF JEFFREY M. GILL ON BEHALF OF THE INDIANA PUBLIC RETIREMENT SYSTEM AND CHARLES A. BURBRIDGE ON BEHALF OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO IN SUPPORT OF THE PLURALSIGHT INSTITUTIONAL INVESTORS GROUP'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF COUNSEL**

We, Jeffrey M. Gill and Charles A. Burbridge, pursuant to 28 U.S.C. §1746, declare as follows:

1. We, respectfully submit this Joint Declaration in support of the motion of the Indiana Public Retirement System ("INPRS") and Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF," and collectively, the "Pluralsight Institutional Investors Group"), for: (i) appointment as Lead Plaintiff in this action; and (ii) approval of the Pluralsight Institutional Investors Group's selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Lead Counsel.

2. We are informed of and understand the requirements and duties of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Each of us has personal knowledge about the information in this Joint Declaration as to ourselves and, where applicable, the entities with which we are associated.

3. I, Jeffrey M. Gill, in my capacity as Senior Benefits Counsel of INPRS, am authorized to make this declaration on its behalf. INPRS is a $34.2 billion pension fund. INPRS serves the needs of approximately 467,332 members and retirees representing more than 1,200 employers including public universities, schools, municipalities and state agencies. INPRS is familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class. INPRS' understanding of the PSLRA's requirements is informed by, among other things, its prior experience as a lead plaintiff and representative party in prior shareholder class actions, and conversations with its counsel. As detailed in the papers accompanying our Lead Plaintiff motion, INPRS has suffered significant losses as a result of INPRS transactions in Pluralsight common stock during the Class Period.

1

4. I, Charles A. Burbridge, in my capacity as Executive Director of CTPF, am authorized to make this declaration on its behalf. CTPF is an $11.1 billion pension fund. CTPF was established by the Illinois state legislature in 1895 and is the administrator of a defined benefit public employee retirement system providing retirement, survivor and disability benefits for certain certified teachers and employees of the public schools in Chicago, Illinois. CTPF is familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class. CTPF's understanding of the PSLRA's requirements is informed by, among other things, its prior experience as a lead plaintiff and representative party in shareholder class actions, and conversations with its counsel. As detailed in the papers accompanying our Lead Plaintiff motion, CTPF has suffered significant losses as a result of its investments in Pluralsight common stock during the Class Period.

5. The Pluralsight Institutional Investors Group is highly incentivized to recover the substantial losses suffered as a result of Defendants' alleged violations of the federal securities laws and is committed to actively directing this litigation and maximizing the recovery for the Class.

6. We understand that each of us could have chosen to pursue individual actions, made a motion for the appointment as Lead Plaintiff individually, or could have taken no action and remained absent class members. However, based on our respective financial losses, and in order to gain the advantages of joint decision-making, collective resources and experiences, and to provide the Class broad representation and maximize the potential recovery in this case for all class members, we affirmatively decided that it would benefit the class if we joined forces in overseeing the litigation and jointly sought appointment as Lead Plaintiff. We strongly believe our joint prosecution of this action will be in the best interests of class members. These reasons,

along with our commitment to ensure that the Class's claims are efficiently and effectively prosecuted, motivated us to seek appointment with one another.  Moreover, both INPRS and CTPF have familiarity with one another, having moved previously together for lead plaintiff in another case (although another institution with greater losses was appointed) and through their in-house attorneys' membership in and attendance at the meetings of the National Association of Public Pension Attorneys, a professional legal and educational organization that provides educational opportunities and informational resources for public pension attorneys.

7. We each understand that we owe a duty to all members of the proposed Class to provide fair and adequate representation.  We intend to work with one another and with our chosen counsel to protect the interests of all Class members, and to vigorously prosecute the claims brought forth in this action on behalf of the Class.

8. We do not foresee any problems communicating with one another or staying abreast of the progress of this litigation.  Indeed, as part of our effort to formalize our leadership of this action, and our commitment to jointly prosecute the action against Defendants, before seeking appointment as Lead Plaintiff, we jointly convened a conference call together with our chosen counsel, Cohen Milstein, followed by emails, to discuss, among other things: the facts and the merits of the claims against Defendants; our interest in serving jointly as Lead Plaintiff; the benefits a small and cohesive pair of committed institutional investors that are experienced with securities litigation and overseeing counsel will provide to the Class; our interests in prosecuting the case in a collaborative fashion; our shared goal to ensure that all legal claims are vigorously and strategically litigated against all defendants and to achieve the maximum recovery for the Class; and how to ensure that the Class's claims will be efficiently and zealously prosecuted, without duplicative efforts, by our oversight of our proposed Lead Counsel, Cohen

Milstein. We agreed and believe that combining our efforts as a small, cohesive pair of experienced institutional investors serving as Lead Plaintiff will accomplish these goals and have a positive effect on the quality of the representation provided to absent class members.

9. We also discussed a Lead Plaintiff's obligation under the PSLRA to select Lead Counsel, and to supervise the prosecution of the case to guarantee that the action is prosecuted efficiently. Through supervision of our chosen counsel, we will ensure that the action is prosecuted for the benefit of the Class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone and email, and if necessary, in person. We also understand that some of these meetings may need to be conducted without counsel. To this end, we have exchanged contact information for one another, and will be able to call meetings with and without counsel as needed, including on an emergency basis if circumstances arise requiring such urgent communications. We are confident in our ability to reach unanimous decisions regarding litigation matters. If, by chance, we disagree with each other on a significant decision, we will work with one another and with our counsel to make sure we overcome our differences to reach an agreement and consensus, which we have successfully done in other cases when differences of opinion have arisen.

10. After careful consideration, we have selected Cohen Milstein to serve as Lead Counsel. We are satisfied that our chosen counsel is highly experienced in prosecuting actions of this nature and diligently prosecuting the Class's claims under our supervision. We are familiar with Cohen Milstein's experience, resources and successes and that it is an accomplished law firm with a history of achieving significant settlements and results in class actions.

11. We have instructed our counsel to conduct the litigation in an efficient and effective manner. We have instructed our proposed Lead Counsel to provide us with regular updates on the progress of the litigation and to advise us of all significant developments. We recognize that developments in this case may require frequent updates, and have instructed counsel to provide updates as frequently as necessary.

12. As set forth above, INPRS and CTPF are committed to satisfying their fiduciary obligations to absent class members if appointed as Lead Plaintiff and to actively overseeing the vigorous, effective and efficient prosecution of this action. This includes, among other things, reviewing and authorizing the filing of court documents, actively participating in litigation decisions, discussing litigation strategy, monitoring and directing counsel, attending court proceedings and hearings, and depositions, as necessary and where our presence will be of a benefit to the Class, and taking an active role in any settlement discussions, including attendance at mediation. We take the obligations owed by a Lead Plaintiff to the Class very seriously and hereby affirm our commitment to actively monitor our counsel and the litigation, to prosecute the action in the best interest of the Class, and to otherwise fulfill the duties we will assume if appointed as Lead Plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed this 15th day of October, 2019.

Jeffrey M. Gill, Senior Benefits Counsel
*Indiana Public Retirement System and*
*Public School Teachers Pension*

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed this 15th day of October, 2019.

Charles A. Burbridge, Executive Director
*Public School Teachers' Pension and Retirement Fund of Chicago*