CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19–cv–07563–AKH

| | |
|---|---|
| City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Pluralsight, Inc. et al | Date Filed: 08/13/2019 |
| Assigned to: Judge Alvin K. Hellerstein | Date Terminated: 10/24/2019 |
| Cause: 15:78m(a) Securities Exchange Act | Jury Demand: Plaintiff |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**City of Birmingham Firemen's and Policemen's Supplemental Pension System**
*Individually and on behalf of all others similarly situated*

represented by **Steven B. Singer**
Saxena White P.A.
10 Bank Street 8th Floor
White Plains, NY 10606
914–437–8551
Fax: 888–631–3611
Email: ssinger@saxenawhite.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Oakland County Employees' Retirement System and the Oakland County Voluntary Employees' Beneficiary Association Trust**

represented by **Steven B. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Oklahoma Police Pension and Retirement System**

represented by **Steven B. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**City of Birmingham Retirement and Relief System**

represented by **Steven B. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Pluralsight Institutional Investors Group**

represented by **Alice Buttrick**
Cohen Milstein Sellers & Toll PLLC
88 Pine St. # 14
New York, NY 10005
212–838–7797
Fax: 212–838–7745
Email: abuttrick@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Carol V. Gilden**
Cohen Milstein Sellers & Toll PLLC (IL)

190 North LaSalle Street
Chicago, IL 60603
(312) 357 0370
Fax: (312)–357–0369
Email: cgilden@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Michael Benjamin Eisenkraft**
Cohen Milstein Sellers & Toll PLLC
88 Pine Street
14th Floor
New York, NY 10005
(212) 838–7797
Fax: (212) 838–7745
Email: meisenkraft@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Southeastern Pennsylvania Transportation Authority**     represented by  **Javier Bleichmar**
Bleichmar Fonti & Auld LLP
7 Times Square, 27th fl
New York, NY 10036
212–789–1340
Fax: 212–205–3961
Email: jbleichmar@bfalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Employees' Retirement System of the Puerto Rico Electric Power Authority**     represented by  **Mitchell M.Z. Twersky**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY 10119
(212) 279–5050
Fax: (212)–279–3655
Email: mtwersky@aftlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**City of Sarasota General Employees Defined Benefit Pension Plan**     represented by  **Mitchell M.Z. Twersky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Hallandale Beach Police and Firefighters Retirement Fund**     represented by  **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212)–661–1100
Fax: (212)–661–8665
Email: jalieberman@pomlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Sudeep Uprety**                                   represented by   **Phillip C. Kim**
                                                                    The Rosen Law Firm
                                                                    275 Madison Avenue
                                                                    40th Floor
                                                                    New York, NY 10016
                                                                    212−686−1060
                                                                    Fax: 212−202−3827
                                                                    Email: pkim@rosenlegal.com
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pluralsight, Inc.**                               represented by   **Gregory Lewis Watts**
                                                                    Wilson Sonsini Goodrich & Rosati
                                                                    701 Fifth Avenue
                                                                    Ste 5100
                                                                    Seattle, WA 98104
                                                                    206−883−2617
                                                                    Fax: 206−883−2699
                                                                    Email: gwatts@wsgr.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ignacio E. Salceda**
                                                                    Wilson Sonsini Goodrich & Rosati (CA)
                                                                    650 Page Mill Road
                                                                    Palo Alto, CA 94304
                                                                    650−493−9300
                                                                    Fax: 650−565−5100
                                                                    Email: isalceda@wsgr.com
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Aaron Skonnard**                                  represented by   **Gregory Lewis Watts**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ignacio E. Salceda**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**James Budge**                                     represented by   **Gregory Lewis Watts**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Ignacio E. Salceda**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2019 | Ï 1 | COMPLAINT against James Budge, Pluralsight, Inc., Aaron Skonnard. (Filing Fee $ 400.00, Receipt Number ANYSDC–17420779)Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Attachments: # 1 Plaintiff's Certification and Authorization)(Singer, Steven) (Entered: 08/13/2019) |
| 08/13/2019 | Ï 2 | CIVIL COVER SHEET filed. (Singer, Steven) (Entered: 08/13/2019) |
| 08/13/2019 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Pluralsight, Inc., re: 1 Complaint,. Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Singer, Steven) (Entered: 08/13/2019) |
| 08/13/2019 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to James Budge, re: 1 Complaint,. Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Singer, Steven) (Entered: 08/13/2019) |
| 08/13/2019 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Aaron Skonnard, re: 1 Complaint,. Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Singer, Steven) (Entered: 08/13/2019) |
| 08/14/2019 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Steven B. Singer. The party information for the following party/parties has been modified: City of Birmingham Firemen's and Policemen's Supplemental Pension System. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (sj) (Entered: 08/14/2019) |
| 08/14/2019 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Alvin K. Hellerstein. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (sj) (Entered: 08/14/2019) |
| 08/14/2019 | Ï | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (sj) (Entered: 08/14/2019) |
| 08/14/2019 | Ï | Case Designated ECF. (sj) (Entered: 08/14/2019) |
| 08/14/2019 | Ï 6 | ELECTRONIC SUMMONS ISSUED as to Pluralsight, Inc.. (sj) (Entered: 08/14/2019) |

| 08/14/2019 | Ï 7 | ELECTRONIC SUMMONS ISSUED as to James Budge. (sj) (Entered: 08/14/2019) |
| 08/14/2019 | Ï 8 | ELECTRONIC SUMMONS ISSUED as to Aaron Skonnard. (sj) (Entered: 08/14/2019) |
| 08/16/2019 | Ï 9 | WAIVER OF SERVICE RETURNED EXECUTED. Pluralsight, Inc. waiver sent on 8/14/2019, answer due 10/15/2019. Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Singer, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 10 | WAIVER OF SERVICE RETURNED EXECUTED. James Budge waiver sent on 8/14/2019, answer due 10/15/2019. Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Singer, Steven) (Entered: 08/16/2019) |
| 08/16/2019 | Ï 11 | WAIVER OF SERVICE RETURNED EXECUTED. Aaron Skonnard waiver sent on 8/14/2019, answer due 10/15/2019. Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Singer, Steven) (Entered: 08/16/2019) |
| 09/18/2019 | Ï 12 | NOTICE OF COURT CONFERENCE: The Honorable Alvin K. Hellerstein, U.S.D.J. has ordered that counsel for all parties and any pro se parties attend a conference, at the time and place fixed below, for the purpose of Case Management and scheduling pursuant to Rule 16 of the Federal Rules of Civil Procedure. Counsel or pro se plaintiff receiving this notice is directed to furnish all attorneys and any pro se parties in this action, as and when they appear, with copies of this order and enclosures, and to retain due proof thereof. If you are unaware of the identity of counsel for any of the parties, you must forthwith send a copy of this notice and enclosures to that party personally, informing the party that any unrepresented party is required to appear at the conference in person. Counsel attending the conference should be the attorneys who will try the action, or who have full authority to resolve all issues to be decided, to enter into stipulations and who are authorized to discuss settlement. DATE, PLACE AND TIME OF CONFERENCE: October 25, 2019 at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 14D at 10:00 a.m. It is Ordered that counsel to whom this Order is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to Chambers. Please include telephone numbers and fax numbers on all documents submitted to the Court. (Initial Conference set for 10/25/2019 at 10:00 AM in Courtroom 14D, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 9/17/19) (yv) (Entered: 09/18/2019) |
| 09/19/2019 | Ï 13 | MOTION for Ignacio E. Salceda to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17630877. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Budge, Pluralsight, Inc., Aaron Skonnard. (Attachments: # 1 Affidavit of Ignacio E. Salceda, # 2 [Proposed] Order)(Salceda, Ignacio) (Entered: 09/19/2019) |
| 09/19/2019 | Ï 14 | MOTION for Gregory L. Watts to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17631019. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James |

| | | Budge, Pluralsight, Inc., Aaron Skonnard. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Watts, Gregory) (Entered: 09/19/2019) |
|---|---|---|
| 09/20/2019 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Ignacio E. Salceda to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17630877. Motion and supporting papers to be reviewed by Clerk's Office staff., 14 MOTION for Gregory L. Watts to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17631019. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/20/2019) |
| 09/23/2019 | Ï 15 | ORDER FOR ADMISSION PRO HAC VICE granting 13 Motion for Ignacio E. Salceda to Appear Pro Hac Vice. The motion of Ignacio E. Salceda for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Alvin K. Hellerstein on 9/20/19) (yv) (Entered: 09/23/2019) |
| 09/23/2019 | Ï 16 | ORDER FOR ADMISSION PRO HAC VICE granting 14 Motion for Gregory L. Watts to Appear Pro Hac Vice. The motion of Gregory L. Watts, for admission to practice Pro Hac Vice in the above captioned action is granted. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Alvin K. Hellerstein on 9/20/19) (yv) (Entered: 09/23/2019) |
| 09/27/2019 | Ï 17 | MOTION to Transfer Case *Notice of Defendants Motion to Transfer Venue to the District of Utah*. Document filed by James Budge, Pluralsight, Inc., Aaron Skonnard.(Watts, Gregory) (Entered: 09/27/2019) |
| 09/27/2019 | Ï 18 | MEMORANDUM OF LAW in Support re: 17 MOTION to Transfer Case *Notice of Defendants Motion to Transfer Venue to the District of Utah*. . Document filed by James Budge, Pluralsight, Inc., Aaron Skonnard. (Watts, Gregory) (Entered: 09/27/2019) |
| 09/27/2019 | Ï 19 | DECLARATION of Mark Hansen in Support re: 17 MOTION to Transfer Case *Notice of Defendants Motion to Transfer Venue to the District of Utah*.. Document filed by James Budge, Pluralsight, Inc., Aaron Skonnard. (Watts, Gregory) (Entered: 09/27/2019) |
| 10/07/2019 | Ï 20 | JOINT LETTER MOTION to Adjourn Conference *and Discovery Deadlines* addressed to Judge Alvin K. Hellerstein from Gregory L. Watts dated 10/07/2019. Document filed by James Budge, Pluralsight, Inc., Aaron Skonnard.(Watts, Gregory) (Entered: 10/07/2019) |
| 10/10/2019 | Ï 21 | ORDER granting 20 Letter Motion to Adjourn Conference. Defendants' time to file an answer or motions is enlarged to Nov. 22, 2019. All other dates are canceled. (Signed by Judge Alvin K. Hellerstein on 10/10/19) (yv) (Entered: 10/10/2019) |

| 10/10/2019 | Ï | Set/Reset Deadlines: James Budge answer due 11/22/2019; Pluralsight, Inc. answer due 11/22/2019; Aaron Skonnard answer due 11/22/2019. Motions due by 11/22/2019. (yv) (Entered: 10/10/2019) |
|---|---|---|
| 10/11/2019 | Ï 22 | MEMORANDUM OF LAW in Opposition re: 17 MOTION to Transfer Case *Notice of Defendants Motion to Transfer Venue to the District of Utah*. . Document filed by City of Birmingham Firemen's and Policemen's Supplemental Pension System. (Singer, Steven) (Entered: 10/11/2019) |
| 10/15/2019 | Ï 23 | MOTION to Appoint Oakland County Employees' Retirement System and the Oakland County Voluntary Employees' Beneficiary Association Trust; Oklahoma Police Pension and Retirement System; and City of Birmingham Retirement and Relief System to serve as lead plaintiff(s) . Document filed by Oakland County Employees' Retirement System and the Oakland County Voluntary Employees' Beneficiary Association Trust, Oklahoma Police Pension and Retirement System, City of Birmingham Retirement and Relief System. (Attachments: # 1 Text of Proposed Order)(Singer, Steven) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 24 | MEMORANDUM OF LAW in Support re: 23 MOTION to Appoint Oakland County Employees' Retirement System and the Oakland County Voluntary Employees' Beneficiary Association Trust; Oklahoma Police Pension and Retirement System; and City of Birmingham Retirement and Relief System to s . Document filed by City of Birmingham Retirement and Relief System, Oakland County Employees' Retirement System and the Oakland County Voluntary Employees' Beneficiary Association Trust, Oklahoma Police Pension and Retirement System. (Singer, Steven) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 25 | DECLARATION of Steven B. Singer in Support re: 23 MOTION to Appoint Oakland County Employees' Retirement System and the Oakland County Voluntary Employees' Beneficiary Association Trust; Oklahoma Police Pension and Retirement System; and City of Birmingham Retirement and Relief System to s. Document filed by City of Birmingham Retirement and Relief System, Oakland County Employees' Retirement System and the Oakland County Voluntary Employees' Beneficiary Association Trust, Oklahoma Police Pension and Retirement System. (Attachments: # 1 Exhibit A Press Release, # 2 Exhibit B Certifications, # 3 Exhibit C Loss Charts, # 4 Exhibit D Joint Declaration, # 5 Exhibit E Saxena White Firm Resume, # 6 Exhibit F Barrack Rodos and Bacine Firm Resume)(Singer, Steven) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 26 | MOTION to Appoint Pluralsight Institutional Investors Group to serve as lead plaintiff(s) . Document filed by Pluralsight Institutional Investors Group. (Attachments: # 1 Text of Proposed Order)(Eisenkraft, Michael) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 27 | MEMORANDUM OF LAW in Support re: 26 MOTION to Appoint Pluralsight Institutional Investors Group to serve as lead plaintiff(s) . . Document filed by Pluralsight Institutional Investors Group. (Eisenkraft, Michael) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 28 | DECLARATION of Michael B. Eisenkraft in Support re: 26 MOTION to Appoint Pluralsight Institutional Investors Group to serve as lead plaintiff(s) .. Document filed by Pluralsight Institutional Investors Group. (Attachments: # 1 Exhibit PSLRA Notice, # 2 Exhibit INPRS |

| | | |
|---|---|---|
| | | Certification, # 3 Exhibit INPRS Loss Chart, # 4 Exhibit CTPF Certification, # 5 Exhibit CTPF Loss Chart, # 6 Exhibit Joint Declaration, # 7 Exhibit Cohen Milstein Firm Resume)(Eisenkraft, Michael) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 29 | MOTION to Appoint Southeastern Pennsylvania Transportation Authority to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *Bleichmar Fonti & Auld LLP*. Document filed by Southeastern Pennsylvania Transportation Authority. (Attachments: # 1 Text of Proposed Order)(Bleichmar, Javier) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 30 | MEMORANDUM OF LAW in Support re: 29 MOTION to Appoint Southeastern Pennsylvania Transportation Authority to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Bleichmar Fonti & Auld LLP*. . Document filed by Southeastern Pennsylvania Transportation Authority. (Bleichmar, Javier) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 31 | DECLARATION of Javier Bleichmar in Support re: 29 MOTION to Appoint Southeastern Pennsylvania Transportation Authority to serve as lead plaintiff(s) . MOTION to Appoint Counsel *Bleichmar Fonti & Auld LLP*.. Document filed by Southeastern Pennsylvania Transportation Authority. (Attachments: # 1 Exhibit Certification of SEPTA, # 2 Exhibit Notice of Pendency, # 3 Exhibit SEPTA Financial Interest Chart, # 4 Exhibit BFA Firm Resume)(Bleichmar, Javier) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 32 | PROPOSED ORDER. Document filed by Southeastern Pennsylvania Transportation Authority. Related Document Number: 29 . (Bleichmar, Javier) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/15/2019) |
| 10/15/2019 | Ï 33 | MOTION to Appoint Employees' Retirement System of the Puerto Rico Electric Power Authority and the City of Sarasota General Employees Defined Benefit Pension Plan to serve as lead plaintiff(s) ., MOTION to Appoint Counsel . Document filed by Employees' Retirement System of the Puerto Rico Electric Power Authority, City of Sarasota General Employees Defined Benefit Pension Plan. (Attachments: # 1 Text of Proposed Order)(Twersky, Mitchell) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 34 | MEMORANDUM OF LAW in Support re: 33 MOTION to Appoint Employees' Retirement System of the Puerto Rico Electric Power Authority and the City of Sarasota General Employees Defined Benefit Pension Plan to serve as lead plaintiff(s) . MOTION to Appoint Counsel . . Document filed by City of Sarasota General Employees Defined Benefit Pension Plan, Employees' Retirement System of the Puerto Rico Electric Power Authority. (Twersky, Mitchell) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 35 | MOTION to Appoint Hallandale Beach Police and Firefighters Retirement Fund to serve as lead plaintiff(s) ., MOTION to Approve Counsel . Document filed by Hallandale Beach Police and Firefighters Retirement Fund.(Lieberman, Jeremy) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 36 | PROPOSED ORDER. Document filed by Hallandale Beach Police and Firefighters Retirement Fund. Related Document Number: 35 . (Lieberman, Jeremy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/15/2019) |
| 10/15/2019 | Ï 37 | |

| | | |
|---|---|---|
| | | MEMORANDUM OF LAW in Support re: 35 MOTION to Appoint Hallandale Beach Police and Firefighters Retirement Fund to serve as lead plaintiff(s) . MOTION to Approve Counsel . . Document filed by Hallandale Beach Police and Firefighters Retirement Fund. (Lieberman, Jeremy) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 38 | DECLARATION of Mitchell M.Z. Twersky in Support re: 33 MOTION to Appoint Employees' Retirement System of the Puerto Rico Electric Power Authority and the City of Sarasota General Employees Defined Benefit Pension Plan to serve as lead plaintiff(s) . MOTION to Appoint Counsel .. Document filed by City of Sarasota General Employees Defined Benefit Pension Plan, Employees' Retirement System of the Puerto Rico Electric Power Authority. (Attachments: # 1 Exhibit Joint Declaration, # 2 Exhibit Notice, # 3 Exhibit ERS–PREPA Certification, # 4 Exhibit Sarasota EPP Certification, # 5 Exhibit Firm Resume)(Twersky, Mitchell) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 39 | DECLARATION of Jeremy A. Lieberman in Support re: 35 MOTION to Appoint Hallandale Beach Police and Firefighters Retirement Fund to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Hallandale Beach Police and Firefighters Retirement Fund. (Attachments: # 1 Exhibit A – Loss Chart, # 2 Exhibit B – Press Release, # 3 Exhibit C – Certification, # 4 Exhibit D – Firm Resume)(Lieberman, Jeremy) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 40 | MOTION to Appoint Sudeep Uprety to serve as lead plaintiff(s) ., MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. Document filed by Sudeep Uprety.(Kim, Phillip) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 41 | PROPOSED ORDER. Document filed by Sudeep Uprety. Related Document Number: 40 . (Kim, Phillip) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/15/2019) |
| 10/15/2019 | Ï 42 | MEMORANDUM OF LAW in Support re: 40 MOTION to Appoint Sudeep Uprety to serve as lead plaintiff(s) . MOTION to Appoint Counsel *The Rosen Law Firm, P.A.*. . Document filed by Sudeep Uprety. (Attachments: # 1 Exhibit 1 – Early Notice, # 2 Exhibit 2 – PSLRA Certification, # 3 Exhibit 3 – Loss Chart, # 4 Exhibit 4 – Firm Resume)(Kim, Phillip) (Entered: 10/15/2019) |
| 10/15/2019 | Ï | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 36 Proposed Order, 32 Proposed Order, 41 Proposed Order was reviewed and approved as to form. (ad)** (Entered: 10/16/2019) |
| 10/17/2019 | Ï 43 | NOTICE OF APPEARANCE by Alice Buttrick on behalf of Pluralsight Institutional Investors Group. (Buttrick, Alice) (Entered: 10/17/2019) |
| 10/18/2019 | Ï 44 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Transfer Case *Notice of Defendants Motion to Transfer Venue to the District of Utah*. . Document filed by James Budge, Pluralsight, Inc., Aaron Skonnard. (Watts, Gregory) (Entered: 10/18/2019) |
| 10/21/2019 | Ï 45 | RESPONSE in Opposition to Motion re: 17 MOTION to Transfer Case *Notice of Defendants Motion to Transfer Venue to the District of Utah*. . Document filed by Pluralsight Institutional Investors Group. (Eisenkraft, Michael) (Entered: 10/21/2019) |

| 10/21/2019 | Ï 46 | MOTION for CAROL V. GILDEN to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17805691. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Pluralsight Institutional Investors Group.(Gilden, Carol) (Entered: 10/21/2019) |
| --- | --- | --- |
| 10/21/2019 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>46</u> MOTION for CAROL V. GILDEN to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17805691. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/21/2019) |
| 10/21/2019 | Ï 47 | NOTICE of Withdrawal re: <u>40</u> MOTION to Appoint Sudeep Uprety to serve as lead plaintiff(s) . MOTION to Appoint Counsel *The Rosen Law Firm, P.A...* Document filed by Sudeep Uprety. (Kim, Phillip) (Entered: 10/21/2019) |
| 10/22/2019 | Ï 48 | ORDER FOR CAROL V. GILDEN PRO HAC VICE R granting <u>46</u> Motion for Carol V. Gilden to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 10/22/2019) (rro) (Entered: 10/22/2019) |
| 10/24/2019 | Ï 49 | ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER denying without prejudice <u>29</u> Motion to Appoint ; denying without prejudice <u>29</u> Motion to Appoint Counsel ; denying without prejudice <u>33</u> Motion to Appoint ; denying without prejudice <u>33</u> Motion to Appoint Counsel ; denying without prejudice <u>35</u> Motion to Appoint ; denying without prejudice <u>35</u> Motion to Approve ; denying without prejudice <u>40</u> Motion to Appoint ; denying without prejudice <u>40</u> Motion to Appoint Counsel ; granting <u>17</u> Motion to Transfer Case; denying without prejudice <u>23</u> Motion to Appoint ; denying without prejudice <u>26</u> Motion to Appoint. Defendants' motion to transfer (ECF No. 17) is granted, and the motions to appoint lead plaintiff and counsel (ECF No. 23, 26, 29, 33, 35, 40) are denied without prejudice. This action is transferred to the District of Utah. The Clerk shall execute the transfer, terminate the motions, and close this docket. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 10/24/19) (yv) (Entered: 10/24/2019) |
| 10/24/2019 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of Utah (yv) (Entered: 10/31/2019) |
| 10/28/2019 | Ï 50 | NOTICE of NON−OPPOSITION OF HALLANDALE BEACH POLICE AND FIREFIGHTERS RETIREMENT FUND TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL re: <u>35</u> MOTION to Appoint Hallandale Beach Police and Firefighters Retirement Fund to serve as lead plaintiff(s) . MOTION to Approve Counsel .. Document filed by Hallandale Beach Police and Firefighters Retirement Fund. (Lieberman, Jeremy) (Entered: 10/28/2019) |