# EXHIBIT A

**UPDATED CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Steven R. Russo, on behalf of the Indiana Public Retirement System ("INPRS"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of INPRS and am authorized to execute this Certification on behalf of INPRS. I have reviewed the facts and allegations of the Amended Complaint in this matter and authorize its filing by counsel.

2. INPRS did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the federal securities laws.

3. INPRS is the Court-appointed Lead Plaintiff in this action. INPRS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. During the Class Period (as defined in the Amended Complaint), INPRS purchased and/or sold the securities that are the subject of the Complaint as set forth in the attached Schedule A.

5. INPRS sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions filed under the federal securities laws during the three years preceding the date of this Certification:

    a. *Caudle v. AAC Holdings, Inc. et al.*, No. 3:19-cv-00407 (M.D. Tenn.)

    b. *Karinski v. Stamps.com, Inc. et al.*, No. 2:19-cv-01828 (C.D. Cal.)

    c. *Bristol County Retirement System v. Qurate Retail, Inc. et al.*, No. 1:18-cv-02300 (D. Colo.)

    d. *City of Birmingham Firemen's and Policemen's Supplemental Pension System, et al. v. Pluralsight, Inc. et al.*, No. 1:19-cv-00128 (D. Utah)

6. INPRS also sought to serve but was not appointed as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

    a. *In re Dentsply Sirona, Inc. Securities Litigation*, No. 1:18-cv-07253 (E.D.N.Y.)

7. INPRS will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this _3ʳᵈ_ day of June, 2020.

By: _____

Steven R. Russo
Executive Director
*Indiana Public Employees Retirement System*

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
| --- | --- | --- | --- |
| 2/26/2019 | PURCHASE | 4,400 | 29.7362 |
| 2/26/2019 | PURCHASE | 800 | 29.6872 |
| 2/26/2019 | PURCHASE | 100 | 29.5225 |
| 2/28/2019 | PURCHASE | 200 | 31.15 |
| 3/1/2019 | PURCHASE | 900 | 33.7354 |
| 3/4/2019 | PURCHASE | 1,500 | 32.6035 |
| 3/7/2019 | PURCHASE | 3,700 | 28.9138 |
| 3/7/2019 | PURCHASE | 700 | 29.1358 |
| 3/7/2019 | PURCHASE | 65,200 | 29.25 |
| 3/7/2019 | PURCHASE | 500 | 29.22 |
| 3/8/2019 | PURCHASE | 1,300 | 28.4929 |
| 3/8/2019 | PURCHASE | 1,200 | 28.7219 |
| 3/11/2019 | PURCHASE | 1,200 | 29.0678 |
| 3/11/2019 | PURCHASE | 1,200 | 29.0319 |
| 3/13/2019 | PURCHASE | 11,500 | 29.2895 |
| 3/14/2019 | PURCHASE | 2,300 | 29.1721 |
| 3/15/2019 | PURCHASE | 3,930 | 29.41 |
| 6/14/2019 | PURCHASE | 6,600 | 29.9592 |
| 6/28/2019 | PURCHASE | 850 | 30.32 |