# EXHIBIT B

## UPDATED CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Charles A. Burbridge, on behalf of the Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of CTPF and am authorized to execute this Certification on behalf of CTPF. I have reviewed the facts and allegations of the Amended Complaint in this matter and authorize its filing by counsel.

2. CTPF did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action arising under the private securities laws.

3. CTPF is the Court-appointed Lead Plaintiff in this action. CTPF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. During the Class Period (as defined in the amended Complaint), CTPF purchased and/or sold the securities that are the subject of the Complaint as set forth on the attached Schedule A.

5. CTPF sought to serve and was appointed to serve as a representative party on behalf of a class in the following actions filed under the federal securities laws during the three years preceding the date of this Certification:

   a. *In re Spectrum Brands Securities Litigation*, No. 3:19-cv-00347 (W.D. Wis.)

   b. *In re RH, Inc. Securities Litigation*, No. 4:17-cv-00554 (N.D. Cal.)

   c. *City of Birmingham Firemen's and Policemen's Supplemental Pension System, et al. v. Pluralsight, Inc. et al.*, No. 1:19-cv-00128 (D. Utah)

6. CTPF also sought to serve (but was not appointed or not yet appointed) as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification

   a. *Harper v. 2U, Inc. et al.*, No. 1:19-cv-07390 (S.D.N.Y)

   b. *In re Dentsply Sirona, Inc. Securities Litigation*, No. 1:18-cv-07253 (E.D.N.Y.)

   c. *Ontario Teachers' Pension Plan Board, et al v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:17-cv-00558 (D. Conn.) and *Galmi v. Teva Pharmaceutical Industries Ltd., et al*, No. 2:16-cv-8259 (C.D. Cal.) (cases were consolidated in April 2017)

7. CTPF will not accept any payment for serving as a class representative on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the court

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this ___ 3rd ___ day of June, 2020.

By:

DocuSigned by:

519A876211594FB...

Charles A. Burbridge
Executive Director
*Public School Teachers' Pension and
Retirement Fund of Chicago*

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|------------|------------------|--------|-----------------|
| 2/13/2019 | PURCHASE | 2,700 | 31.3677 |
| 3/1/2019 | PURCHASE | 2,000 | 32.9563 |
| 3/4/2019 | PURCHASE | 2,100 | 32.8701 |
| 3/5/2019 | PURCHASE | 6,900 | 31.0073 |
| 3/6/2019 | PURCHASE | 6,600 | 30.1647 |
| 3/7/2019 | PURCHASE | 7,900 | 28.8629 |
| 3/15/2019 | PURCHASE | 1,700 | 29.41 |
| 3/19/2019 | PURCHASE | 10,000 | 30.7391 |
| 6/28/2019 | PURCHASE | 500 | 30.32 |
| 6/28/2019 | PURCHASE | 300 | 30.32 |