# EXHIBIT C



Pluralsight's False Sales Force Statements, Stock Price Inflation and Massive Insider Trading