# EXHIBIT C



### Pluralsight's False Sales Force Statements, Stock Price Inflation and Massive Insider Trading