Gregory L. Watts (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
gwatts@wsgr.com

Ignacio E. Salceda (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
isalceda@wsgr.com

Jason W. Hardin (# 8793)
Sarah C. Vaughn (# 14615)
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
jhardin@fabianvancott.com
svaughn@fabianvancott.com

*Attorneys for the Pluralsight Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br> Plaintiffs, <br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC, <br> Defendants. | Civ. No. 1:19-CV-00128-JNP-DBP <br><br> **ORDER GRANTING STIPULATED MOTION SETTING MOTION TO DISMISS CORRECTED AMENDED COMPLAINT BRIEFING SCHEDULE** <br><br> Honorable Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

Before the Court is the Parties' Stipulated Motion Setting Motion to Dismiss Corrected Amended Complaint Briefing Schedule (Dkt. 100) (the "Stipulated Motion").  Based upon the Stipulated Motion and for good cause appearing,

IT IS HEREBY ORDERED that the following schedule shall apply to the Motion to Dismiss briefing of the Corrected Amended Complaint, superseding the dates set forth in the Order Granting Stipulated Motion for Schedule for Filing Amended Complaint and Response Thereto (Dkt. 91):

| Deadline | Filing |
|---|---|
| Friday, August 14, 2020 | Defendants to file Motions to Dismiss Corrected Amended Complaint |
| Friday, October 16, 2020 | Lead Plaintiff to file an Opposition to Defendants' Motions to Dismiss Corrected Amended Complaint |
| Tuesday, November 17, 2020 | Defendants to file Replies in Support of Motions to Dismiss Corrected Amended Complaint |

IT IS ALSO ORDERED that, if the Court denies any of the Defendants' Motions to Dismiss the Corrected Amended Complaint, the Parties shall comply with the requirements of paragraphs 2 and 6(a) of the Order to Propose Schedule (Dkt. 84).

DATED this 29 day of June 2020.

_____
DUSTIN B. PEAD
United States Magistrate Judge

2