Gregory L. Watts (*pro hac vice*)
gwatts@wsgr.com
Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Jason W. Hardin (# 8793)
jhardin@fabianvancott.com
Sarah C. Vaughn (# 14615)
svaughn@fabianvancott.com
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900

*Attorneys for Pluralsight, Inc., Aaron Skonnard, James Budge, Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, and Karenann Terrell*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC,<br><br>Defendants. | **Case No. 1:19-CV-00128-JNP-DBP**<br><br>**DECLARATION OF STEPHANIE L. JENSEN IN SUPPORT OF THE PLURALSIGHT DEFENDANTS' MOTION TO DISMISS CORRECTED AMENDED COMPLAINT**<br><br>Honorable Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

I, Stephanie L. Jensen, declare:

1.      I am an attorney duly admitted to practice law in the State of Washington and am admitted *pro hac vice* in the above-referenced case (Dkt. 103).

2.      I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., and am counsel of record for Pluralsight, Inc. ("Pluralsight"), Aaron Skonnard, James Budge, Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, and Karenann Terrell (the "Pluralsight Defendants" or, for purposes of this declaration, "Defendants"). I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein. This declaration is submitted in support of The Pluralsight Defendants' Motion to Dismiss Corrected Amended Complaint, filed herewith.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a Chart of Allegedly False or Misleading Statements, created by the Pluralsight Defendants to facilitate the Court's review of the Corrected Amended Complaint and allegations therein.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Pluralsight's Final Prospectus for its Secondary Public Offering on Form 424B4, filed with the Securities and Exchange Commission ("SEC") on March 7, 2019, and which was deemed part of the Form S-1 Registration Statement filed with the SEC on March 4, 2019 and deemed effective on March 6, 2019.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Pluralsight's Fiscal Year 2018 Form 10-K, filed with the SEC on February 21, 2019.

1

6.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Pluralsight's Fiscal Year 2019 Form 10-K/A, filed with the SEC on March 2, 2020.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Pluralsight's January 16, 2019 Presentation at Needham & Company, LLC's Conference Transcript.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Pluralsight's First Quarter 2019 Earnings Call Transcript, dated May 1, 2019.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Pluralsight's Second Quarter 2019 Earnings Call Transcript, dated July 31, 2019.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Pluralsight's Fourth Quarter 2018 Earnings Call Transcript, dated February 13, 2019.

11.      Attached hereto as **Exhibit 9** are true and correct copies of Aaron Skonnard's Form 4s, filed with the SEC on January 30, April 30, June 5, and July 30, 2019.

12.      Attached hereto as **Exhibit 10** are true and correct copies of James Budge's Form 4s, filed with the SEC on February 21, February 25, May 24, and June 5, 2019.

13.      Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of Pluralsight's Registration Statement for its Initial Public Offering on Form S-1/A, filed with the SEC on May 15, 2018, deemed effective on May 16, 2018.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Snoqualmie, Washington on this 14th day of August, 2020.

/s/ Stephanie L. Jensen
Stephanie L. Jensen (*pro hac vice*)


/s/ Gregory L. Watts (Filing Attorney)
Gregory L. Watts (*pro hac vice*)

2