# EXHIBIT 4

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K/A
**(Amendment No. 1)**

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

Or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number: 001-38498

# PLURALSIGHT, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **82-3605465** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**182 North Union Avenue**
**Farmington, Utah 84025**
(Address of principal executive offices)

**(801) 784-9007**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.0001 par value per share | PS | Nasdaq Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act:**
None.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐

The aggregate market value of the voting and non-voting common stock held by non-affiliates of the registrant as of June 28, 2019, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $2.7 billion based on the closing price of a share of common stock on June 28, 2019 as reported by the Nasdaq Global Select Market, or Nasdaq, for such date. Shares of the registrant's common stock held by each executive officer, director and holder of 5% or more of the outstanding common stock have been excluded in that such persons may be deemed to be affiliates. This calculation does not reflect a determination that certain persons are affiliates of the registrant for any other purpose.

As of February 14, 2020, the registrant had 141,833,367 shares of common stock outstanding, consisting of 104,318,657 shares of Class A common stock, 23,141,415 shares of Class B common stock, and 14,373,295 shares of Class C common stock.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's definitive Proxy Statement relating to its 2020 Annual Meeting of Stockholders, or the 2020 Proxy Statement, are incorporated by reference into Part III of this Form 10-K/A where indicated. Such 2020 Proxy Statement will be filed with the United States Securities and Exchange Commission within 120 days after the end of the fiscal year to which this Annual Report on Form 10-K/A relates.

**PLURALSIGHT, INC.**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| | Explanatory Note | 1 |
| | Special Note Regarding Forward-Looking Statements | 2 |
| | PART I | |
| Item 1. | Business | 4 |
| Item 1A. | Risk Factors | 12 |
| Item 1B. | Unresolved Staff Comments | 43 |
| Item 2. | Properties | 43 |
| Item 3. | Legal Proceedings | 43 |
| Item 4. | Mine Safety Disclosures | 43 |
| | PART II | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 44 |
| Item 6. | Selected Financial Data | 46 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 52 |
| Item 7A. | Quantitative and Qualitative Disclosures about Market Risk | 70 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 71 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 130 |
| Item 9A. | Controls and Procedures | 130 |
| Item 9B. | Other Information | 131 |
| | PART III | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 132 |
| Item 11. | Executive Compensation | 132 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 132 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 132 |
| Item 14. | Principal Accounting Fees and Services | 132 |
| | PART IV | |
| Item 15. | Exhibits, Financial Statement Schedules | 133 |
| Item 16. | Form 10-K/A Summary | 133 |
| | Signatures | 138 |

**EXPLANATORY NOTE**

Pluralsight, Inc. is filing this Amendment No. 1 on Form 10-K/A, (the "Amendment"), to amend and restate its Annual Report on Form 10-K for the year ended December 31, 2019 (the "Annual Report"), which was originally filed with the U.S. Securities and Exchange Commission (the "SEC") on February 25, 2020.

The purpose of the Amendment is to include the correct signature page and power of attorney with the Annual Report.

No revisions are being made to Pluralsight, Inc.'s financial statements or any other disclosure contained in the Annual Report.

1

Table of Contents

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

As used in this Annual Report on Form 10-K, unless expressly indicated or the context otherwise requires, references to "Pluralsight," "we," "us," "our," "the Company," and similar references refer to Pluralsight, Inc. and its consolidated subsidiaries, including Pluralsight Holdings, LLC or Pluralsight Holdings.

This Annual Report on Form 10-K, including the sections entitled "*Business*" and "*Management's Discussion and Analysis of Financial Condition and Results of Operations*," includes forward-looking statements within the meaning of the federal securities laws. These forward-looking statements, which are subject to a number of risks, uncertainties and assumptions about us, generally relate to future events or our future financial or operating performance. In some cases, you can identify these statements by forward-looking words such as "believe," "may," "will," "estimate," "continue," "anticipate," "design," "intend," "expect," "could," "plan," "potential," "predict," "seek," "should," "would," "target," "project," "contemplate," or the negative version of these words and other comparable terminology that concern our expectations, strategy, plans, intentions or projections. Forward-looking statements contained in this Annual Report on Form 10-K include, but are not limited to, statements about:

- our ability to attract new customers and retain and expand our relationships with existing customers;

- our ability to expand our course library and develop new platform features;

- our future financial performance, including trends in billings, revenue, costs of revenue, gross margin, operating expenses, cash (used in) provided by operating activities, and free cash flow;

- the demand for, and market acceptance of, our platform or for cloud-based technology learning solutions in general;

- our ability to compete successfully in competitive markets;

- our ability to respond to rapid technological changes;

- our expectations and management of future growth;

- our ability to enter new markets and manage our expansion efforts, particularly internationally;

- our ability to attract and retain key employees and qualified technical and sales personnel;

- our ability to improve sales management and execution;

- our ability to effectively and efficiently protect our brand;

- our ability to timely scale and adapt our infrastructure;

- our ability to maintain, protect, and enhance our intellectual property and not infringe upon others' intellectual property;

- our ability to successfully identify, acquire, and integrate companies and assets;

- our ability to successfully defend ourselves in legal proceedings;

- the amount and timing of any payments we make under the fourth amended and restated limited liability company agreement of Pluralsight Holdings, or the Fourth LLC Agreement, and our Tax Receivable Agreement, or TRA, with the members of Pluralsight Holdings; and

- our ability to satisfy our obligations under the convertible senior notes.

We caution you that the foregoing list may not contain all of the forward-looking statements made in this Annual Report on Form 10-K.

Table of Contents

**Item 6. Selected Financial Data.**

The following tables present the selected historical consolidated financial information and other data for Pluralsight, Inc. and its consolidated subsidiaries. Pluralsight Holdings is our predecessor, for financial reporting purposes, and its consolidated financial statements are our consolidated financial statements. The following selected consolidated financial data for Pluralsight, Inc. and its consolidated subsidiaries should be read in conjunction with the section entitled "*Management's Discussion and Analysis of Financial Condition and Results of Operations*" and the consolidated financial statements and related notes included elsewhere in this Annual Report on Form 10-K. The selected consolidated statements of operations data for the years ended December 31, 2019, 2018, and 2017, and the selected consolidated balance sheet data as of December 31, 2019 and 2018, are derived from the audited consolidated financial statements and related notes of Pluralsight, Inc. included elsewhere in this Annual Report on Form 10-K. The selected consolidated statement of operations data for the years ended December 31, 2016 and 2015, and the selected consolidated balance sheet data as of December 31, 2017, 2016, and 2015 have been derived from the consolidated financial statements that are not included in this Annual Report on Form 10-K. Our historical results are not necessarily indicative of our future results.

**Consolidated Statements of Operations Data**

| | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2019** | **2018** | **2017** | **2016** | **2015** |
| | (in thousands, except per share amounts) | | | | |
| Revenue | $ 316,910 | $ 232,029 | $ 166,824 | $ 131,841 | $ 108,422 |
| Cost of revenue[1][2] | 71,353 | 62,615 | 49,828 | 40,161 | 33,245 |
| Gross profit | 245,557 | 169,414 | 116,996 | 91,680 | 75,177 |
| Operating expenses[1][2]: | | | | | |
| Sales and marketing | 207,085 | 158,409 | 103,478 | 51,234 | 44,872 |
| Technology and content | 102,902 | 69,289 | 49,293 | 36,159 | 33,146 |
| General and administrative | 85,560 | 78,418 | 46,971 | 18,130 | 15,916 |
| Total operating expenses | 395,547 | 306,116 | 199,742 | 105,523 | 93,934 |
| Loss from operations | (149,990) | (136,702) | (82,746) | (13,843) | (18,757) |
| Other income (expense): | | | | | |
| Interest expense | (23,565) | (6,826) | (11,665) | (6,320) | (7,399) |
| Loss on debt extinguishment | (950) | (4,085) | (1,882) | - | - |
| Other income (expense), net | 11,749 | 1,504 | 81 | 45 | (18) |
| Loss before income taxes | (162,756) | (146,109) | (96,212) | (20,118) | (26,174) |
| Provision for income taxes | (823) | (664) | (324) | (494) | (186) |
| Net loss | $ (163,579) | $ (146,773) | $ (96,536) | $ (20,612) | $ (26,360) |
| Less: Net loss attributable to non-controlling interests | (50,921) | (49,660) | - | - | - |
| Net loss attributable to Pluralsight, Inc. | $ (112,658) | $ (97,113) | $ (96,536) | $ (20,612) | $ (26,360) |
| Less: Accretion of Series A redeemable convertible preferred units | - | (176,275) | (63,800) | (6,325) | (55,300) |
| Net loss attributable to shares of Class A common stock | $ (112,658) | $ (273,388) | $ (160,336) | $ (26,937) | $ (81,660) |
| Net loss per share, basic and diluted[3] | $ (1.19) | $ (0.72) | | | |
| Weighted-average common shares used in computing basic and diluted net loss per share[3] | 94,515 | 62,840 | | | |

46

Table of Contents

_____

(1) Includes equity-based compensation expense as follows:

| | Year Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2019** | | **2018** | | **2017** | | **2016** | | **2015** |
| | (in thousands) | | | | | | | | |
| Cost of revenue | $ | 548 | $ | 205 | $ | 20 | $ | 20 | $ | 39 |
| Sales and marketing | | 30,677 | | 19,096 | | 2,624 | | 1,462 | | 1,896 |
| Technology and content | | 21,430 | | 12,038 | | 1,966 | | 2,050 | | 2,203 |
| General and administrative | | 37,782 | | 41,153 | | 17,171 | | 2,206 | | 865 |
| Total equity-based compensation | $ | 90,437 | $ | 72,492 | $ | 21,781 | $ | 5,738 | $ | 5,003 |

(2) Includes amortization of acquired intangible assets as follows:

| | Year Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2019** | | **2018** | | **2017** | | **2016** | | **2015** |
| | (in thousands) | | | | | | | | |
| Cost of revenue | $ | 3,645 | $ | 7,586 | $ | 7,008 | $ | 6,565 | $ | 6,555 |
| Sales and marketing | | 129 | | 389 | | 721 | | 643 | | 1,077 |
| Technology and content | | 705 | | 706 | | 706 | | 706 | | 611 |
| General and administrative | | - | | - | | 91 | | 120 | | 130 |
| Total amortization of acquired intangible assets | $ | 4,479 | $ | 8,681 | $ | 8,526 | $ | 8,034 | $ | 8,373 |

(3) Represents net loss per share of Class A common stock and weighted-average shares of Class A common stock outstanding for the portion of the periods following the Reorganization Transactions and Pluralsight, Inc.'s IPO described in Note 1 and Note 17 to Pluralsight, Inc.'s consolidated financial statements included elsewhere in this Annual Report on Form 10-K.

**Consolidated Balance Sheet Data**

| | As of December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2019** | | **2018** | | **2017** | | **2016** | | **2015** |
| | (in thousands) | | | | | | | | |
| Cash and cash equivalents | $ | 90,515 | $ | 194,306 | $ | 28,267 | $ | 19,397 | $ | 8,389 |
| Short-term and long-term investments | | 438,039 | | - | | - | | - | | - |
| Total assets | | 1,031,953 | | 447,463 | | 236,420 | | 214,972 | | 192,984 |
| Deferred revenue, current and noncurrent | | 234,654 | | 172,581 | | 111,301 | | 72,683 | | 55,795 |
| Convertible senior notes, net | | 470,228 | | - | | - | | - | | - |
| Long-term debt, net | | - | | - | | 116,037 | | 74,069 | | 83,862 |
| Redeemable convertible preferred units | | - | | - | | 405,766 | | 341,966 | | 305,294 |
| Non-controlling interests | | 63,175 | | 107,167 | | - | | - | | - |
| Total stockholders' equity/members' deficit | | 246,160 | | 208,593 | | (445,077) | | (307,230) | | (286,134) |

Table of Contents

**Key Business Metrics**

We monitor business customers, billings, and certain related key business metrics to help us evaluate our business, identify trends affecting our business, formulate business plans, and make strategic decisions.

| | Year Ended December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2019** | | **2018** | | **2017** | | **2016** | | **2015** |
| | (dollars in thousands) | | | | | | | | |
| Business customers (end of period) | 17,942 | | 16,756 | | 14,463 | | 12,043 | | 10,517 |
| Billings | $ 379,051 | $ | 293,583 | $ | 205,807 | $ | 149,231 | $ | 130,043 |
| Billings from business customers | $ 330,143 | $ | 248,159 | $ | 162,965 | $ | 104,861 | $ | 83,663 |
| % of billings from business customers | 87% | | 85% | | 79% | | 70% | | 64% |

### Business Customers

We use the number of business customers to measure and monitor the growth of our business and the success of our sales and marketing activities and believe that the growth of our business customer base is indicative of our long-term billings and revenue growth potential. We define a business customer as a unique account in our customer relationship management system that had an active paying subscription at the end of the period presented. Each unique account in our customer relationship management system is considered a unique business customer as the system does not create unique accounts for individual customers, and, in some cases, there may be more than one business customer within a single organization.

### Billings

We use billings to measure and monitor our ability to provide our business with the working capital generated by upfront payments from our customers and our ability to sell subscriptions to our platform to both existing and new customers. Billings represents our total revenue plus the change in deferred revenue in the period, as presented in our consolidated statements of cash flows, less the change in contract assets and unbilled accounts receivable in the period. Billings in any particular period represents amounts invoiced to our customers and reflect subscription renewals and upsells to existing customers plus sales to new customers. Our pricing and subscription periods vary for business customers and individual customers. Subscription periods for our business customers generally range from one to three years, with a majority being one year. We typically invoice our business customers in advance in annual installments. Subscription periods for our individual customers range from one month to one year, and we typically invoice them in advance in monthly or annual installments.

We use billings from business customers and our percentage of billings from business customers to measure and monitor our ability to sell subscriptions to our platform to business customers. We believe that billings from business customers will be a significant source of future revenue growth and a key factor affecting our long-term performance. We expect our billings from business customers to continue to increase as a percentage of billings over the long term.

As our billings continue to grow in absolute terms, we expect our billings growth rate to decline over the long term as we achieve scale in our business. As we recognize revenue from subscription fees ratably over the term of the contract, due to the difference in timing of billings received and when we recognize revenue, changes to our billings and billings growth rates are not immediately reflected in our revenue and revenue growth rates.

### Dollar-Based Net Retention Rate

We use our dollar-based net retention rate to measure our ability to retain and expand the revenue generated from our existing business customers. Our dollar-based net retention rate compares our subscription revenue from the same set of customers across comparable periods. We calculate our dollar-based net retention rate on a trailing four-quarter basis. To calculate our dollar-based net retention rate, we first calculate the subscription revenue in one quarter from a cohort of customers that were customers at the beginning of the same quarter in the prior fiscal year, or cohort customers. We repeat this calculation for each quarter in the trailing four-quarter period. The numerator for dollar-based net retention

Table of Contents

**Results of Operations**

The following tables set forth selected consolidated statements of operations data and such data as a percentage of revenue for each of the periods indicated:

|  | Year Ended December 31, | | |
|  | 2019 | 2018 | 2017 |
|  | (in thousands) | | |
| Revenue | $ 316,910 | $ 232,029 | $ 166,824 |
| Cost of revenue[(1)(2)] | 71,353 | 62,615 | 49,828 |
| Gross profit | 245,557 | 169,414 | 116,996 |
| Operating expenses[(1)(2)]: | | | |
| Sales and marketing | 207,085 | 158,409 | 103,478 |
| Technology and content | 102,902 | 69,289 | 49,293 |
| General and administrative | 85,560 | 78,418 | 46,971 |
| Total operating expenses | 395,547 | 306,116 | 199,742 |
| Loss from operations | (149,990) | (136,702) | (82,746) |
| Other income (expense): | | | |
| Interest expense | (23,565) | (6,826) | (11,665) |
| Loss on debt extinguishment | (950) | (4,085) | (1,882) |
| Other income, net | 11,749 | 1,504 | 81 |
| Loss before income taxes | (162,756) | (146,109) | (96,212) |
| Provision for income taxes | (823) | (664) | (324) |
| Net loss | $ (163,579) | $ (146,773) | $ (96,536) |

(1) Includes equity-based compensation expense as follows:

|  | Year Ended December 31, | | |
|  | 2019 | 2018 | 2017 |
|  | (in thousands) | | |
| Cost of revenue | $ 548 | $ 205 | $ 20 |
| Sales and marketing | 30,677 | 19,096 | 2,624 |
| Technology and content | 21,430 | 12,038 | 1,966 |
| General and administrative | 37,782 | 41,153 | 17,171 |
| Total equity-based compensation | $ 90,437 | $ 72,492 | $ 21,781 |

(2) Includes amortization of acquired intangible assets as follows:

|  | Year Ended December 31, | | |
|  | 2019 | 2018 | 2017 |
|  | (in thousands) | | |
| Cost of revenue | $ 3,645 | $ 7,586 | $ 7,008 |
| Sales and marketing | 129 | 389 | 721 |
| Technology and content | 705 | 706 | 706 |
| General and administrative | - | - | 91 |
| Total amortization of acquired intangible assets | $ 4,479 | $ 8,681 | $ 8,526 |

56

Table of Contents

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2019 | 2018 | 2017 |
| Revenue | 100% | 100% | 100% |
| Cost of revenue | 23 | 27 | 30 |
| Gross profit | 77 | 73 | 70 |
| Operating expenses: | | | |
| Sales and marketing | 65 | 68 | 62 |
| Technology and content | 32 | 30 | 30 |
| General and administrative | 27 | 34 | 28 |
| Total operating expenses | 124 | 132 | 120 |
| Loss from operations | (47) | (59) | (50) |
| Other income (expense): | | | |
| Interest expense | (7) | (3) | (7) |
| Loss on debt extinguishment | - | (2) | (1) |
| Other income, net | 4 | 1 | - |
| Loss before income taxes | (50) | (63) | (58) |
| Provision for income taxes | - | - | - |
| Net loss | (50)% | (63)% | (58)% |

**Comparison of the Years Ended December 31, 2019 and 2018**

*Revenue*

| | Year Ended December 31, | | Change | |
|---|---|---|---|---|
| | 2019 | 2018 | Amount | % |
| | (dollars in thousands) | | | |
| Revenue | $ 316,910 | $ 232,029 | $ 84,881 | 37% |

Revenue was $316.9 million for the year ended December 31, 2019, compared to $232.0 million for the year ended December 31, 2018, an increase of $84.9 million, or 37%. The increase in revenue was primarily due to an $83.6 million, or 44%, increase in revenue from business customers, driven by an increase of 1,186 business customers from 16,756 business customers as of December 31, 2018 to 17,942 business customers as of December 31, 2019, as well as increased sales to our existing business customers, as evidenced by our dollar-based net retention rate of 123% for the year ended December 31, 2019. In addition, there was an increase of $1.3 million in revenue from individual customers.

*Cost of Revenue and Gross Profit*

| | Year Ended December 31, | | Change | |
|---|---|---|---|---|
| | 2019 | 2018 | Amount | % |
| | (dollars in thousands) | | | |
| Cost of revenue | $ 71,353 | $ 62,615 | $ 8,738 | 14% |
| Gross profit | 245,557 | 169,414 | 76,143 | 45% |

Cost of revenue was $71.4 million for the year ended December 31, 2019, compared to $62.6 million for the year ended December 31, 2018, an increase of $8.7 million, or 14%. The increase in cost of revenue was primarily due to an increase of $9.5 million in author fees, an increase of $1.5 million in depreciation of capitalized software development,

Table of Contents

and an increase of $1.5 million in employee compensation costs, including $0.3 million in equity-based compensation expense, as we added headcount to support our growth. These increases were partially offset by a decrease of $3.4 million in amortization of acquired intangible assets and course creation costs.

Gross profit was $245.6 million for the year ended December 31, 2019, compared to $169.4 million for the year ended December 31, 2018, an increase of $76.1 million, or 45%. The increase in gross profit was the result of the increase in our revenue during the year ended December 31, 2019. Gross margin increased from 73% for the year ended December 31, 2018 to 77% for the year ended December 31, 2019 due to a decrease in amortization of acquired intangible assets and a decrease in author fees as a percentage of revenue.

*Operating Expenses*

| | Year Ended December 31, | | | | Change | | |
|---|---|---|---|---|---|---|---|
| | 2019 | | 2018 | | Amount | | % |
| | (dollars in thousands) | | | | | | |
| Sales and marketing | $ | 207,085 | $ | 158,409 | $ | 48,676 | 31% |
| Technology and content | | 102,902 | | 69,289 | | 33,613 | 49% |
| General and administrative | | 85,560 | | 78,418 | | 7,142 | 9% |
| Total operating expenses | $ | 395,547 | $ | 306,116 | $ | 89,431 | 29% |

*Sales and Marketing*

Sales and marketing expenses were $207.1 million for the year ended December 31, 2019, compared to $158.4 million for the year ended December 31, 2018, an increase of $48.7 million, or 31%. The increase was primarily due to an increase of $35.3 million in employee compensation costs, including $11.6 million in equity-based compensation expense, as we added headcount to support our growth. In addition, there was an increase of $7.1 million related to allocated overhead costs primarily driven by our headcount growth, an increase of $3.2 million due to additional travel expenses primarily driven by our headcount growth, and an increase in marketing and events costs of $2.1 million.

*Technology and Content*

Technology and content expenses were $102.9 million for the year ended December 31, 2019, compared to $69.3 million for the year ended December 31, 2018, an increase of $33.6 million, or 49%. The increase was primarily due to an increase of $30.3 million in employee compensation costs, including $9.4 million in equity-based compensation, as we added headcount to support our growth. In addition, there was an increase of $3.2 million related to allocated overhead costs primarily driven by our headcount growth. These increases were partially offset by a $1.2 million increase in capitalized software development costs.

*General and Administrative*

General and administrative expenses were $85.6 million for the year ended December 31, 2019, compared to $78.4 million for the year ended December 31, 2018, an increase of $7.1 million, or 9%. The increase was primarily due to an increase of $3.7 million in employee compensation costs, as we added headcount to support our growth. In addition, there was an increase of $2.2 million related to professional services primarily driven by the additional costs of operating as a public company, an increase of $1.6 million related to allocated overhead costs primarily driven by our headcount growth, an increase of $1.3 million due to additional travel expenses primarily driven by our headcount growth, an increase of $0.9 million related to costs associated with a secondary offering, and an increase of $0.8 million related to costs associated with our acquisition of GitPrime. These increases were partially offset by a decrease of $3.4 million in equity-based compensation primarily related to a cumulative catch-up adjustment recorded in 2018 following the completion of the IPO as the vesting condition for certain RSUs satisfied by the expiration of the lock-up period following the IPO became probable.

58

Table of Contents

***Other Income (Expense)***

| | Year Ended December 31, | | Change | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | Amount | % |
| | (dollars in thousands) | | | |
| Interest expense | $ (23,565) | $ (6,826) | $ (16,739) | 245% |
| Loss on debt extinguishment | (950) | (4,085) | 3,135 | (77)% |
| Other income, net | 11,749 | 1,504 | 10,245 | 681% |

Interest expense increased primarily as a result of the interest expense and amortization of debt discount and issuance costs related to the Notes issued in March 2019. We repurchased $40.0 million in aggregate principal of the Notes in September 2019, resulting in the loss on debt extinguishment. The interest expense and loss on debt extinguishment during the year ended December 31, 2018 was the result of our long-term debt, which we repaid in full in May 2018 with the IPO proceeds.

Other income, net increased primarily as a result of the additional interest income earned from our increased cash, cash equivalents and investments as a result of net proceeds from our IPO and the issuance of the Notes.

Table of Contents

**Quarterly Results of Operations**

The following tables set forth selected unaudited quarterly consolidated statements of operations data for each of the eight quarters in the period ended December 31, 2019, as well as the percentage of revenue that each line item represents for each quarter. The information for each of these quarters has been prepared on the same basis as our audited annual consolidated financial statements and, in the opinion of management, includes all adjustments, which consist only of normal recurring adjustments necessary for the fair statement of the results of operations for these periods in accordance with GAAP. This data should be read in conjunction with our audited consolidated financial statements and related notes included elsewhere in this Annual Report on Form 10-K. These quarterly results of operations are not necessarily indicative of our results of operations for a full year or any future period.

| | Three Months Ended | | | | | | | |
| | March 31, 2018 | June 30, 2018 | Sept. 30, 2018 | Dec. 31, 2018 | March 31, 2019 | June 30, 2019 | Sept. 30, 2019 | Dec. 31, 2019 |
|---|---|---|---|---|---|---|---|---|
| | (in thousands, except per share amounts) | | | | | | | |
| Revenue | $ 49,644 | $ 53,572 | $ 61,553 | $ 67,260 | $ 69,617 | $ 75,862 | $ 82,620 | $ 88,811 |
| Cost of revenue [(1)(2)] | 14,886 | 15,933 | 15,347 | 16,449 | 16,712 | 17,803 | 17,829 | 19,009 |
| Gross profit | 34,758 | 37,639 | 46,206 | 50,811 | 52,905 | 58,059 | 64,791 | 69,802 |
| Operating expenses [(1)(2)]: | | | | | | | | |
| Sales and marketing | 29,467 | 41,857 | 42,632 | 44,453 | 44,171 | 50,046 | 55,797 | 57,071 |
| Technology and content | 13,325 | 18,396 | 18,137 | 19,431 | 20,271 | 24,819 | 27,847 | 29,965 |
| General and administrative | 11,292 | 26,002 | 19,818 | 21,306 | 22,191 | 20,575 | 20,844 | 21,950 |
| Total operating expenses | 54,084 | 86,255 | 80,587 | 85,190 | 86,633 | 95,440 | 104,488 | 108,986 |
| Loss from operations | (19,326) | (48,616) | (34,381) | (34,379) | (33,728) | (37,381) | (39,697) | (39,184) |
| Other income (expense): | | | | | | | | |
| Interest expense | (3,710) | (2,424) | (342) | (350) | (1,678) | (7,346) | (7,412) | (7,129) |
| Loss on debt extinguishment | - | (4,085) | - | - | - | - | (950) | - |
| Other (expense) income, net | (13) | 48 | 654 | 815 | 1,676 | 4,106 | 3,001 | 2,966 |
| Loss before income taxes | (23,049) | (55,077) | (34,069) | (33,914) | (33,730) | (40,621) | (45,058) | (43,347) |
| Provision for income taxes | (109) | (143) | (254) | (158) | (154) | (143) | (404) | (122) |
| Net loss | $ (23,158) | $ (55,220) | $ (34,323) | $ (34,072) | $ (33,884) | $ (40,764) | $ (45,462) | $ (43,469) |
| Net loss per share, basic and diluted[(3)] | | $ (0.20) | $ (0.26) | $ (0.26) | $ (0.25) | $ (0.30) | $ (0.32) | $ (0.31) |

(1) Includes equity-based compensation expense as follows:

| | Three Months Ended | | | | | | | |
| | March 31, 2018 | June 30, 2018 | Sept. 30, 2018 | Dec. 31, 2018 | March 31, 2019 | June 30, 2019 | Sept. 30, 2019 | Dec. 31, 2019 |
|---|---|---|---|---|---|---|---|---|
| | (in thousands) | | | | | | | |
| Cost of revenue | $ - | $ 89 | $ 56 | $ 60 | $ 84 | $ 133 | $ 138 | $ 193 |
| Sales and marketing | 539 | 7,356 | 5,612 | 5,589 | 6,276 | 7,952 | 8,739 | 7,710 |
| Technology and content | 381 | 4,571 | 3,700 | 3,386 | 3,710 | 5,137 | 6,666 | 5,917 |
| General and administrative | 2,453 | 16,963 | 11,262 | 10,475 | 10,198 | 9,510 | 9,114 | 8,960 |
| Total equity-based compensation | $ 3,373 | $ 28,979 | $ 20,630 | $ 19,510 | $ 20,268 | $ 22,732 | $ 24,657 | $ 22,780 |

Table of Contents

(2)  Includes amortization of acquired intangible assets as follows:

| | Three Months Ended | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | March 31, 2018 | June 30, 2018 | Sept. 30, 2018 | Dec. 31, 2018 | March 31, 2019 | June 30, 2019 | Sept. 30, 2019 | Dec. 31, 2019 |
| | (in thousands) | | | | | | | |
| Cost of revenue | $ 2,962 | $ 2,961 | $ 880 | $ 783 | $ 525 | $ 702 | $ 1,209 | $ 1,209 |
| Sales and marketing | 195 | 194 | - | - | - | 29 | 50 | 50 |
| Technology and content | 176 | 177 | 176 | 177 | 177 | 176 | 176 | 176 |
| Total amortization of acquired intangible assets | $ 3,333 | $ 3,332 | $ 1,056 | $ 960 | $ 702 | $ 907 | $ 1,435 | $ 1,435 |

Represents net loss per share of Class A common stock and weighted-average shares of Class A common stock outstanding for the portion of the periods following the Reorganization Transactions and Pluralsight, Inc.'s IPO described in Note 1 and Note 17 to Pluralsight, Inc.'s consolidated financial statements included elsewhere in this Annual Report on Form 10-K.

| | Three Months Ended | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | March 31, 2018 | June 30, 2018 | Sept. 30, 2018 | Dec. 31, 2018 | March 31, 2019 | June 30, 2019 | Sept. 30, 2019 | Dec. 31, 2019 |
| Revenue | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Cost of revenue | 30 | 30 | 25 | 24 | 24 | 23 | 22 | 21 |
| Gross profit | 70 | 70 | 75 | 76 | 76 | 77 | 78 | 79 |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 59 | 78 | 69 | 66 | 63 | 66 | 68 | 64 |
| Technology and content | 27 | 34 | 29 | 29 | 29 | 33 | 34 | 34 |
| General and administrative | 23 | 49 | 32 | 32 | 32 | 27 | 25 | 25 |
| Total operating expenses | 109 | 161 | 130 | 127 | 124 | 126 | 127 | 123 |
| Loss from operations | (39) | (91) | (55) | (51) | (48) | (49) | (49) | (44) |
| Other income (expense): | | | | | | | | |
| Interest expense | (7) | (5) | (1) | (1) | (2) | (10) | (9) | (8) |
| Loss on debt extinguishment | - | (8) | - | - | - | - | (1) | - |
| Other (expense) income, net | - | - | 1 | 1 | 2 | 5 | 4 | 3 |
| Loss before income taxes | (46) | (104) | (55) | (51) | (48) | (54) | (55) | (49) |
| Provision for income taxes | - | - | - | - | - | - | - | - |
| Net loss | (46)% | (104)% | (55)% | (51)% | (48)% | (54)% | (55)% | (49)% |

## Quarterly Revenue Trends

Our quarterly revenue increased sequentially for all periods presented due primarily to increases in billings from sales of subscriptions to our platform to business customers.

## Quarterly Costs and Expenses Trends

Cost of revenue generally increased sequentially for all periods presented due primarily to the continued expansion of our content library and related author fees, hosting and delivery, and increased employee headcount within our customer support and professional services organizations. For the three months ended September 30, 2018, cost of revenue decreased compared to the three months ended June 30, 2018, in part because of a decrease in amortization of acquired intangible assets.

Our operating expenses have generally increased sequentially across the quarters presented, primarily due to the addition of personnel to support our growth.

Table of Contents

*Key Business Metrics*

| | Three Months Ended | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | March 31, 2018 | June 30, 2018 | Sept. 30, 2018 | Dec. 31, 2018 | March 31, 2019 | June 30, 2019 | Sept. 30, 2019 | Dec. 31, 2019 |
| | (dollars in thousands) | | | | | | | |
| Business customers[1] (end of period) | 14,830 | 15,507 | 16,185 | 16,756 | 17,213 | 17,735 | 17,747 | 17,942 |
| Billings[2] | $ 55,419 | $ 65,297 | $ 72,243 | $ 100,624 | $ 77,928 | $ 80,552 | $ 92,123 | $ 128,448 |
| *Billings from business customers* | $ 45,252 | $ 54,623 | $ 61,143 | $ 87,141 | $ 67,156 | $ 69,104 | $ 80,707 | $ 113,176 |
| *% of billings from business customers* | 82% | 84% | 85% | 87% | 86% | 86% | 88% | 88% |

(1) See the section entitled "-*Key Business Metrics-Business customers*" for additional information.
(2) See the section entitled "-*Key Business Metrics-Billings*" for additional information.

**Liquidity and Capital Resources**

As of December 31, 2019, our principal sources of liquidity were cash, cash equivalents, restricted cash and investments totaling $557.5 million, which were held for working capital purposes. Our cash equivalents and investments are comprised primarily of highly liquid investments in money market funds, U.S. treasury securities, U.S. government agency securities, commercial paper, and corporate debt securities. Since our inception, we have financed our operations primarily through sales of equity securities, long-term debt facilities, and our net cash provided by operating activities.

In March 2019, we completed our private placement of $633.5 million aggregate principal of Notes, including the exercise in full by the initial purchasers of the Notes of their option to purchase up to an additional $83.5 million principal amount of Notes. The Notes are our senior unsecured obligations. We received net proceeds of $616.7 million, after deducting the initial purchasers' discounts and commissions and the estimated offering expenses payable by us. We used approximately $69.4 million of the net proceeds to pay the cost of the capped call transactions related thereto. On May 9, 2019, we completed the acquisition of GitPrime, a leading provider of software developer productivity software for approximately $163.8 million in cash, excluding cash acquired, working capital and transactions cost adjustments. In September 2019, we repurchased a total of $40.0 million in aggregate principal amount of our Notes for approximately $35.0 million in cash, offset by $1.3 million in proceeds we received for the termination of the related portion of the capped call transactions.

Our free cash flow for the year ended December 31, 2019 was negative as a result of our continued investments to support the growth of our business. We expect to continue such investments in order to sustain our growth. We expect that our cash, cash equivalents, and restricted cash balances, will enable us to make such investments for the foreseeable future. We expect our free cash flow to improve as we experience greater scale in our business and improve operational efficiency. We expect to generate positive free cash flow over the long term.

We believe our existing cash, cash equivalents, restricted cash, and investments, as well as our projected cash flows from operations, will be sufficient to meet our projected operating requirements for at least the next 12 months. Our future capital requirements will depend on many factors, including our pace of growth, subscription renewal activity, the timing and extent of spend to support the expansion of sales and marketing activities, technology and content efforts, the continuing market acceptance of our platform, and future acquisitions. We may be required to seek additional equity or debt financing. In the event that additional financing is required from outside sources, we may not be able to raise it on terms acceptable to us, or at all. If we are unable to raise additional capital when desired, our business, results of operations, and financial condition would be adversely affected.

In connection with the IPO and our UP-C structure, we entered into the TRA. As a result of the TRA, we are obligated to pass along some of these tax benefits and cash flows by making future payments to the TRA Members. Although the actual timing and amount of any payments we make to the TRA Members under the TRA will vary, such payments may be significant. Any payments we make to TRA Members under the TRA will generally reduce the amount of overall cash flow that might have otherwise been available to us and, to the extent that we are unable to make

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  |  |
|---|---|
|  | **PLURALSIGHT, INC.** |
|  | By: /s/ Aaron Skonnard |
| March 2, 2020 | Aaron Skonnard |
|  | Chief Executive Officer |
|  |  |
|  | **PLURALSIGHT, INC.** |
|  | By: /s/ James Budge |
| March 2, 2020 | James Budge |
|  | Chief Financial Officer |

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Aaron Skonnard, James Budge, and Matthew Forkner, and each of them, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in their name, place and stead, in any and all capacities, to sign any and all amendments to this report and to file the same, with all exhibits thereto and other documents in connection therewith, with the SEC, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Aaron Skonnard<br>Aaron Skonnard | Chief Executive Officer and Director<br>*(Principal Executive Officer)* | March 2, 2020 |
| /s/ James Budge<br>James Budge | Chief Financial Officer<br>*(Principal Financial and Accounting Officer)* | March 2, 2020 |
| /s/ Gary Crittenden<br>Gary Crittenden | Director | March 2, 2020 |
| /s/ Scott Dorsey<br>Scott Dorsey | Director | March 2, 2020 |
| /s/ Arne Duncan<br>Arne Duncan | Director | March 2, 2020 |
| /s/ Ryan Hinkle<br>Ryan Hinkle | Director | March 2, 2020 |
| /s/ Leah Johnson<br>Leah Johnson | Director | March 2, 2020 |
| /s/ Timothy Maudlin<br>Timothy Maudlin | Director | March 2, 2020 |
| /s/ Frederick Onion<br>Frederick Onion | Director | March 2, 2020 |
| /s/ Brad Rencher<br>Brad Rencher | Director | March 2, 2020 |
| /s/ Bonita Stewart<br>Bonita Stewart | Director | March 2, 2020 |
| /s/ Karenann Terrell<br>Karenann Terrell | Director | March 2, 2020 |