# EXHIBIT 5

**S&P Global**
Market Intelligence

# Pluralsight, Inc. NasdaqGS:PS

# Company Conference Presentation

## Wednesday, January 16, 2019 3:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ....................................................................................... 3

Presentation ............................................................................................. 4

Question and Answer ............................................................................... 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**James W. Budge**
*Chief Financial Officer*

**ANALYSTS**

**Scott Randolph Berg**
*Needham & Company, LLC,
Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**spglobal.com/marketintelligence**

**3**

# Presentation

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

All right, we can get started here. Thanks, everyone, for coming. I get to start off. For those that are not familiar with myself, my name's Scott Berg. I lead our enterprise software and SaaS efforts here at Needham. Thank you all for coming to our 21st conference. And with us today, we have Pluralsight, new addition to both our coverage universe and the public markets over the last year. We have company CFO, James Budge, here. You are not new to this conference. You've been here several times.

**James W. Budge**
*Chief Financial Officer*

Right. Yes. It's one of my favorites. This is a great way to start the year. So recognizing many of the faces, thanks for coming and joining us on the conversation today.

So before -- can I just make a quick plug real quick on the safe harbor?

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

No, no. I don't care about that. Shoot.

**James W. Budge**
*Chief Financial Officer*

So this is my colleague -- over here is Mark McReynolds, and if you have questions that we don't get to them in this session, you can always reach out to Mark or myself, and we're happy to dive in deeper. And Scott's obviously a great resource for reaching into questions about Pluralsight, and we have our -- on our Investor Relations page of our website, you can get the full deck of a whole bunch of tidbits about the company. So encourage any and all of that.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

Fantastic.

**James W. Budge**
*Chief Financial Officer*

There you go, it's all I wanted to say.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

That was much better than a safe harbor statement.

**James W. Budge**
*Chief Financial Officer*
Yes, yes, absolutely, I'm sure.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

So I guess to start, can you give a quick overview of the business for those that are less familiar?

**James W. Budge**
*Chief Financial Officer*

Yes, we provide an on-demand technology with -- for technical skills training. We have over 6,000 courses that are produced by around 1,500 authors -- expert authors that contribute content into that platform. We charge -- we -- our customers are -- about 85% of our billings and revenue come from businesses, about 15% come from individuals. And those businesses pay us the list price for the service that we offer, is $499 for our professional SKU, that's $499 per year per user for unlimited access to all the content you want on the platform. Not just the content, but also the platform itself, this is super robust and has a lot of capabilities to assess your skills, send you down the right channels for the right experience that you're looking for depending on the technology skill you're looking to develop. It gives you the opportunity to see how your skills fit into different roles, either inside of your organization or other organizations, where you might be interested in employment. For the buyer or the leader of organizations that provides analytics around the skill assessments of their entire tech organization that they have and all the individuals there, they can also plug those tech workers in based on those skills into the roles that they have in the organization, that leads to ultimately better developer productivity. And for the enterprise SKU that we have, which is our higher SKU line, which provides all those analytics, we charge $699 per user per year for that. Obviously, in the enterprises, they're used to sizable discounts sometimes and we do offer discounts so the net price is less than that list. But the list is, as I just mentioned at $699. So that's tons of content, a great platform, a wonderful way for any skilled worker to develop out their skills deeper or learn a new skill as they go throughout their career and their journey.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

So I guess the most common question that I typically get from -- when talking to different firms or investors is, "Hey, this is just content, right, at the end of the day, I mean it's really content. But there can't be anything more than content, it sounds like content." But why does a director of IT or a CIO think that they're purchasing a learning platform? I mean, when they see all the things that you just talked about, analytics or their modules, kind of what's use cases or how much value do they get there?

**James W. Budge**
*Chief Financial Officer*

Yes, I would actually say probably 3 years ago, at least when I was -- I've been with the company for 2 years. And at least when I was exploring the possibility of joining, I live in the Bay Area, even though the company is headquartered in Utah. And when I asked my tech colleagues that were developers or a leader of technology about Pluralsight when I joined, at the time, the comment was all like world-class content. And to your point, it was a lot about content. And I think what we've created over the last few years, in the platform, is all the capability that I mentioned before. The ability for the first time for a leader of a tech organization to actually see where the skills are within that organization and actually put people in roles where they can succeed and create better outcomes for the organization. It leads to better efficiency of the developers or people in the tech industry and ultimately, better outcomes for that company. So the reason why we created the enterprise SKU is because of all this capability that we put into our platform that allowed us to create this new price at $699. It was supported by all of the work that we had done and the research that we had done with our buyers. And the proof ultimately has been that over the last year, within our enterprise segment, about 40% to 50% of our enterprise customers have migrated to the enterprise SKU. And at least, we believe that the reason for that, the only reason why you would do that, is for all the capability in the platform. Because the content is the same whether you're on the enterprise

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

PLURALSIGHT, INC. COMPANY CONFERENCE PRESENTATION | JAN 16, 2019

SKU or the individual SKU or on the professional SKU. What really differentiates the enterprise SKU where our customers are migrating to is really the platform capability that comes with it.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

So I guess from a product perspective on that is, I've been to your last 2 customer conferences, great events, authors are really interesting to talk with.

**James W. Budge**
*Chief Financial Officer*

Sure.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

In a really good way, they're pretty positive on the platform. But within the platform, the 2 modules that I really got good feedback on was Skill IQ, which is a little more than a year old, 1.5-year-old, and then the Role IQ module, which is new. Can you just talk about those a little bit and kind of how they help within that area?

**James W. Budge**
*Chief Financial Officer*

Yes. Skill IQ is an output from the skill assessment that you'll take. And the same authors that create the world-class content in video form or a guided project that you might go and learn from if you're more into hands-on learning, is the same authors and experts, and kind of, tech rock stars if you will that create a series of questions that go into an assessment that within 5 minutes and 20 questions, we can pretty accurately assess your technical proficiency and some skill out there. That results in a skill score, a Skill IQ that you would have, and ranging anywhere from 0 to 300. And from that point, we can actually give you a guided journey for you, a personalized guided journey for you on how you can, if you choose to, if this is like LANs for you. If you want to improve your skill in that area, we can take where you are and give you a path that you can go through with our courses to develop out that skill further. Why that matters to the individual, is most tech workers want to increase their skills. It's kind of in their nature to do that. They want to increase their skills, whether to just increase their knowledge for the sake of knowledge, or whether they want to increase their knowledge to improve their employment opportunities as they go forward. For a tech leader, what they're seeing out of that is the analytics that come around that. They get to see where all of their individuals are as far as their tech learning. Who's far down the path on 0 to 300 in their angular skill that they're looking or our pipeline if they're deep into capabilities around data science, but that's becoming a proficiency. They want to develop out within their organization. If they're moving from COBOL, if you go 50 years back on to C+ or C#, or whatever that looks like, they actually can see where the experts lie within their organization and can go to them and develop them out further. And to the Role IQ, that Scott mentioned, they can actually place them into roles that will help them succeed. We actually have -- I'll just give you one example, we have a fairly sizable customer, which is also a great opportunity in the pipeline for an expand opportunity. They were looking for 50 data scientists within the organization. They had created roles using our platform for that, roles around data science. The went to their tech workers and they said, "Okay, we're going to create a hackathon day, where we will go on to the Pluralsight platform, we'll learn some skills, we'll assess our skills and see based on the skill outcomes from that, who fits -- who best fits the role." They decided that they didn't want to leave it up to just the technologists so they opened up the opportunity to anyone within their organization. They ultimately found all 50 roles and 30 of those people came from outside of the tech organization. And the way they accomplished that is because they were able to identify them through using the Pluralsight platform, the assessments and the acknowledgment of those skills that actually fit within the roles that they had created to provide success within the data science world that they were creating. So it really gives them a great platform to identify clearly where people can fit within the organization. One other quick example, we actually -- this isn't a product we have in the recruitment hire space, where we actually have 5 companies that use this -- 5 sizable companies that have seen the value that skill assessment,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Skill IQs have. And they've decided that rather than put recruiting -- recruits through the grinder with our technology people, on going deep into the skills that they have, they can save a whole bunch of time of their current employees in those assessments by just sticking them into the Pluralsight platform when they're coming through their recruiting process. And they've used that to displace the entire human experience in that process. Other than, they still need to have the human experience to assess culture and things like that. But they've completely wiped out the technical skills assessment from the human side and replaced it with a 5-minute test and assessment through the Pluralsight platform. So a lot of efficiencies being gained by the users and also, by the -- as importantly, the buyers of our technology.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

I haven't seen an assessment tool on your road map yet. Do you actually kind of formalize a product in that area, do you think at some point? Or do you have customers use that on the say, ad hoc basis?

**James W. Budge**
*Chief Financial Officer*

Right now, it's ad hoc, but definitely, the more areas of ad hoc that our customer uses, the more value they see in the platform and the easier the conversations are when we come up for a renewal on the platform. So at a minimum, it's that. And at a maximum, I can definitely see, over the next couple of years, there's -- even the next year, there's probably a product that gets created around that.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

When your customers are using these other modules, whether it's the Skill IQ for these testings or ultimately for Role IQ or the analytics is, do you see better customer retention? Or better pricing? Better pricing, I assume with that, but at least retention rates?

**James W. Budge**
*Chief Financial Officer*

Yes, absolutely. And you can see it in the evolution of our retention rates. Our gross retention, 2 years ago, was not something we are particularly proud of. It was in the low 70s, which is not great for a SaaS company that sells in the enterprise. Because of the capabilities we've put into the platform over the last few years and the ability to sell that value into our customers, our retention -- our gross retention rate has risen to the high 80s now. It's around 87%. And as importantly for us, our net retention has risen from that time from 109% to 127%. So we feel like, at least on the net -- we feel like we have a little bit of ways to go that we would like to be in the low 90s on gross retention, but we've taken great strides on net retention, we think at 127%, we're in sort of best-in-class territory as far as net retention. But Scott will be the more educated person on that, but we feel comfortable with where we are in net retention. So yes, I think, absolutely, the value we've put in the platform, ultimately the way that is demonstrated from our customers, is whether they stay with us and take on more C counts and pay us higher amounts. And all of that is happening through our net retention.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

The gross retention numbers that you discussed, if I were to bifurcate those from your B2C business and your enterprise B2B, not that you've given specific metrics there before. My semi-educated guess would say that B2C items are lower than that and the B2B, which has been the growth engine, probably has retention rates better than that 87% number?

**James W. Budge**
*Chief Financial Officer*

Yes, absolutely. And I would also note that about 80% of our churn in B2C actually churns into a B2B customer, as part of our go-to-market motion. We'll often have a collection of B2C customers within an enterprise that gives our sales force the opportunity, once it gets to an upsize to go have a meaningful

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

conversation with that Director of Technology, or IT, or VP and say, "Hey, you've got like a collection of 20 or 25 people that are individually swiping credit cards, maybe it's time to think about how you move this to a business relationship that we should have with you." And that often then turns into a business relationship and those B2C customers churn into B2B customers. So that's at least how we think about our B2C business. It was around 20% to 25% of the business when I joined a couple of years ago. Today, it's about 15% of the business. It's not so much shrinking as the B2B business has been growing. The B2B business for us has grown 50% every quarter for the last 6 quarters. So it's growing at pretty high clip, and we actually just see our B2C business as a feeder engine into our B2B business.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

So the -- what I always felt was the most impressive part of your value proposition is the quality of content relative to the price point. My background is, as I mentioned, is in IT management before getting my MBA and doing this last dozen years or so. So I'm familiar with how those individuals are trained. But how you look at that value relative to what's still an in-person training session today? What does that kind of pricing look like? And I guess, is it somewhat maybe recession-proof, if the market swings a little bit one way or the other.

**James W. Budge**
*Chief Financial Officer*

Yes. Good. So you're one of the few people that will be familiar with the rock stars of our content engine here, which is, if you were a technologist in Microsoft or Google or anything along those lines, you would probably recognize the authors that we have. And they get paid handsomely to provide their skills in creating courses for our platform. So we do think we have the world's best authors. Our retention rate and our author NPS, we feel like they're very happy. We continue to pay them more every single year. We do have several authors that make over $1 million a year with us. We are a second or a third income source for the vast majority of them. It's almost like writing a book on a side, they create content for us, and they have another opportunity to bring an income stream to themselves. They also have the brand that's affiliated with Pluralsight that helps them in their primary source of income. Many of these come out of the world of consulting background or professional blogger. They have become experts where they're on a speaker circuit and get paid handsomely for that. So they're -- so it's a good network effect for them to be on our platform. And the value that we bring to our customers, typically in a big organization, they budget for a learning experience of tech skill experience for tech workers anywhere from $3,000 to $5,000 per worker per year. And if you just go through some of the economics of what I described earlier, at our highest end SKU, even if you're paying at list, which we don't have many of our big enterprise customers paying list, that's at $699. So right out of the gate, you're saving 70% to 80% right off the top of an inferior learning -- tech-learning experience. What many of our companies do is they use our platform for the vast majority of their tech learning, and then they still want to have some kind of a human interface experience so they supplement with some of that instructor-led training effort. But definitely, much more economical and much more scalable if you're managing a group of tens of thousands of employees to move to a more automated way to develop those skills.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

So how you develop the course content. You mentioned a couple of times with authors, it's always fascinating to me. You're essentially crowdsourcing your IP to some extent, or at least the content within the -- embedded in the IP. But I guess, why does the model work well that way? And then do you worry about those individuals leaving, because they're not really employees?

**James W. Budge**
*Chief Financial Officer*

Yes. Not only are they not really, they're not. So they're not employees. They -- we have maybe 5 people on staff for spillover capacity. If we just can't find the expertise and we have some authors on staff, it can generally do a good enough job in a lot of different technologies, but the vast majority of our content

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

comes from these 1,500 authors that we have. The -- probably the 2 main reasons why they have stayed with us and why they would continue to stay with us is; 1, we think we pay the most; and 2, -- I don't think, it's 1 and 2, I think it's more 1 and 1a. The second one is, there's great brand recognition that helps them, as I mentioned, in their kind of primary source of income. So our top author in 2017 and also in 2018 made over $2 million. Our -- we had 70 authors that made over a $100,000 in 2017 that compares to 35 authors that made over $100,000 in 2016. And it's over 100 authors in 2018 that made over $100,000. So the pie, they get a percentage of the revenue. So as our revenues continue to grow 40%, as it has in the last 6 quarters, their percentage remains the same or is slightly actually decreased, but since the overall amount is growing they actually end up with more money. So there's good money to be made. We've actually had -- out of our 1,500 authors, we've had roughly around 5 that have tried -- that not tried, they have left and gone to areas where they thought there'd be greener pastures and they've all come back because they saw that they could make more money on our platform. I'll comment here that if you create a course and it loads up on our -- it finds its way on to our platform, we actually own the content. We own the copyrights to that content. You cannot go recreate that course for some other similar platform. We're not going to limit you. You still get to have your speaking engagements and your primary source of income for that technical expertise that ultimately created the course on our platform. But you can't go recreate that in some other area similar to ours. So it's a good -- it's -- we love our authors. We have regular interactions with them. We -- they're not employees, but we almost treat them as employees sometimes. We -- when we went public, we carved out a percentage of the offering and we provided it to our authors. It was the only group that we provided shares to in our directed share program. When we went public, they were very happy. Our NPS scores with them are at all-time highs, we're at around 50 right now, which if you're familiar with that -- the concepts of NPS, 50 is a very high score. And that's as high as their excitement with Pluralsight has ever been.

## Scott Randolph Berg
*Needham & Company, LLC, Research Division*

So given the semi-linear relationship between usage and the royalties, you pay the authors as their courses get used, can you get real gross margin leverage from this expense item. Your gross margins have been 76% the first couple of quarters as a public company, which are good -- actually very good, but how do you get above 80% in that line item?

## James W. Budge
*Chief Financial Officer*

Yes. So good, good. Thanks for that. Maybe if I just give you a tiny bit of history when we -- when Aaron first came out with the online experience in 2000 and -- it was created in 2008 and we were sort of a hybrid of -- in classroom learning, which is instructors, which is -- what we started out as in 2004. Went with a hybrid model in 2008 and by 2010, we had cast off the instructor-led training model and we're all in on our on-demand experience. And in the early days, Aaron went to his collection of colleagues within that industry and promised them that they could make -- this could be the best experience they could have from an online experience. And the economics at that time were around 20 -- the courses that were commissioned, were around 25% of the revenue attributed to them to the view time on whatever they created onto the platform. By the time I joined a couple of years ago, that had migrated down to where the courses being commissioned were being commissioned at around 16%, 17%, and the blended average was around 18%, 19%. And about 1.5 years ago, we brought that down again to around 11%, 12%, 13%, which is where the majority of the courses are commissioned now. And the blended average has come down to around 15%, which is why you've seen our gross margins go from the high 60s, even low 70s. 2 years ago, we were around 70%, 71%. And in the third quarter, we did 77% and that will continue through the fourth quarter and we see that rising to 80% over the next couple of years. Actually, see an opportunity to go north of 80%, but we'll just go to 80% for now and then see where we go from there. We feel really good about our opportunities there. Now what we've done to offset that with our author community, because certainly there was a perception originally that, "Hey, you're bringing my fees -- my percentage down, I'm not sure I like that." We do pay a small upfront fee for course completion. And so the offset to that was, "Hey, we're going to bring the fee down for the royalties, but we are going to increase slightly the upfront fee." And the cost to us of the royalties over time, was about 10:1 relative to the course completion fee. So it was a more -- a great beneficial outcome for us. In addition to that, we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

create a lot better content tooling for our authors, so made it easier for them to create courses. So they got some of their own time back, which had value to them. And we created more opportunities for them to create income sources for themselves. So when they create test questions for our skill assessments that creates income for them. When they create a -- when they give input into guided projects for our learners that are hands-on learners, they create a project after they've learned something, and our content authors actually get involved in that and giving assessments for that. That's a learning -- that's a income opportunity for them. So more opportunities for them to make money, better tooling for their experience, a directed share program that they get to feel involved in the ownership of Pluralsight. More upfront fees in the trade-off for that as we've brought our royalty rates down and the benefit to the company has been seen in our numbers anyway over the last several quarters with the gross margins going up.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

So moving to the go-to-market side of the business at least, lots of changes in your go-to-market strategy in the last couple of years.

**James W. Budge**
*Chief Financial Officer*

Yes.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

Let's start with a question I get often is, who do you sell to? Do you sell to IT or HR? Because a lot of these things historically are sold to HR?

**James W. Budge**
*Chief Financial Officer*

Yes. So a great question. We segment -- that 85% that we sell in the business, we segment that between our commercial segment and our enterprise segment, and the split is roughly 4,000 employees. And for the less than 4,000 employees, which is overall about 40% of our business, that -- we're usually selling into the Director of Technology, the VP of Technology, the CIO, the CTO, that kind of persona. And usually that person has the ability to go through the whole transaction and make the sale. Occasionally, some of that budget might reside over in the L&D department or HR department, but oftentimes, it is either heavy influence from the CIO or CTO or they own the budge outright. So we can usually live in that world. When we're up in the enterprise world, 4,000 employees and above, the chief influencer, and the person we're mostly speaking to originally is the CIO, CTO, but oftentimes in those bigger enterprises, the budget actually lives in the world of L&D and HR. So quickly, we walked down the hall with the CIO or CTO, and we have a conversation with somebody in the L&D or HR world and there was a shared partnership over the opportunity. So it's -- that's the balance that we have. Our primary audience, we are a tech platform. We have a platform in content that's very specific to a tech worker, not the general worker, and that's why our first audience that we looked to have is -- to get excited about the platform is the technology leader. But oftentimes given where the budget sits, we end up having conversations with HR as well.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

Got it. From a -- from a partnership standpoint, you have some unique partnerships, which actually fascinates me. We'll take a Microsoft to Google and Adobe. Oracle has recently announced, I believe, last summer. They helped you market your products so they can actually sell their own product.

**James W. Budge**
*Chief Financial Officer*

Yes.

**Scott Randolph Berg**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Needham & Company, LLC, Research Division*

Which I think is interesting. Can you talk a little bit about that and why that's been so successful?

**James W. Budge**
*Chief Financial Officer*

Yes, and even better they pay us. They pay us for that...

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

[indiscernible ] on top of it.

**James W. Budge**
*Chief Financial Officer*

Yes. So yes, I mean, I'll just take Microsoft and then I'll briefly hit on Google and Oracle as well, a little bit of a -- even Amazon in the beginning phases of a partnership there, but Microsoft is the most developed of the partnerships we have. And Microsoft has 3 dimensions they pay us for. One is, internal consumption. They pay us a few million dollars a year for internal consumption, where we've fairly under-penetrated, in my mind, the technology worker within Microsoft, so a lot of opportunity to go there, just within that account.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

What do you train Microsoft employees on, what type of technology?

**James W. Budge**
*Chief Financial Officer*

Well, a lot of Amazon. So yes, a lot of Microsoft product no doubt, but...

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

Presumably they pay you to train them on their own technology?

**James W. Budge**
*Chief Financial Officer*

That's right, yes. That's right. And so that spills into the second source of income, which is the most exciting one we have right now which is, obviously there is a bit of a fight with Amazon. They're trying to move up from their #2 position on cloud services and they see them -- the Pluralsight platform as the fastest way to get content created and out into their ecosystem. And so they pay us about $3 million to $4 million a year right now for the creation of Azure-based content. So that goes out into our network of expert authors. They create content. When the course gets completed, Microsoft will pay us for that. The course goes onto our platform and now all of a sudden, they've got access to lots of developers out there that can proliferate their brand and that technology. They also have a long-standing relationship with us that goes back several years around Visual Studios where within their Microsoft developer network, they make available the Pluralsight learning platform. They offer a token for that. The price is around $100 to $150 per user for a narrow slice of Microsoft content. That does 2 things for us; a, the aggregate of all those tokens, that comes to about $4 million to $5 million, so we're up around $10 million or so in aggregate for Microsoft. And it gives us the opportunity to go to those same customers and sell -- upsell them beyond the thin slice of Microsoft content to the entire portfolio that we offer and take them from $100 to $150 up into $400, $500, $600 per user per year. So a great lead gen opportunity for us there that has also resulted in some good billings and revenue to us. So that's Microsoft. What Google has started out in a relationship with us is they used our platform to promote their android ecosystem and other technologies they have in India and that worked really well for them. So we've discussed in our last call, the third quarter call, that we have now moved to Africa with them. And the -- one of our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

big sponsors at Oracle, before he moved over to Google, was a fellow, named Thomas Kurian, who now runs all the Google enterprise technology. So he is a good sponsor. We expect our Google relationship to continue to develop. And recently, we talked about our Oracle relationship as well, which is fairly similar developing out Oracle-based content to move and proliferate the brand and just get content out into their network. So I think what we're quickly seeing is that these technology providers see us as a platform that can provide content much more quickly than they can produce it and move it out into an environment that helps promote their brand as best as possible.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

So last brief question from me, then I'm happy to open it to a little bit of Q&A, is, the company's made some pretty significant investments in the sales side over the last 2 years. You started in the first quarter of '17, invested in a direct sales force for the first time. I think the results have been okay. The growth rate in that segment went from 20% to, as you mentioned, about 50% in the last couple of quarters and those are against comps that are in the 50s and 60s, that's a pretty good number. Is -- what does investments look like going forward? Do you start getting some leverage there? Or is this an opportunity that you continue to invest heavily for the next couple to 3 years to get the right capacity level?

**James W. Budge**
*Chief Financial Officer*

Yes, I would say, both. I think we will continue to invest and we are seeing leverage now. And what I mean by that when -- you're right, in 2017 through '18 -- well, first part of '18 and then the later part of '16 as well, we went through a heavy investment in the enterprise, we actually saw that we have the product that would have -- and the content capabilities that would appeal to that bigger enterprise. At that time, we had about 80 quota-bearing reps and little infrastructure around our sales reps, which in the world of SaaS you want to have a robust customer success organization, CSMs as they're affectionately called pre-sales, post-sales motion, all the digital marketing to feed into that, the business development reps or inside sales reps, if you will. None of that infrastructure really existed at scale. Not to mention, we didn't have enough like quota-bearing reps on the ground. Of those 80 reps, they were mostly folks that would call on the phone, have video conferences, with very few that lived in cities like New York, San Francisco, Dallas wherever technology exists. So we went from roughly 0 enterprise-class reps to today, and we have about 120 of those reps. And the aggregate quota-bearing reps went from about 80 at that time to today we have about 250. We'll grow that to over 300 as we go through 2019. So while we'll continue to add a good 70 to 80 a year, it's lower as a percentage of the total growth that we have, which is a reason why you're seeing some of the efficiencies in the model. In the second quarter of this year -- of last year, I should say, last year 2018, it was the first quarter in the previous 8 quarters where we actually grew our B2B billings number faster than our sales and marketing line. So we've kind of crossed over into where we were starting to see some of the efficiencies of our models. We built out some of the infrastructure around sales to scale. We didn't have to keep growing it. And in the third quarter, we grew our B2B billings by 53% and only grew our sales and marketing expense by 29%. So I think you're starting now to see some of that efficiency flow through the business, which is why we were able to get back to cash flow profitable in the third quarter. We expect, and we said we would do it again in the fourth quarter. You can assume we did do that in the fourth quarter, where we hit our cash flow profitable on operating cash on a free cash basis. So it's work -- it seems to be working. So we had a lot of great sales reps. They're killing it. And a lot of great infrastructure around them that has improved our retention massively and we're now at scale, we're starting to see the efficiencies around that.

**Unknown Analyst**

Do you see Cornerstone at all in the content launches?

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

Question is around seeing Cornerstone. So short answer is, yes. We occasionally see them. The biggest competitor we have and probably anybody in our space has, is against the old way of doing it that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

has been done for the last 50 years, which is instructor-led training. That's probably about 70% of the market still. And the way we calculate the market is around $25 billion as far as the TAM for us. The overall corporate learning market's around $360 billion. So the tech piece is a small slice of that now but continuing to grow, it's probably the fastest growing piece of that. So first biggest competitor we see is going up against the incumbent, which is instructor-led training. That's a fairly easy competitor to win against because it's an inefficient model. Beyond that, then we see -- secondly, we see some of the technology incumbents that have been around for a while. A Cornerstone or a Skillsoft or technologies like that. And companies are considering a replacement cycle with a platform like ours that is more tech-centric with more tech content, where we're 100% -- our content is tech-centric. Others like a Cornerstone might not have as much. But they -- as a person, who prior to Pluralsight, has purchased Cornerstone 3 times, I think their platform's really nice and I -- personally, I like what they're doing around some of the content plays, I think it's a smart decision for them. We still think we're like miles ahead when it comes to deep rich technology content and we think our platform for the technology learner is far ahead of anybody else out there for a broad-based platform. There's probably other companies out there that can do it equally or maybe even better. But for the tech learner, we think the experience we provide is quite a bit better than any other experience. And then after beyond sort of the incumbents on a technology front, you get into other technology players like Udacity or Unimi or LinkedIn learning that we would run across in some of the competitive business that we have.

**Unknown Analyst**

Is your only focus on content or tech renewal application, [ or recharge ]?

**James W. Budge**
*Chief Financial Officer*

Well, tech would include, like technologies around applications like a sales force, workday, SAP technologies, Oracle. So we do provide content for that. But for broad-based learning compliance within organizations or soft skills on becoming a better manager, things like that, we don't venture into that world.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*

With that, we're going to have wrap. We're getting booted out.

**James W. Budge**
*Chief Financial Officer*

Are we getting booted out? Okay, thank you, everyone.

**Scott Randolph Berg**
*Needham & Company, LLC, Research Division*
Thanks, James.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.