# EXHIBIT 8

**S&P Global**
Market Intelligence

# Pluralsight, Inc. NasdaqGS:PS
# FQ4 2018 Earnings Call Transcripts
## Wednesday, February 13, 2019 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | (0.10) | (0.09) | NM | (0.09) | (0.61) | (0.60) | NM | (0.30) |
| **Revenue (mm)** | 65.76 | 67.26 | ▲2.28 | 67.67 | 230.53 | 232.03 | ▲0.65 | 306.77 |

Currency: USD
Consensus as of  Feb-11-2019 3:31 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2018** | (0.28) | (0.21) | NM |
| **FQ3 2018** | (0.14) | (0.10) | NM |
| **FQ4 2018** | (0.10) | (0.09) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ...................................................................................... | **3** |
| **Presentation** | ...................................................................................... | **4** |
| **Question and Answer** | ...................................................................................... | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Aaron Skonnard**
*Co-Founder, CEO & Chairman*

**James W. Budge**
*Chief Financial Officer*

**Mark McReynolds**
*Director of Investor Relations*

## ANALYSTS

**Bradley Hartwell Sills**
*BofA Merrill Lynch, Research
Division*

**Brian Christopher Peterson**
*Raymond James & Associates,
Inc., Research Division*

**Brian Lee Essex**
*Morgan Stanley, Research Division*

**Corey Adam Greendale**
*First Analysis Securities
Corporation, Research Division*

**Jeffrey P. Meuler**
*Robert W. Baird & Co.
Incorporated, Research Division*

**Joshua Christopher Reilly**
*Needham & Company, LLC,
Research Division*

**Sterling Auty**
*JP Morgan Chase & Co, Research
Division*

**Terrell Frederick Tillman**
*SunTrust Robinson Humphrey,
Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Q4 and Full Year 2018 Earnings Conference Call. [Operator Instructions] As a reminder, this conference call may be recorded.

I would now like to introduce your host for today's conference, Director of Investor Relations, Mark McReynolds. Mr. McReynolds, you may begin.

**Mark McReynolds**
*Director of Investor Relations*

Thank you. Good afternoon, and welcome to Pluralsight's Fourth Quarter and Full Year 2018 Earnings Conference Call. With us today are Aaron Skonnard, Co-Founder and CEO; and James Budge, CFO.

Some of our remarks today will include forward-looking statements within the meaning of the federal securities laws. Actual results may differ materially from those contemplated by these forward-looking statements. Factors that could cause these results to differ materially are set forth in today's press release and in our filings with the SEC. Any forward-looking statements that we make on this call are based on information and assumptions as of today, and we undertake no obligation to update these statements as a result of new information or future events, except as required by law.

During this call, we may present both GAAP and non-GAAP financial measures. A reconciliation of GAAP to non-GAAP measures is included in today's earnings press release. The press release is available on our website at investors.pluralsight.com.

Before we hear from Aaron, I'd like to quickly remind you about Pluralsight LIVE 2019. Our annual user conference will be held on August 27 through 29 at the Grand America Hotel in Salt Lake City. Pluralsight LIVE provides an excellent opportunity for investors and analysts to hear from a wide range of executives and leaders and to connect with our customers and partners. We'll hold a half-day session on August 28, specifically for investors and analysts and you are all invited. Please send an e-mail to ir@pluralsight.com if you're interested in attending Pluralsight LIVE this year.

And with that, I'll turn the call over to Aaron.

**Aaron Skonnard**
*Co-Founder, CEO & Chairman*

Thanks, Mark. Good afternoon, everyone, and thanks for joining us for our Q4 and full year 2018 earnings call.

So Pluralsight's fourth quarter capped off a milestone year for the company, highlighted by strong customer additions, over $100 million in billings and 42% revenue growth. We achieved our seventh consecutive quarter of greater than 50% growth in B2B billings, while continuing to demonstrate the inherent levers to profitability in our model by exiting the year with positive free cash flow in Q4 as we committed to deliver when we went public last May.

Our teams continue to execute with strong focus and commitment to customer success as demonstrated by our dollar-based net retention rate reaching 128%. Our platform gives tech leaders unprecedented insights into the skill gaps across their organizations, and we provide the tools to close them, enabling enterprises to accelerate innovation.

We have a lot of exciting accomplishments in 2018. Let's start by looking at the numbers. James?

**James W. Budge**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.