Brian S. Weinstein (admitted pro hac vice)
Alexander Bystryn (admitted pro hac vice)
DAVIS POLK
450 Lexington Ave.
New York, New York 10017
Telephone: (212) 450-4000
brian.weinstein@davispolk.com
alexander.bystryn@davispolk.com

Erik A. Christiansen (7372)
Alan S. Mouritsen (13558)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
echristiansen@parsonsbehle.com
amouritsen@parsonsbehle.com

*Attorneys for Morgan Stanley & Co., LLC and
J.P. Morgan Securities, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC,<br><br>Defendants. | **THE UNDERWRITER DEFENDANTS' JOINDER IN THE PLURALSIGHT DEFENDANTS' MOTION TO DISMISS CORRECTED AMENDED COMPLAINT**<br><br>Civ. No. 1:19-CV-00128-JNP-DBP<br><br>Honorable Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

PBL\4850-5603-7831.v2-8/14/20

2

Defendants Morgan Stanley & Co., LLC and J.P. Morgan Securities, LLC (collectively, the "Underwriter Defendants") hereby file this joinder in the Pluralsight Defendants' Motion to Dismiss Plaintiffs' Corrected Amended Complaint (the "Motion to Dismiss"), and expressly incorporate all arguments and authorities set forth in the Motion to Dismiss.   Based on the Motion to Dismiss, the Underwriter Defendants respectfully request that all claims and causes of action asserted in Plaintiffs' Corrected Amended Complaint against the Underwriter Defendants be dismissed with prejudice.

RESPECTFULLY SUBMITTED this 14th day of August 2020.

PARSONS BEHLE & LATIMER

/s/ Erik A. Christiansen
Erik A. Christiansen
Alan S. Mouritsen

DAVIS POLK & WARDELL

/s/ Brian S. Weinstein
Brian S. Weinstein
Alexander Bystryn

*Attorneys for Morgan Stanley & Co., LLC and*
*J.P. Morgan Securities, LLC*

2

PBL\4850-5603-7831.v2-8/14/20

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2020, I electronically filed the foregoing **THE UNDERWRITER DEFENDANTS' JOINDER IN THE PLURALSIGHT DEFENDANTS' MOTION TO DISMISS CORRECTED AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ Erik A. Christiansen

3

PBL\4850-5603-7831.v2-8/14/20