Keith M. Woodwell (#7353)
Joseph D. Watkins (#16979)
CLYDE, SNOW & SESSIONS, P.C.
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com
jdw@clydesnow.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Additional Counsel on Signature Page*

*Attorneys for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC, <br><br> Defendants. | **DECLARATION OF KEITH M. WOODWELL IN SUPPORT OF THE PLURALSIGHT INSTITUTIONAL INVESTORS GROUP'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br><br> Case No. 1:19-cv-00128-JNP <br> District Judge Jill N. Parrish |

{01766105-1 }
2775637 v1

I, Keith M. Woodwell, declare as follows:

I am an attorney licensed to practice law in the State of Utah and am a shareholder and director at Clyde Snow & Sessions, P.C. ("Clyde Snow"), local counsel for the Lead Plaintiffs in this action. I make this declaration in support of the Indiana Public Retirement System's ("INPRS") and Public School Teachers' Pension and Retirement Fund of Chicago's ("CTPF") Memorandum in Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the following, and if called as a witness could and would competently testify hereto.

Attached hereto are true and correct copies of the following documents:

**Exhibit A:** Plaintiffs' Chart Identifying Actionable Exchange Act Statements;

**Exhibit B:** Plaintiffs' Chart Identifying Actionable Securities Act Allegations; and

**Exhibit C**: Plaintiffs' Chart Identifying Factual Allegations that Defendants Wrongly Identify as Alleged Misstatements.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 16th day of October 2020.

CLYDE SNOW & SESSIONS

Keith M. Woodwell
Declarant

{01766105-1 }