# EXHIBIT B

**PLAINTIFF INPRS' CHART IDENTFYING ACTIONABLE SECURITIES ACT ALLEGATIONS**

| CAC Paragraph Identifying Actionable Statement | Defs.' "Statement No." | Actionable Statement | CAC Paragraph Identifying Reason(s) Why Statement Was False or Misleading | Page No. of Plaintiffs' Brief Addressing Defendants' Arguments |
|---|---|---|---|---|
| 289 | 17, 18 | "*We have significantly expanded our direct sales force to focus on business sales* and have aligned our sales team's compensation structure to fit this objective." <br><br> "*Growth Strategy*: <br><br> *We have a large direct sales force to focus on business sales* and have aligned our sales team's compensation structure to fit this objective. *We have also been able to drive substantial increases in the productivity and effectiveness of our sales personnel over time as they gain more experience selling subscriptions to our platform.* We intend to pursue a greater proportion of large scale, recurring business transactions and to more effectively drive business customer engagement throughout the life of the relationship. As an example of our ability to increase customer engagement, as of December 31, 2018, our 25 largest customers had expanded their annual spend by 19.6 times the amount they spent in the year of initial purchase. We will continue to expand our platform capabilities to deliver additional value to our customers. Our sales force educates business customers on the strengths of our platform to help customers make informed decisions and create a customized and unified end-to-end learning experience for their businesses." | 290-292, 302, 330-342 <br><br> *See also* CAC Section V.E (Materiality) | 34 |

1

| CAC Paragraph Identifying Actionable Statement | Defs.' "Statement No." | Actionable Statement | CAC Paragraph Identifying Reason(s) Why Statement Was False or Misleading | Page No. of Plaintiffs' Brief Addressing Defendants' Arguments |
|---|---|---|---|---|
| 294 | 20 | As we continue to expand our sales efforts to business customers, we will need to continue to increase the investments we make in sales and marketing, and *there is no guarantee* that our investments will succeed and contribute to additional customer acquisition and revenue growth. | **293, 295, 302, 330-342**<br><br>*See also* **CAC Section V.E (Materiality)** | 34 |
| 296 | 21 | "Risk Factor" captioned "Failure to effectively expand our sales and marketing capabilities *could harm* our ability to increase our customer base and achieve broader market acceptance of our platform" that stated:<br><br>*If we are unable to hire, develop, and retain talented sales or marketing personnel, if our new sales or marketing personnel are unable to achieve desired productivity levels in a reasonable period of time, or if our sales and marketing programs are not effective,* our ability to broaden our customer base and achieve broader market acceptance of our platform could be harmed. | **293, 297, 302, 330-342**<br><br>*See also* **CAC Section V.E (Materiality)** | 34 |
| 298 | 22 | "Risk Factor" captioned: "*If we fail* to retain key employees or to recruit qualified technical and sales personnel, our business could be harmed" that stated in part: "As we expand our business, our continued success will also depend, in part, on our ability to attract and retain qualified sales, marketing, and operational personnel capable of supporting a larger and more diverse customer base." | **293, 299, 302, 330-342**<br><br>*See also* **CAC Section V.E (Materiality)** | 34 |
| 300 | 23 | "Risk Factor" captioned: "*If we fail* to effectively manage our growth, our business and results of operations could be harmed" | **293, 301, 302, 330-342** | 34 |

2

| CAC Paragraph Identifying Actionable Statement | Defs.' "Statement No." | Actionable Statement | CAC Paragraph Identifying Reason(s) Why Statement Was False or Misleading | Page No. of Plaintiffs' Brief Addressing Defendants' Arguments |
|---|---|---|---|---|
| | | that stated in part: "We intend to continue to invest to expand our business, including investing in . . . sales and marketing operations, hiring additional personnel . . . . *If we do not achieve the benefits anticipated from these investments, or if the achievement of these benefits is delayed,* our results of operations may be adversely affected." | ***See also* CAC Section V.E (Materiality)** | |

3