# EXHIBIT C

**PLAINTIFFS' CHART IDENTIFYING FACTUAL ALLEGATIONS
THAT DEFENDANTS WRONGLY IDENTIFY AS ALLEGED MISSTATEMENTS**

| CAC Paragraph | Defs.' "Statement No." | Factual Allegation |
|---|---|---|
| 85 | 5 | Pluralsight announced that it had grown fourth quarter billings 42%, fourth quarter billings to B2B customers 51%, and full year 2018 billings 43% year-over-year. |
| 85 | 6 | It was the Company's "seventh consecutive quarter of greater than 50% growth in B2B billings," Skonnard said. |
| 86 | 7 | "our teams continue to execute with strong focus and commitment to customer success as demonstrated by our dollar-based net retention rate reaching 128%." |
| 89 | 9 | 85% of the 2018 billings were from "business customers" |
| 90 | 10 | Pluralsight expected billings from business customers to continue to increase as a percentage of billings, and that this would be a "significant source of future revenue growth and a key factor affecting our long-term performance." The Company assured investors that its leaders monitored "business customers, billings, and certain related key business metrics to help us evaluate our business, identify trends affecting our business, formulate business plans, and make strategic decisions." |
| 105, 287 | 16 | Defendants drove home the points that billings from business customers – which were generated by the sales force – had risen to 85% of the Company's billings in 2018 and continued to increase, and that billings from business customers had grown at over 50% year-over-year in 2017 and 2018: [Plaintiffs include chart] |
| 112 | 24 | . . . the Company announced total billings growth of 41% compared to the same period in the previous year and B2B billings growth of 48%. |
| 112 | 26 | B2B billings – which were generated by the sales force – had increased to 86% of the Company's overall billings, underscoring the importance of the capacity of the sales force to the Company's sustained 2019 billings growth: [Plaintiffs include chart] |