Gregory L. Watts (*pro hac vice*)
gwatts@wsgr.com
Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone: (206) 883-2500

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300

Jason W. Hardin (# 8793)
jhardin@fabianvancott.com
Sarah C. Vaughn (# 14615)
svaughn@fabianvancott.com
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City,  UT 84111
Telephone: (801) 531-8900

*Attorneys for Pluralsight, Inc., Aaron Skonnard, James Budge, Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, and Karenann Terrell*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC,<br><br>Defendants. | Case No. 1:19-CV-00128-JNP-DBP<br><br>**DECLARATION OF STEPHANIE L. JENSEN IN SUPPORT OF THE PLURALSIGHT DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS CORRECTED AMENDED COMPLAINT**<br><br>Honorable Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

I, Stephanie L. Jensen, declare:

1.      I am an attorney duly admitted to practice law in the State of Washington and am admitted *pro hac vice* in the above-referenced case (Dkt. 103).

2.      I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., and am counsel of record for Pluralsight, Inc. ("Pluralsight"), Aaron Skonnard, James Budge, Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, and Karenann Terrell (the "Pluralsight Defendants" or, for purposes of this declaration, "Defendants"). I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein. This declaration is submitted in support of the Pluralsight Defendants' Reply in Support of Motion to Dismiss Corrected Amended Complaint, filed herewith.

3.      Attached hereto as **Exhibit 12** is a true and correct copy of a chart consolidating information from the four previously-submitted charts into a single exhibit. This exhibit was created by Defendants to facilitate the Court's review of the Corrected Amended Complaint and allegations therein.

4.      Attached hereto as **Exhibit 13** is a true and correct copy of Pluralsight's January 14, 2020 Presentation at Needham & Company, LLC's Conference Transcript.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Carnation, Washington on this 17th day of November, 2020.

/s/ Stephanie L. Jensen
Stephanie L. Jensen (*pro hac vice*)


/s/ Gregory L. Watts (Filing Attorney)
Gregory L. Watts (*pro hac vice*)

1