# EXHIBIT 12

**CHART OF ALLEGEDLY FALSE OR MISLEADING STATEMENTS
FROM THE CORRECTED AMENDED COMPLAINT[1]**

| Stmt No.[2] | ¶ | CAC ¶ Allegations[3] | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 1 | 173; *see also* 82 (partial); 83 (partial); 84 (partial) | Exchange Act: 174 | Needham & Company, LLC Growth Conference | Budge | Jan. 16, 2019 | "[I]n 2017 through '18 – well, first part of '18 and then the later part of '16 is when we went to[4] a heavy investment in the enterprise, we actually saw that we had the product that would have – and the content capabilities that would appeal to that bigger enterprise. ***At the time, we had about 80 quota-bearing reps and little infrastructure around our sales reps***, which in the world of SaaS you want to have a robust customer success organization, CSMs as they're affectionately called pre-sales, post-sales motion, all the digital marketing to feed into that, the business development reps or inside sales reps, if you will. ***None of that infrastructure really existed at scale. Not to mention, we didn't have enough like quota-bearing reps on the ground* . . . .** So we went from roughly 0 enterprise-class reps to today, we have about 120 of those reps. And the aggregate quota-bearing reps went from about 80 at that time ***to today we have about 250***." | MTD at 11 (Statement of Historical Fact) | Exchange Act: 11, 13, 15, 16, 18, 19, 20, 21, 27 |

---

[1] The information in this chart is based on Plaintiffs' quotations and descriptions as stated in their Corrected Amended Complaint ("CAC" or "¶"). Purportedly quoted language from Defendants are presented in quotations, while Plaintiffs' characterizations are presented without quotations. All emphasis or brackets are as they appear in the CAC.

[2] Statements highlighted in grey (Nos. 5-7, 9, 10, 16, 24, 26) are those Plaintiffs concede are not false or misleading. *See* Dkt. 119-4.

[3] Columns titled "CAC Allegations" and "Opp. Page No." are taken directly from Plaintiffs' Exs. A & B to their Opposition to Defendants' Motion to Dismiss. *See* Dkt. 119-2, 3. Defendants do not agree that Plaintiffs' references to the CAC identify reasons the statements were allegedly false or misleading, or that the paragraphs even correspond with the statements at all. Defendants also do not agree that Plaintiffs' referenced Opposition pages address Defendants' arguments.

[4] The says reflects: "the later part of '16 as well, we went through . . ." and "had" should be replaced with "have." *See* Dkt. 112-5 at 12.

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 2 | 173; *see also* 83 (partial) | Exchange Act: 174 | Needham & Company, LLC Growth Conference | Budge | Jan. 16, 2019 | We'll grow that to over 300 as we go through 2019. So while we'll continue to add a good 70 to 80 a year, it's lower as a percentage of the total growth that we have, *which is a reason why you're seeing some of the efficiencies in the model*. | MTD 12-13 (Safe Harbor); 14 (Opinion) | Exchange Act: 11, 13, 15, 16, 18, 19, 20, 21, 27 |
| 3 | 173 | Exchange Act: 174 | Needham & Company, LLC Growth Conference | Budge | Jan. 16, 2019 | In the second quarter of this year – of last year, I should say, last year 2018, it was the first quarter in the previous 8 quarters where we actually grew our B2B billings number faster than our sales and marketing line. *So we'd kind of crossed over into where we were starting to see some of the efficiencies of our models. We built out some of the infrastructure around sales to scale.* | MTD 11 (Statement of Historical Fact); 14 (Opinion) | Exchange Act: 11, 13, 15, 16, 18, 19, 20, 21, 27 |
| 4 | 173; *see also* 82 (partial) | Exchange Act: 174 | Needham & Company, LLC Growth Conference | Budge | Jan. 16, 2019 | *We didn't have to keep growing it . . . .* *So it's work – it seems to be working. So we had a lot of great sales reps. They're killing it. And a lot of great infrastructure around them that has improved our retention massively and we're now at scale, we're starting to see the efficiencies around that.*" | MTD 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 13, 15, 16, 18, 19, 20, 21, 27 |
| 5 | 85 | | 4Q18/FY 2018 Form 8-K | Company | Feb. 13, 2019 | Pluralsight announced that it had grown fourth quarter billings 42%, fourth quarter billings to B2B customers 51%, and full year 2018 billings 43% year-over-year. | | |
| 6 | 85 | | 4Q18/FY 2018 Form 8-K | Skonnard | Feb. 13, 2019 | It was the Company's "seventh consecutive quarter of greater than 50% growth in B2B billings," Skonnard said. | | |

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 7 | 86 | | 4Q18/FY 2018 Earnings Call | Skonnard | Feb. 13, 2019 | "our teams continued[5] to execute with strong focus and commitment to customer success as demonstrated by our dollar-based net retention rate reaching 128%." | | |
| 8 | 177; *see also* 87 (partial); 216 (partial) | Exchange Act: 178 | 4Q18/FY 2018 Earnings Call | Budge | Feb. 13, 2019 | "***Total quota-bearing reps closing in at around 240, we expect that to grow to probably over 300 as we roll through 2019. . . . So more reps to come, more on quota on the Street and more goodness from them.***" | MTD 11 (Statement of Historical Fact); 12-13 (Safe Harbor); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 13, 14, 15, 16, 18, 19, 20, 21, 23, 27 |
| 9 | 89 | | 2018 Form 10-K | Company | Feb. 21, 2019 | ***85% of the 2018 billings were from "business customers"*** | | |
| 10 | 90 | | 2018 Form 10-K | Company | Feb. 21, 2019 | Pluralsight expected billings from business customers to continue to increase as a percentage of billings, and that this would be a "significant source of future revenue growth and a key factor affecting our long-term performance." The Company assured investors that its leaders monitored "business customers, billings, and certain related key business metrics to help us evaluate our business, identify trends affecting our business, formulate business plans, and make strategic decisions." | | |

---

[5] The Earnings Call transcript shows "continued" should be replaced with "continue." *See* Dkt. 112-8 at 4.

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 11 | 181; *see also* 91 (partial); 215[6] | Exchange Act: 182, 212-215, 219, 220 | 2018 Form 10-K | Company | Feb. 21, 2019 | In a section titled "**Growth Strategy**", the 10-K stated: "***We have a large direct sales force*** to focus on business sales and have aligned our sales team's compensation structure to fit this objective. ***We have also been able to drive substantial increases in the productivity and effectiveness of our sales personnel over time as they gain more experience selling subscriptions to our platform.*** We intend to pursue a greater proportion of large scale, recurring business transactions and to more effectively drive business customer engagement throughout the life of the relationship. As an example of our ability to increase customer engagement, as of December 31, 2018, our 25 largest customers had expanded their annual spend by 19.6 times the amount they spent in the year of initial purchase. We will continue to expand our platform capabilities to deliver additional value to our customers. Our sales force educates business customers on the strengths of our platform to help customers make informed decisions and create a customized and unified end-to-end learning experience for their businesses." | MTD 12-13 (Safe Harbor); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 15, 17, 18, 19, 21, 27, 30 |

[6]  Plaintiffs concede ¶¶ 215 and 216 misattribute these statements to a Form 10-Q when they were made in Pluralsight's 2018 Form 10-K. Opp. at 22 n.23.

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 12 | 93; 185 | Exchange Act: 184, 186, 212-215, 219, 220 | 2018 Form 10-K | Company | Feb. 21, 2019 | "As we continue to expand our sales efforts to business customers, we will need to continue to increase the investments we make in sales and marketing, and *there is no guarantee* that our investments will succeed and contribute to additional customer acquisition and revenue growth." | MTD 12-13 (Safe Harbor); 14 (Opinion); 14 (Risk Factor) | Exchange Act: 11, 12, 15, 19, 21, 27, 30 |
| 13 | 94; 187 | Exchange Act: 184, 188, 212-215, 219, 220 | 2018 Form 10-K | Company | Feb. 21, 2019 | "Risk Factor" captioned "Failure to effectively expand our sales and marketing capabilities *could harm* our ability to increase our customer base and achieve broader market acceptance of our platform," stated:<br><br>"*If* we are unable to hire, develop, and retain talented sales or marketing personnel, *if* our new sales or marketing personnel are unable to achieve desired productivity levels in a reasonable period of time, or *if* our sales and marketing programs are not effective, our ability to broaden our customer base and achieve broader market acceptance of our platform could be harmed." | MTD 14 (Risk Factor) | Exchange Act: 11, 12, 21, 27, 30 |
| 14 | 95; 189 | Exchange Act: 184, 190, 212-215, 219, 220 | 2018 Form 10-K | Company | Feb. 21, 2019 | "Risk Factor" captioned: "*If we fail* to retain key employees or to recruit qualified technical and sales personnel, our business could be harmed" that stated in part: "As we expand our business, our continued success will also depend, in part, on our ability to attract and retain qualified sales, marketing, and operational personnel capable of supporting a larger and more diverse customer base." | MTD 14 (Risk Factor) | Exchange Act: 11, 12, 21, 27, 30 |
| 15 | 96; 191 | Exchange Act: 184, 192, 212-215, 219, 220 | 2018 Form 10-K | Company | Feb. 21, 2019 | "Risk Factor" captioned: "*If we fail* to effectively manage our growth, our business and results of operations could be harmed" that stated in part: "We intend to continue to invest to expand our business, including investing in . . . sales and marketing operations, hiring additional personnel . . . . *If we do not achieve the benefits anticipated from these investments, or if the achievement of these benefits is delayed*, our results of operations may be adversely affected." | MTD 14 (Risk Factor) | Exchange Act: 11, 12, 21, 27, 30 |

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 16 | 105 *see also* 287*[7] (partial) | | Offering Documents[8] | Company | Mar. 7, 2019 | Defendants drove home the points that billings from business customers – which were generated by the sales force – had risen to 85% of the Company's billings in 2018 and continued to increase, and that billings from business customers had grown at over 50% year-over-year in 2017 and 2018: [Plaintiffs include chart] | | |
| 17 | 194; *see also* 106 (partial); 217; 289* (partial) | Exchange Act: 196, 212-214, 217, 219-223 Securities Act: 290-292, 302, 330-342, CAC Section V.E | Offering Documents | Company | Mar. 7, 2019 | "*We have significantly expanded our direct sales force to focus on business sales* and have aligned our sales team's compensation structure to fit this objective." | MTD 11 (Statement of Historical Fact); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 13, 14, 15, 17, 18, 21, 27, 30 Securities Act: 34 |

---

[7]  Statements challenged under the Securities Act are indicated with "*"; all other statements are challenged under the Exchange Act.

[8] The registration statement and preliminary prospectus was filed with the SEC on Form S-1 on March 4, 2019. ¶ 103. On March 7, 2019, the Company filed a free writing prospectus and a final prospectus. ¶ 104. Plaintiffs' CAC defines "Offering Documents" to include the prospectus and registration statement, collectively; for purposes of this chart, we adopt Plaintiffs' term and use the date of March 7, 2019 for all challenged statements from the "Offering Documents."

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 18 | 195; *see also* 107 (partial); 217; 289* | Exchange Act: 196, 212-214, 217, 219-223<br><br>Securities Act: 290-292, 302, 330-342, CAC Section V.E | Offering Documents | Company | Mar. 7, 2019 | "***Growth Strategy***": "***We have a large direct sales force to focus on business sales*** and have aligned our sales team's compensation structure to fit this objective. ***We have also been able to drive substantial increases in the productivity and effectiveness of our sales personnel over time as they gain more experience selling subscriptions to our platform***. We intend to pursue a greater proportion of large scale, recurring business transactions and to more effectively drive business customer engagement throughout the life of the relationship. As an example of our ability to increase customer engagement, as of December 31, 2019, our 25 largest customers had expanded their annual spend by 19.6 times the amount they spent in the year of initial purchase. We will continue to expand our platform capabilities to deliver additional value to our customers. Our sales force educates business customers on the strengths of our platform to help customers make informed decisions and create a customized and unified end-to-end learning experience for their businesses." | MTD 11 (Statement of Historical Fact); 12-13 (Safe Harbor); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 15, 17, 19, 30<br><br>Securities Act: 34 |
| 19 | 107; *see also* 198 | Exchange Act: 186, 188, 190, 192, 212-214, 217, 219-223 | Offering Documents | Company | Mar. 7, 2019 | . . . the Offering Documents repeated the same inadequate, incomplete and misleading "Risk Factors" regarding its sales force that it had included in its 2018 Form 10-K filed on February 21, 2019. | MTD 14 (Risk Factor) | Exchange Act: 11, 21, 27, 30 |
| 20 | 294* | Securities Act: 293, 295, 302, 330-342, CAC Section V.E | Offering Documents | Company | Mar. 7, 2019 | "As we continue to expand our sales efforts to business customers, we will need to continue to increase the investments we make in sales and marketing, and ***there is no guarantee*** that our investments will succeed and contribute to additional customer acquisition and revenue growth." | MTD 26 (Risk Factor) | Securities Act: 34 |

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 21 | 296* | Securities Act: 239, 297, 302, 330-342, CAC Section V.E | Offering Documents | Company | Mar. 7, 2019 | "Risk Factor" captioned "Failure to effectively expand our sales and marketing capabilities *could* harm our ability to increase our customer base and achieve broader market acceptance of our platform" that stated:<br><br>"*If* we are unable to hire, develop, and retain talented sales or marketing personnel, *if* our new sales or marketing personnel are unable to achieve desired productivity levels in a reasonable period of time, or *if* our sales and marketing programs are not effective, our ability to broaden our customer base and achieve broader market acceptance of our platform could be harmed." | MTD 26 (Risk Factor) | Securities Act: 34 |
| 22 | 298* | Securities Act: 293, 299, 302, 330-342, CAC Section V.E | Offering Documents | Company | Mar. 7, 2019 | "Risk Factor" captioned: "*If we fail* to retain key employees or to recruit qualified technical and sales personnel, our business could be harmed" that stated in part: "As we expand our business, our continued success will also depend, in part, on our ability to attract and retain qualified sales, marketing, and operational personnel capable of supporting a larger and more diverse customer base." | MTD 26 (Risk Factor) | Securities Act: 34 |
| 23 | 300* | Securities Act: 293, 301, 302, 330-342, CAC Section V.E | Offering Documents | Company | Mar. 7, 2019 | "Risk Factor" captioned: "*If we fail* to effectively manage our growth, our business and results of operations could be harmed" that stated in part: "We intend to continue to invest to expand our business, including investing in . . . sales and marketing operations, hiring additional personnel . . . . *If we do not achieve the benefits anticipated from these investments, or if the achievement of these benefits is delayed*, our results of operations may be adversely affected." | MTD 26 (Risk Factor) | Securities Act: 34 |
| 24 | 112 | | 1Q19 Form 10-Q and Form 8-K | Company | May 1, 2019 | . . . the Company announced total billings growth of 41% compared to the same period in the previous year and B2B billings growth of 48%. | | |

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 25 | 112; 202 | Exchange Act: 186, 188, 190, 192, 203, 212-215, 218-220 | 1Q19 Form 10-Q | Company | May 1, 2019 | Defendants referred investors back to the same misleading and insufficient "Risk Factors" listed in their 2018 Form 10-K report filed with the SEC on February 21, 2019 . . . . | MTD 14 (Risk Factor) | Exchange Act: 11, 21, 27 |
| 26 | 112 | | 1Q19 Form 10-Q | Company | May 1, 2019 | B2B billings – which were generated by the sales force – had increased to 86% of the Company's overall billings, underscoring the importance of the capacity of the sales force to the Company's sustained 2019 billings growth: [Plaintiffs include chart] | | |
| 27 | 205; *see also* 113 (partial); 114 (partial); 218 (partial) | 206 | 1Q19 Earnings Call | Budge | May 1, 2019 | "***Look, we like where we are with our sales reps***. We're committed to continue to grow the sales force. ***We have a plan to grow into the high 200s, even cross over 300s in quota bearing reps this year 2019 which continues on the really outstanding progression we've had over the last few years where we've massively expanded our sales force*** from 80 quota bearing reps two years ago to – at this point over – at the end of this year over 300. So love our growth there. Our retention is excellent. I think compared to industry average, we'd always like it to be higher and the churn to be lower, particularly with our sales reps. But it's a function when[9] there is a little bit more turnover in sales, often in the first quarter or so. ***We've experienced some of that. It's normal. We planned for that and that's – we're still committed, and we see a clear path to having 300-plus reps by the time we exit the year. So the short answer is we're on pace.***" | MTD 11 (Statement of Historical Fact); 12-13 (Safe Harbor); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 13, 14, 16, 18, 19, 20, 21, 27 |

[9] The Earnings Call transcript shows "when" should be replaced with "where." *See* Dkt. 112-6 at 14.

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 28 | 115; *see also* 113 (partial); 209[10] | Exchange Act: 210 | 1Q19 Earnings Call | Budge | May 1, 2019 | "We – there's probably only so many reps we could hire in any given year. *We do have a pace to it that between our people team and our sales management teams that puts people through good rigor on the kind of reps that we would like to hire into our organization. And we like the direction we're going on both a top and bottom line.* We like the fact that we've been cash flow profitable for three straight quarters now. We would like to continue that. *As long as we can continue to drive growth of greater than 40% and near 50% on B2B, then that's sufficient for us over time. And we think that will grow a long and sustainable business model for us.*" | MTD 12-13 (Safe Harbor); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 15, 16, 18, 19, 20, 21, 27 |
| 29 | 116; *see also* 199 | Exchange Act: 200 | 1Q19 Press Release and Earnings Call | Skonnard | May 1, 2019 | "Our Q1 financial results marked a great start to 2019. *Revenue and billings growth continue to be strong* with both up over 40% year over year. *We continue[11] to demonstrate the efficiency in our model* with our third consecutive quarter of positive cash flow." | MTD 11 (Statement of Historical Fact); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 13, 15, 17, 18, 21, 27 |

[10] ¶ 209 adds at the beginning: "Yes, Look, it's probably a combination of both of those. Not probably, it is a combination of both of those."

| Stmt No. | ¶ | CAC ¶ Allegations | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement | MTD & Reply Page No. | Opp. Page No. |
|---|---|---|---|---|---|---|---|---|
| 30 | 113; 116; 199 | Exchange Act: 200 | 1Q19 Earnings Call | Skonnard | May 1, 2019 | "[O]ur teams *continue to execute with strong focus and commitment to customer success* as demonstrated by our dollar-based net retention rate of 128%." | MTD 11 (Statement of Historical Fact); 13 (Optimism); 14 (Opinion) | Exchange Act: 11, 13, 15, 17, 18, 21, 27 |