# EXHIBIT 13

# Pluralsight Inc at Needham Growth Conference - Final

FD (Fair Disclosure) Wire

January 14, 2020 Tuesday

Copyright 2020  ASC Services II Media, LLC
All Rights Reserved

Copyright 2020 CCBN, Inc.

**Length:** 6174 words

## Body

Corporate Participants

* James W. Budge

Pluralsight, Inc. - CFO

Conference Call Participants

* Scott Randolph Berg

Needham & Company, LLC, Research Division - Senior Analyst

Presentation

SCOTT RANDOLPH BERG, SENIOR ANALYST, NEEDHAM & COMPANY, LLC, RESEARCH DIVISION: All right. Thanks, everyone, for joining us today. For those that don't know me, my name is Scott Berg. I lead our enterprise software and SaaS efforts here at Needham on the research side. And today, we have James Budge, Chief Financial Officer, with Pluralsight. I think a lot of you probably know James.

But why don't we get started with you just giving a little background on what Pluralsight does and how you help your customers.

JAMES W. BUDGE, CFO, PLURALSIGHT, INC.: Yes. Great. Hey, Mark, raise your hand over there. This is Mark McReynolds over here, another one of us from Pluralsight. So after today, if you don't have all the incredible questions in your mind answered, you can reach out to me or Mark, and we'd love to keep the conversation going.

So look, who we are. We're an on-demand supplier of technical skills development capabilities. And what does that mean? That means we have -- several years ago, people thought of us as an amazing library of tech skills content, which we still have today. We have 7,000 going on 8,000 courses or video modules in our system that are accessible by anybody who subscribes to our annual license.

But as, or more important, depending on what kind of organization you are, we have an amazing platform that allows you to track and inventory and monitor all the skills that you have within your organization. We think it's somewhat of a one-of-its kind type of platform that allows for big companies or even midsized companies or any size of company that has hundreds or tens of thousands or thousands of tech employees to be able to, for the first time in their existence, actually track and monitor and catalog and understand the technology experiences and skills that they have within their organization and actually then go through a process of uplifting those skills over time as

Pluralsight Inc at Needham Growth Conference - Final

you're migrating through different tech stacks and plugging people into the right roles where they can be most successful for your organization. So that's what we provide.

We've grown from a small and structure-led training business back in 2004 to 2008 we went online and have grown our business to -- in 2019, the midpoint of our range was around $315 million in revenue. We expect to grow that close to $400 million as we go through 2020. Is that good enough?

SCOTT RANDOLPH BERG: I think that's great. Well we'll get started.

Questions and Answers

SCOTT RANDOLPH BERG: I guess one of the questions I frequently get from different investors is why IT specifically. What's different about IT versus maybe finance or sales or other departments or discipline? And why only staying in only focused on IT?

JAMES W. BUDGE: Yes, good. Well, I learned finance and skills a long time ago. And while finance does change a little bit as far as the evolution, core math skills around haven't really evolved much in the last several thousands of years. On the other hand, technology skills develop and change about roughly every 2 to 2.5 years. The half-life of a technology is about 2.5 years. So if you think about that, where we go back 40 to 50 years and there were 2 programming languages, COBOL and Fortran, we now have nearly 1,000 languages, frameworks or tools out there. And if I fast forward 5 to 10 years, that's probably going to be double that. So it's evolving quickly.

And if you're a technologist in any kind of organization, you want to stay up to speed and abreast of what's going on. You want to evolve in your own career and evolve in a way that's best for the organization. And staying up to speed on those technologies becomes very important. So we think that's -- we're in the space that is the area that is evolving the most relative to other functions within an organization.

SCOTT RANDOLPH BERG: Great. A lot of questions I also get is on isn't this just a content platform. Why is this more than content? I was a software analyst last time I -- at least last time I checked is. Can you help describe kind of how the platform is more than just content today? And why that makes it stickier over time.

JAMES W. BUDGE: Yes. And let me describe a few of the capabilities that are in the platform. So content still is important, I think, to some of our smaller customers. They might weight a little bit more towards content because the capabilities in the platform aren't as important to you if you're managing 10, 15, 20 employees. If you're trying to manage thousands of employees, or in some of our customers, hundreds of thousands of employees, at least tens of thousands of employees, the capabilities in the platform, the ability to manage your teams become that much more important.

What do I mean by that? We have a skills assessment capability where you can ask your employees or your employee should want to go in and kind of assess where they are in their proficiency in any number of skills that we have on our platform. We then will take you down a personalized learning path. We'll point you toward the capabilities or the courses on our platform that might be most useful to you as an individual.

If you're a leader of the organization and you're moving your organization from one technology stack to another, you can actually point your own employees to say what's important to you as a leader and move your employees in that direction.

If you're -- now if you're looking for roles that you're trying to fill out, it used to be a little bit hit and miss if you're saying, "Hey, I need 20 data scientists. Come one, come all, and I'll just see what shows up." Now I can actually have people test into that, if you will, or assess themselves into that. And I can actually find individuals that, through a series of skill assessments, I can understand whether they're fit for the role. Usually, a Role IQ that we have on our platform is a combination of about 7 to 8 or 9 different skills that might make up a role to provide that proficiency going forward.

With our Flow technology, a company that -- which came from a company called GitPrime that we acquired in May, we now have the ability to actually monitor and track the application of those skills that you develop. So as you're

coding and that code goes into a code repository, we actually sit in between the 2 and between the programmer and the code repository, and we assess the impact of what you're coding. It's not just about the quantity of the code, but it's the quality, it's the impact of that code, whether it's going into the platform or a feature release and how you work with different teams and the impact of what you're coding with different teams and different skills that you provide. So all of that comes together into our platform and becomes really relevant and important to bigger organizations as they're managing teams that are very large.

SCOTT RANDOLPH BERG: Okay. You mentioned Flow, which is the GitPrime acquisition. You acquired that, what was it, in May last year I think it was?

JAMES W. BUDGE: Right.

SCOTT RANDOLPH BERG: All right. So relatively new, interesting piece of functionality, but how is it being received by the customer base so far given the short time that you've had it? And then as an extension, have your sales force really been able to push that product out yet?

JAMES W. BUDGE: Yes. Well, we think the answer is yes. The short answer is yes, received super well. So just to size it. Flow did -- in the year before we bought them, in 2018, they did $5 million of annual billings. And the target we had for them in 2019 was to double that to over $10 million. And at the time of the acquisition, we said and we see that growing to $25 million to $30 million in 2020. So 2019 is behind us, clearly, in the second and the third quarter, we haven't yet reported our fourth quarter, but the trajectory we were on through the third quarter, we think will easily surpass the $10 million target we had for Flow in 2019 and set us up super well for the $25 million to $30 million we expect from that in 2020.

A big reason for that is we kept the sales teams separate and we kept the product separate in 2019 and operated it as a mostly an independent entity. In 2020, we're now going to take that capability, put it into the hands of our 300-plus sales reps. Their quota assignments in 2020 will have a portion of it related to Flow. So now their -- it wasn't just a nice cross-sell that gave them some upside opportunities in their commission plans. Now it's sort of required to them -- from them to hit their quota plans in 2020.

So now we have the capability and a lot more hands of reps to deliver into our customers. There were about 330 customers from GitPrime, and Pluralsight has about 18,000 customers. So now if you kind of do the simple math there, we're now putting it into the hands of a lot more people to sell into a lot more customers in 2020.

On the product side, we just announced internally just a few days ago that we're actually ahead of pace on the combined product offering. We expected that to come out in February and that will roll out here in the next couple of days. You'll see that -- if you go to our website, you'll see a single user interface and you can go into if you're from the buying experience and that will be -- that will actually check the box, if you will, on what we needed to provide from the customer experience as far as the platform.

But the real goodness from a billings perspective as we roll through 2020 is going to come from that combined go-to-market organization that we have and as we roll through 2020 at it.

SCOTT RANDOLPH BERG: A couple of other pieces of the platform, you've had Role IQ and Skill IQ out for a longer duration. Can you maybe help us understand what attach rates or usage of them are like relative to that core 18,000 base? And then as you look at Flow, do you see some similarities to have similar attach rates or better going forward?

JAMES W. BUDGE: Yes, I mean, the way we look at skill assessments and Skill IQ and Role IQ is the number of Skill IQs that have been taken and the number of Role IQs that have begun. As I have mentioned earlier, it's a combination of about 7 to 8, maybe 9, depending on the technology, of skill assessments or Skill IQs that roll into a single Role IQ. Think about a Role IQ as almost like -- in other companies, it might be like a boot camp kind of experience. I mean usually, it takes about 2 to 3 months for someone to assemble the skills necessary to complete a Role IQ.

Pluralsight Inc at Needham Growth Conference - Final

So skill assessments, we rolled out a couple of years ago, Skill IQ and to date, we've had over 3 million skill assessments taken, which we believe is a pretty good trajectory for ourselves. That averages out to a few skill assessments on average per user, active user that we have out there. The Role IQs that we've had taken, and we rolled this out about a year ago -- just over a year ago, but Role IQ were around 350 -- I think, 350,000 Role IQs that have been created to date. And that's from a standing start of 0. So we feel really good about the trajectory of that. It's not only been good in overall quantities, but the pace has quickened over the last year or so as these technologies have come together in combination.

SCOTT RANDOLPH BERG: Great. I think a competitive dynamic that's actually popped up, kind of midyear, you've been talking about a little bit, is how some competitors have been a little bit more price competitive than -- especially in the low end of the market than they had before. Can you help talk about what this impact has been to the business? And how should we think about how you actually tackle that better going forward?

JAMES W. BUDGE: Yes, sure. The biggest competitor that any of the commercial platform or product providers put into the market is instructor-led or in-classroom experiences. That's still probably -- we calculate the market to be anywhere around $40 billion to $50 billion. And the biggest part of that market, about 70% of that market, is still instructor-led training. That's the world that Aaron and Fritz and Keith, our co-founders, began in 2004 before they pivoted online, but still a massive business out there and we coexist with instructor-led training. And many of our customers, they will massively scale down, oftentimes, their instructor-led training business inside of their business and replace it with Pluralsight, but they'll still have some instructor-led training there. So that's, by far, the biggest competition and it's particularly still the biggest part of the competition in the big enterprise and even the midsized market.

So we see that as somewhat easy to pick off. It's super inefficient. It doesn't scale. You don't reach any of your employees at mass scale. You're picking up, like, 50 to 60 employees per event as opposed to something that's much more scalable with thousands of employees, tens of thousands that can access our platform at any point in time from your organization. So that's fairly easy competition to go after.

On the lower end, mid-end, some of the competitors that Scott mentioned have been getting a little more price aggressive, and it has impacted some of the churn at the low end. Churn has picked up a little bit at the low end. We saw that at the beginning of the second quarter. We invested some more resources to blunt that in the mid- to high end of the market.

If you just think about where the importance is placed on the platform, I think I mentioned this earlier, but at the low end, it probably trends more towards the importance being placed on the content in the platform and at the high end more on the platform as opposed to the content because of the ability to -- or the need to manage so many more resources at the high end of the market.

So we do super well. Our -- we haven't seen churn really impacted at all at the enterprise level or the high-end commercial part of our business. At the low end of the commercial, we have seen some more pricing pressure from some of our competitors. But we feel really good about where our retention rates are. We're still at -- we're at 124% net retention at the end of the third quarter, and we see that as close to best-in-class, if not best-in-class.

SCOTT RANDOLPH BERG: Great. How you develop your course content has always been kind of fascinating to me. You crowdsource it, essentially, versus having internal employees actually develop the content yourself. But why does this model work for Pluralsight? And do you really ever worry about that IP walking out the door?

JAMES W. BUDGE: Yes, a couple of things I would say. Yes to crowdsource with a slight twist, and what you get from Pluralsight versus some other platforms that are more of a marketplace is that we have 100 people inside of our organization that are responsible for curating the content that shows up on our site, so that you know, as an individual or a tech learner, that when you come to our site, it's not just any time they come here, they might place their content in there, but it's been highly curated by some seasoned professionals that are used to doing this. So your time will be well spent when you come to our platform. So that's a pretty key differentiator for us when it comes to the content.

Pluralsight Inc at Needham Growth Conference - Final

And the second part of your question was -- can I come back to it?

SCOTT RANDOLPH BERG: Do you worry about it walking out the door?

JAMES W. BUDGE: Yes. Thank you.

SCOTT RANDOLPH BERG: You're not developing in all of it at least yourself.

JAMES W. BUDGE: Right, that's right. So we pay a small upfront fee to our authors. We call it the community of authors. We have about 1,500 of them. As you can imagine, in the early days, 2008, when we first went online, it was a bit of an evangelical sale to go to these smart technologists in the industry and say, "Come to our platform, create content and we'll give you this wonderful second or third source of income."

Now 10 years -- 10, 12 years later, we have about 1,000 inbound requests per quarter from authors that want to be on our platform, and we accept about 40 to 50 per quarter. So we're really kind of just adding super specialists. And we've demonstrated that it's a really amazing platform for them to make money. Our top author last year made over $2.5 million after making $2 million the year before. We have 100 authors in 2019 that made over 100 -- actually, this is 2018, that made over $100,000 a year. So that number is certainly more in 2019.

And what we get in return for them wanting to be on our platform is we offer a small fee for the content that they create and in exchange for that, we actually own the licensing rights for that technology. So our authors cannot go to a competing platform and recreate that content. They could, suddenly, if they create a job or courses for us, we would own that content. They can go smarten themselves up on Python and go create that for another platform if they wanted to. But for Java-specific courses, if we have paid them for that content, then we own the content rights to that and they can't replicate it.

So the IP, the -- we can't keep -- we're not indentured servant owners, but we do keep all the content that comes from their minds that goes on to our platform.

SCOTT RANDOLPH BERG: Great. Going to move into go-to-market because I think this is probably the biggest area. A lot of questions have come out over the last 2 quarters. But 2019 was a challenging year on the go-to-market front as you've well documented. But how do you know these challenges were really execution-related and not something around maybe pricing that you've seen recently or change in demand or maybe even product-driven?

JAMES W. BUDGE: Yes. I'd say some of the proof of that is from the experiences that we had in the third and the fourth quarter and just the improvements that we saw operationally with some different leadership and more emphasis and focus in the sales efforts.

And what do I mean by that? We -- I think it's somewhat well documented we had a capacity gap in the first half of 2019. We came into the year with fewer sales reps than we had planned -- than we had hoped for. And the reason for that is we didn't -- while we planned for, we didn't execute to those reps. We didn't decide where they should go early enough in 2018 leading into 2019. We were experimenting with a hunter-farmer model in 2019. We didn't do a good enough job planning early and enough and executing early and enough in deciding who would fit into what slot as we rolled through 2019. And as a result, we had some capacity challenges in our sales force. We just didn't have enough reps.

So we've put the gas pedal down hard in the second half in the last kind of 3 quarters in 2019. We came out of 2018 going into 2019 with about 200 quota-bearing sales reps. And we're now going into 2020, a year later, with about -- we have about 320 reps right now, which is pretty close to what the target was for us going -- exiting 2019.

So I think with the new leadership, and frankly, I give all the credit to the new sales leadership that we have. They've done a remarkable job. You can have a really great recruiting engine. You can have a great planning engine. But unless the sales leaders engage in the process of hiring high-quality sales reps, it's not going to go anywhere. And we feel much better focused from our sales leaders going into 2020 than we had going into 2019.

Pluralsight Inc at Needham Growth Conference - Final

SCOTT RANDOLPH BERG: So you mentioned the new CRO, Ross.

JAMES W. BUDGE: Yes.

SCOTT RANDOLPH BERG: He's been with you 2 days before your quarterly call was...

JAMES W. BUDGE: 2.5 months, yes.

SCOTT RANDOLPH BERG: When he started, so he has all the answers already.

JAMES W. BUDGE: That's right. That's right.

SCOTT RANDOLPH BERG: He has what I consider to be a little bit of a nontraditional background for a CRO. He's led sales for a period of time, but he doesn't have the 25 years of experience, at least, not directly on his LinkedIn profile. Why is he the right fit for what Pluralsight needs today?

JAMES W. BUDGE: Yes, great question. So first of all, he's had -- he had 7-plus years inside of Salesforce, which, I think, many -- most, at least I, consider to be the king of SaaS. And he learned a lot there. He actually went there as the CIO -- originally the CIO of Salesforce. And he did such a great job there that they decided -- and a great job in the selling efforts. He's often the person that would come in at the very end of the equation to really sell the value of Salesforce to his fellow CIOs. And through that, Mark and others saw that hey, this guy could probably be super effective at sales. And he wanted to experience some other challenges in his career. So for the last 3 or 4 years of his life at Salesforce, he was in a sales function there.

Now sales wasn't totally new to him because he had spent 20-plus years at Accenture in a variety of roles, technical and selling, as the head of the TMT practice there. You have to have some selling capabilities to sell these big packages that systems integrators will sell. So he has a lot of sales experience in his background. He's sat in the seat of the CIO. He understands the demands on the time and expectations of a CIO or a CTO. And we think that's going to be super effective for us as we go forward. We've already seen that effectiveness in the last 2 to 2.5 months that he's been with us.

Some of that process orientation that comes with having been a CIO also is super helpful around the planning and execution phase. So the -- frankly, the reason why we're in a much better spot here in the middle of January than we were a year ago going into the year is from the emphasis and the understanding that Ross really has around all the process that goes into territory setting, naming the accounts for each of the reps, setting quotas for the year, so that the team of 300-plus is really -- really, just gets out there and gets after it early in the year and starts to see success.

So love the background that he brings. Yes, you're right. He's only been there for 2.5 months, but it's been an amazing 2.5 months, I got to tell you. He's awesome, yes.

SCOTT RANDOLPH BERG: So these types of sales changes can actually take some time and they can cause disruption. We've seen it in a lot of companies, and sometimes it's much more smoother than that. While I don't expect you to give a time frame today in terms of when you think the sales force will be back at running at optimal levels, what types of improvements should we look for maybe over the next couple of quarters to understand that the changes that are being made really do have the company on the right trajectory?

JAMES W. BUDGE: Yes. I think ultimately, you're going to see -- I would probably name 2 or 3 items. Obvious -- the most obvious one is you'd expect to see a reacceleration of billings. I think we saw some of that in the third quarter. I hope, in a month -- obviously, I know what the numbers were for the fourth quarter. I'm not going to share them here with any of you. But when we produce our report in a month, we'd like to see that the fourth quarter was a little bit better than the third quarter and the same with the first quarter relative to the fourth quarter as far as the growth trajectory that we're on.

Pluralsight Inc at Needham Growth Conference - Final

Our expectations going through 2020 is that we continue to accelerate our growth through the year. That's not easy to do when you're at $400 million of billings per year and $300-plus million in revenue, but we see that as a path as we go through 2020. So that's one thing.

I'd say the reduction in the churn or the improvement in retention is something we absolutely expect as we go through 2020. I think we saw that already on a quarterly basis as we went from the second to the third to the fourth quarter, but the number we share is a 12-month trailing average, so you won't see that spit out until the second or third quarter.

And then I think as we get into the second quarter, which is kind of second, third, back half of the year, which is -- gives Ross a couple of quarters to really get out there, I think that's when you'll really start to see it pick up again.

SCOTT RANDOLPH BERG: Kind of a new distribution strategy for you this last year was SI partnerships. I think you had Accenture on stage, which was kind of a compelling keynote session. But how can you leverage those SI partners a little bit more going forward? And will they ever be a meaningful part of your distribution?

JAMES W. BUDGE: Yes. Love that question. Certainly, with 20-plus years' experience at Accenture, Ross is only going to help us in that world of spending time with the SIs. There was a really interesting video that PwC Consulting put out just a few days ago. It's -- you can probably Google that online, is where they talk for a good 10 to 15 minutes about their tech skills transformation practice and the importance of tech skills transformation, how it's the #1, #2 or #3 top objective for CEOs right now as far as retaining and improving the skills they have in their tech workforce as every company becomes more and more of a tech organization.

Being highly involved and partnered up with the Accentures, who was on stage. They were a key sponsor of our Pluralsight LIVE event that we had last August. And Fujitsu, actually a big internal user and developing partner in the SI landscape, they actually came and spoke at our Investor Day that we had and spoke to our investors in August. Capgemini, PwC, IBM were all at our conference and heavy sponsors of our conference, which, I think, signals really great things with our SI partnerships as we go through 2020 and into 2021 and 2022.

They all certainly see, as the next generation for the ability for themselves to help transform companies and generate big fees for themselves, that tech skills transformation is a big part of that story for them, tens of millions of dollars in big consulting gigs for them. And if they can leave a piece of that behind, some of that intelligence behind in the form of technology like Pluralsight, that's a great partnership to have.

So I think you'll see that opportunity grow over the coming years. We have projected, we said this at our Investor Day in August, that by the time we get into 2022, 2023 time frame, we see the billings percentage coming from our partnerships, whether it's SIs or whether it's the existing cloud partner relationships we have already today with Microsoft, Google and Amazon, we see the collection of all that being about 20% to 25% of our billings in the next 2 to 3 years. Today, it's about 5%.

So big contribution that we expect from all of them as we roll over the next few years. And Ross being with us and understanding how that SI world works like all the inner workings of all that will be only helpful to that cut.

SCOTT RANDOLPH BERG: I didn't consider the Ross thing on the SIs, but he was kind of spent 1 year there. So...

JAMES W. BUDGE: He was that guy that we're partnering with now, so he knows the players there, particularly the Accenture, obviously, and clearly understands how the ecosystem works.

SCOTT RANDOLPH BERG: Sure. I guess when you look at net revenue retention, it's floated a little bit lower the last couple of quarters. We know some of the challenges on the sales side. You've had a couple of things that popped up a little bit from the attrition side. How do we think about that metric going forward? I know you talked about the 124% number in the last quarter a little bit. But on that attrition side, do you see that stabilizing with the changes that you've made in the sales force?

Pluralsight Inc at Needham Growth Conference - Final

JAMES W. BUDGE: Yes. We actually already have. So the net retention number we give is a trailing 12-month average. The -- if you look at -- looked at a discrete quarter, it bottomed out in the second quarter, just like our billings kind of, I don't know, 23%, still not horrible, but worse than the 40% we had been clipping at.

So we saw our net retention rates dip into the high 1 teens in the second quarter, and it's come back from that in the third quarter, it was into the mid-120s again. We expect that trend will continue as we go through the fourth quarter and in through 2020. And when you sort of slough off that 1 or 2 quarters of less-than-spectacular net retention, as we get into the second half of 2020, we would expect that you'd see that net retention come right back up into the mid- to high 120s, which is where we had been for the 4 or 5 quarters prior to the second quarter of 2019.

SCOTT RANDOLPH BERG: Last question for me and then we'll have a few minutes to open it up to the audience for any additional questions. But your customer conference in August. I think that was your third one, I've been to all 3. Can you talk about any big takeaways from that, whether it's from the demand side or customer interest side or maybe some of the just general opportunity there that might have been different from what you saw either a year ago or 2 years ago?

JAMES W. BUDGE: Yes, I would say 2 things. From our side, we spoke heavily towards Flow. So the application, the measuring of the application of knowledge is, we think, a big deal. We think nobody else has even attempted that. Nobody does have a competing technology on par with what we have. And we saw that as something that was really resonating with our customers and spoke a lot about it at our customer event.

On the -- and the second one I would mention, I kind of have mentioned already, but the influence from the system integrators and how they see tech skills transformation within their own practice units is something that's becoming a much bigger thing than it was 2, 3, 4 years ago.

So I'd say those 2 items alone probably made up a big chunk of the conversations that we had with our customers, very tech heavy as opposed to prior years we were talking about amazing forms of content we were putting into our platform, still very important, check box item a little bit where the true value is in the platform.

Now if I could make a plug real quick. We have our next customer LIVE event. We're actually doing it in October this year in 2020. We always have an investor event around it for analysts and any investors that want to come to Salt Lake. You're all welcome to come in October. And we're doing our second annual one. We did our first European one in May of last year. And we're doing one in the third week of March this year. So if you want to come to London, you can join us on that one, too. We're going to have a little mini Investor Day while we're there in March. It should be well attended. We had -- I don't know, it was awesome and keeps getting better every year with more pipeline in the room, which is obviously the point of having these conferences and just more overall people, a lot more partners and sponsorships that happen that come out of it. There's a lot of enthusiasm we get from these events.

SCOTT RANDOLPH BERG: We're happy to take any questions from the audience. Otherwise, I'll keep rambling. Yes, go ahead.

UNIDENTIFIED ANALYST: Because of LinkedIn or the rollout of their (inaudible) investment and I know it's kind of really high level, but I hear from (inaudible) that they get (inaudible). Why do I need to go elsewhere if LinkedIn already has (inaudible)?

JAMES W. BUDGE: Yes, LinkedIn is good. They have some good content. There are a lot of players out there that have solid content. I'd say, to your point, the skill assessment capability is pretty rudimentary. And the content is not super focused on technology. The content is much broader. I think if you ask LinkedIn, they would fancy themselves as more of a learning experience platform as opposed to very tech-specific, which is what we do.

But yes, I would acknowledge they have some -- I think they have seen that there's a need for skill assessments, which skill assessments for us was 2 years ago, still super important, but we've evolved to Role IQ. And Team IQ will come out this year. Development teams, working teams, that's an important component. The Flow technology

Pluralsight Inc at Needham Growth Conference - Final

and the measurement of the application of that knowledge is years beyond what anybody else has in the industry. But not just LinkedIn Learning, but there's some others in our competitive space that have some rudimentary assessment capabilities. And I think it's validating that the journey we started on some 3 years ago around assessments and how that evolves is the right path to go down.

UNIDENTIFIED ANALYST: So we know that with (inaudible)?

JAMES W. BUDGE: We actually see LinkedIn as more of a complementary solution. So an LMS or an LXP is more complementary we run side by side. I would say LinkedIn is more of a competitor with, say, a Cornerstone. And we -- whether we're running side-by-side with instructor-led training efforts inside of an organization, we also run side-by-side with LMSs and many, whether it's Degreed or any other Cornerstone or LinkedIn Learning. The more direct competitors would be folks like Udemy and Coursera. But LinkedIn Learning's good, got a good technology, yes.

UNIDENTIFIED ANALYST: (inaudible)

JAMES W. BUDGE: The simplest one right out of the gate is, hey, show me what do you average spend on budget for your technology -- learning for any of your technologists. And the average is around $3,000 per user per year. The average that we charge is around $325. So if you want to save 90% right out of the gate with a much more scalable solution to all of your employees, it's an easy sell from an ROI perspective.

That doesn't even take into account where the real ROI is. Speed to product development, retention of your employees, like all of those are a little more squishy on the return elements. If you just went to hard dollar savings, it's a massive savings that we produce.

Cool. Do we get kicked out of here?

SCOTT RANDOLPH BERG: We're kicking you out in 1 minute.

JAMES W. BUDGE: Okay. Wow. 1 minute, just 1.

UNIDENTIFIED ANALYST: You guys, at the Analyst Day, broke out user minutes per month like an hour. How strong an indicator is that for engagement? And I guess for the outside observer, like an hour a month doesn't seem like a bunch of time on the platform. And does that potentially change as Flow becomes more a managed platform?

JAMES W. BUDGE: Yes. So the question was is time spent on the platform a meaningful measure. At least that's what I heard. Is that correct?

UNIDENTIFIED ANALYST: Yes.

JAMES W. BUDGE: Okay. Excuse me. I'd say it is a meaningful measure, but a more meaningful measure for us is the number of times you've gone to the platform. So on average, a user will go about once a week, about 4 to 5 times a month onto the platform for some kind of an experience, whether they're solving a problem they have at that moment in time or whether they want to watch a 3-hour video, whatever that might look like. But the number of times they go is the more meaningful measure. We expect that to go up over time. Given that there's more short-form content, that might be more interesting to people, I'm not sure the minutes of usage and time like that matters as much as the number of times you've gone to the site.

SCOTT RANDOLPH BERG: Cool. Thanks, everybody.

JAMES W. BUDGE: Yes. Thanks.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current

Pluralsight Inc at Needham Growth Conference - Final

expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** January 20, 2020

---

End of Document