Gregory L. Watts (*pro hac vice*)
gwatts@wsgr.com
Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone:  (206) 883-2500

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300

Jason W. Hardin (# 8793)
jhardin@fabianvancott.com
Sarah C. Vaughn (# 14615)
svaughn@fabianvancott.com
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900

*Attorneys for Pluralsight, Inc., Aaron Skonnard, James Budge, Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, and Karenann Terrell*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC, <br><br> Defendants. | Case No. 1:19-CV-00128-JNP-DBP <br><br> **THE PLURALSIGHT DEFENDANTS' REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND DOCUMENTS INCORPORATED BY REFERENCE IN THE CORRECTED AMENDED COMPLAINT** <br><br> Honorable Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

Plaintiffs did not file an opposition to the Pluralsight Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in the Corrected Amended Complaint ("RJN"). Dkt. 113. Accordingly, the Pluralsight Defendants respectfully request that the Court find Exhibits 2-11 to the Jensen Declaration, Dkt. 112, incorporated by reference into the Complaint and/or proper subjects of judicial notice and consider these documents in connection with the Pluralsight Defendants' Motion to Dismiss Corrected Amended Complaint, Dkt. 111. *See In re Zagg Sec. Litig.*, 2014 WL 505152, at *1 (D. Utah Feb. 7, 2014) (taking judicial notice of exhibits unopposed by plaintiffs), *aff'd sub nom. In re Zagg, Inc. Sec. Litig.*, 797 F.3d 1194 (10th Cir. 2015); *see also* RJN at 1-4.

RESPECTFULLY SUBMITTED this 17th day of November, 2020.

**FABIAN VANCOTT**

*/s/ Jason W. Hardin*
Jason W. Hardin (# 8793)
Sarah C. Vaughn (# 14615)

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Gregory L. Watts*
Gregory L. Watts (*pro hac vice*)
Ignacio E. Salceda (*pro hac vice*)
Stephanie L. Jensen (*pro hac vice*)

*Attorneys for Pluralsight, Inc., Aaron Skonnard, James Budge, Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, and Karenann Terrell*