# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

April 29, 2021

Keith M. Woodwell
CLYDE SNOW & SESSIONS
ONE UTAH CENTER 13TH FL
201 S MAIN ST
SALT LAKE CITY, UT 84111-2216

Megan K. Kistler
Steven J. Toll
COHEN MILSTEIN SELLERS & TOLL
1100 NEW YORK AVE NW STE 500
W TOWER
WASHINGTON, DC 20005-3964

Jason W. Hardin
Sarah C. Vaughn
FABIAN VANCOTT
215 S STATE ST STE 1200
SALT LAKE CITY, UT 84111-2323

Stephanie L. Jensen
Gregory L. Watts
WILSON SONSINI GOODRICH & ROSATI PC
701 FIFTH AVE STE 5100
SEATTLE, WA 98104

Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
650 PAGE MILL RD
PALO ALTO, CA 94304-1050

Alan S. Mouritsen
Erik A. Christiansen
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898

Alexander Bystryn
Brian D. Weinstein
DAVIS POLK & WARDWELL LLP
450 LEXINGTON AVE
NEW YORK, NY 10017

# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

RE:     NOTICE OF APPEAL
Indiana Public Retirement System, et al v. Pluralsight, Inc. et al
Plaintiff/Appellant  Defendant/Appellee
Lower Docket: 1:19-cv-00128-JNP-DBP

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov  In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site.   Please follow the instructions for Transcript Order Form and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being appealed from, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet. This case does not contain any sealed entries or documents.

Sincerely,

D. Mark Jones, Clerk

By:/s/Jeff Taylor
Jeff Taylor
Deputy Clerk

**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit
Court Reporter: Patti Walker
District: 1088
Jurisdiction: Federal Question
Fee Status: Paid

Judge Jill N. Parrish
Counsel of Record
Division: Northern

Orrin G. Hatch United States Courthouse • 351 S. West Temple, Rm 1.100, Salt Lake City, UT
84101 • (801) 524-6100 • www.utd.uscourts.gov