# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

May 13, 2021

Christopher M. Wolpert, Clerk
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

—

RE:     21-4058
        Indiana Public Retirement et al v Pluralsight et al
        Lower Docket: 1:19cv00128JNP

Dear Clerk of Court:

Please be advised that the record is complete for the purposes of appeal.

Sincerely,

D. Mark Jones, Clerk

By: *Amy Faust*
Amy Faust
Deputy Clerk

cc: Counsel of Record