Gregory L. Watts (# 17782)
gwatts@wsgr.com
Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

Jason W. Hardin (# 8793)
jhardin@fabianvancott.com
Sarah C. Vaughn (# 14615)
svaughn@fabianvancott.com
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile:  (801) 596-2814

*Attorneys for the Pluralsight Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC,<br><br>       Defendants. | **Civ. No. 1:19-CV-00128-JNP-DBP**<br><br>**STIPULATION RE: DISMISSAL OF THE CORRECTED AMENDED COMPLAINT WITH PREJUDICE FOR PURPOSES OF APPEAL**<br><br><br>Honorable Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Defendants Pluralsight, Inc., Aaron Skonnard, James Budge, Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, Karenann Terrell (the "Pluralsight Defendants"), Morgan Stanley & Co., LLC, and J.P. Morgan Securities, LLC (the "Underwriter Defendants," and with Pluralsight Defendants, the "Defendants"), and the Indiana Public Retirement System and the Public School Teachers' Pension and Retirement Fund of Chicago ("Lead Plaintiffs," and with the Defendants, the "Parties"), hereby state as follows:

WHEREAS, on August 13, 2019, the original Complaint in this matter was filed in the United States District Court for the Southern District of New York (Dkt. 1), naming Pluralsight, Inc., Aaron Skonnard and James Budge as defendants;

WHEREAS, on October 24, 2019, following briefing of a motion to transfer venue, the case was ordered transferred to the United States District Court for the District of Utah (Dkt. 49);

WHEREAS, on March 3, 2020, Lead Plaintiffs filed their Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel (Dkt. 76) pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4;

WHEREAS, on March 25, 2020, the Court granted Lead Plaintiffs' Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel (Dkt. 87);

WHEREAS, on June 3, 2020, Lead Plaintiffs filed the Amended Complaint, adding defendants Gary Crittenden, Scott Dorsey, Arne Duncan, Ryan Hinkle, Leah Johnson, Timothy Maudlin, Frederick Onion, Brad Rencher, Bonita Stewart, and Karenann Terrell, as well as the Underwriter Defendants (Dkt. 93);

WHEREAS, on June 9, 2020, Lead Plaintiffs filed the Corrected Amended Complaint, revising the case caption to include the newly added Pluralsight Defendants, Underwriter Defendants, as well as Lead Plaintiff (Dkt. 94);

WHEREAS, on August 14, 2020, the Pluralsight Defendants filed a motion to dismiss the Corrected Amended Complaint for failure to state a claim pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (Dkt. 111), in which the Underwriter Defendants joined (Dkt. 114);

WHEREAS, on October 16, 2020, Lead Plaintiffs filed an opposition to Defendants' motion to dismiss (Dkt. 119);

WHEREAS, on November 17, 2020, the Pluralsight Defendants filed a reply in support of their motion to dismiss (Dkt. 120), in which the Underwriter Defendants joined (Dkt. 124);

WHEREAS, on March 22, 2021, the Court heard oral argument on Defendants' motion to dismiss (Dkt. 134);

WHEREAS, on March 31, 2021, the Court granted Defendants' motions to dismiss and dismissed all claims in the Corrected Amended Complaint without prejudice ("March 31, 2021 Memorandum Decision and Order") (Dkt. 137);

WHEREAS, Lead Plaintiffs believe the claims in the Corrected Amended Complaint are adequately stated, did not seek leave to amend and filed a Notice of Appeal (Dkt. 140) of the Court's March 31, 2021 Memorandum Decision and Order dismissing all claims without prejudice (Dkt. 137);

WHEREAS, the Parties have conferred and believe the Court's March 31, 2021 Memorandum Decision and Order (Dkt. 137) is a final decision and appealable judgment;

WHEREAS, Rule 58(a) of the Federal Rules of Civil Procedure requires "[e]very judgment" be "set out in a separate document";

WHEREAS, Rule 58(b)(1)(C) of the Federal Rules of Civil Procedure requires the Clerk of Court to promptly prepare, sign, and enter judgment without the Court's direction;

WHEREAS, as of July 6, 2021, no judgment has been entered in the above-captioned action; and

WHEREAS, 28 U.S.C. § 1291 states, in relevant part, the United States Court of Appeals "shall have jurisdiction of appeals from all final decisions of the district courts of the United States," (emphasis added);

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO AS FOLLOWS**:

To avoid any doubt as to the finality of the Court's March 31, 2020 memorandum decision and order dismissing all claims in the Corrected Amended Complaint without prejudice (Dkt. 137) for purposes of consideration by the United States Court of Appeals for the Tenth Circuit, the Parties, stipulate and agree that all claims in the Corrected Amended Complaint are hereby dismissed with prejudice;

The Parties further agree that such Stipulation, shall not serve to limit Lead Plaintiffs' rights, to amend the Corrected Amended Complaint should and to the extent that the Court of Appeals renders a decision vacating, remanding and/or reversing in whole or in part, the District Court's March 31, 2021 Memorandum Decision and Order.

4

DATED this 6th day of July 2021.

Submitted By:                          */s/ Sarah C. Vaughn*
                                       **FABIAN VANCOTT**
                                       Jason W. Hardin
                                       Sarah C. Vaughn

                                       **WILSON SONSINI GOODRICH & ROSATI, P.C.**
                                       Gregory L. Watts
                                       Ignacio E. Salceda (*pro hac vice*)
                                       Stephanie L. Jensen (*pro hac vice*)

                                       *Attorneys for the Pluralsight Defendants*

Submitted By:                          */s/ Keith M. Woodwell*
                                       **CLYDE, SNOW & SESSIONS, P.C.**
                                       Keith M. Woodwell
                                       Joseph D. Watkins

                                       **COHEN MILSTEIN SELLERS & TOLL, PLLC**
                                       Carol V. Gilden (*pro hac vice*)
                                       Steven J. Toll (*pro hac vice*)
                                       Megan Kistler (*pro hac vice*)
                                       Joel P. Laitman (*pro hac vice*)

                                       *Attorneys for Lead Plaintiff*

Submitted By:                          */s/ Erik A. Christiansen*
                                       **PARSONS BEHILE & LATIMER**
                                       Erik A. Christiansen
                                       Alan S. Mouritsen

                                       **DAVIS POLK & WARDWELL LLP**
                                       Brian S. Weinstein (*pro hac vice*)
                                       Alexander Bystryn (*pro hac vice*)

                                       *Attorneys for the Underwriter Defendants*