Gregory L. Watts (# 17782)
gwatts@wsgr.com
Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

Jason W. Hardin (# 8793)
jhardin@fabianvancott.com
Sarah C. Vaughn (# 14615)
svaughn@fabianvancott.com
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile:  (801) 596-2814

*Attorneys for the Pluralsight Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br> Plaintiffs, <br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC, <br> Defendants. | **Civ. No. 1:19-CV-00128-JNP-DBP** <br><br> **ORDER ENTERING STIPULATION RE: DISMISSAL OF CORRECTED AMENDED COMPLAINT WITH PREJUDICE FOR PURPOSES OF APPEAL** <br><br><br> Honorable Jill N. Parrish <br><br> Magistrate Judge Dustin B. Pead |

Before the Court is the Parties' Stipulation Re:  Dismissal of the Corrected Amended Complaint with Prejudice for purposes of Appeal (Dkt. 146) (the "Stipulation").  Based upon and subject to the Stipulation, and for good cause appearing,

IT IS HEREBY ORDERED that all claims in the Corrected Amended Complaint (Dkt. 94) are DISMISSED WITH PREJUDICE.  The Clerk shall enter judgment accordingly.

DATED this _____ day of July, 2021

_____
The Honorable Jill N. Parrish
United States District Court Judge