IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO., LLC; and J.P. MORGAN SECURITIES, LLC,<br><br>        Defendants. | **INDICATIVE RULING**<br><br>Case No. 1:19-cv-00128-JNP-DBP<br><br>District Judge Jill N. Parrish |

Before the court is the parties' Joint Motion for Indicative Ruling Re: Dismissal with Prejudice for Purposes of Appeal (the "Joint Motion"). ECF No. 148.  Based upon and subject to the Joint Motion, pursuant to Federal Rule of Civil Procedure 62.1, and for good cause appearing,

THE COURT HEREBY GRANTS the Joint Motion and STATES that it would dismiss the Corrected Amended Complaint (ECF No. 94) and this action with prejudice and enter a judgment accordingly if the Court of Appeals remands for that purpose.

DATED July 29, 2021.

BY THE COURT

_____

Jill N. Parrish
United States District Court Judge