FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 2, 2021

Christopher M. Wolpert
Clerk of Court

_____

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, individually and on behalf of all others similarly situated; PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs - Appellants, <br><br>v. <br><br>PLURALSIGHT, INC.; AARON SKONNARD; JAMES BUDGE; GARY CRITTENDEN; SCOTT DORSEY; ARNE DUNCAN; RYAN HINKLE; LEAH JOHNSON; TIMOTHY MAUDLIN; FREDERICK ONION; BRAD RENCHER; BONITA STEWART; KARENANN TERRELL; MORGAN STANLEY & CO; JP MORGAN SECURITIES, <br><br>    Defendants - Appellees. | No. 21-4058 <br> (D.C. No. 1:19-CV-00128-JNP-DBP) <br> (D. Utah) |

_____

**ORDER**
_____

Before **HOLMES** and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the Pluralsight Defendants' notice pursuant to Fed. R. App. P. 12.1(a). The notice states that the district court has entered an indicative ruling as requested per joint motion of the parties. The notice attaches the parties' joint motion for an indicative ruling, as well as the district court's July 29, 2021 indicative

ruling which states that the district court "would dismiss the Corrected Amended Complaint (ECF No. 94) and this action with prejudice and enter a judgment accordingly if the Court of Appeals remands for that purpose."

Upon consideration, we remand pursuant to Fed. R. App. P. 12.1(b) for the limited purpose of the district court dismissing the corrected amended complaint and action with prejudice and entering a judgment consistent with its indicative ruling.

This appeal is abated pending the district court's disposition of the matter pursuant to this limited remand. The briefing deadline for Appellants' opening brief and appendix is suspended. The parties shall promptly notify the Clerk of this court when the district court has disposed of the matter pursuant to this limited remand.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    *Sunil N. Rao*

    By: Sunil N. Rao
        Counsel to the Clerk