FILED
2021 AUG 2
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC. *et al.*,<br><br>Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 1:19-cv-00128-JNP<br><br>District Judge Jill N. Parrish |

Pursuant to the Stipulation of the parties (ECF No. 146) and the Order of the United States Court of Appeals for the Tenth Circuit (ECF No. 152), IT IS HEREBY ORDERED that the Corrected Amended Complaint (ECF No. 94) and action are DISMISSED with prejudice.

DATED August 2, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge