FILED
2021 AUG 2
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC. *et al.*,<br><br>　　　Defendants. | **JUDGMENT**<br><br>Case No. 1:19-cv-00128-JNP<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that Indiana Public Retirement System and Public

School Teachers' Pension and Retirement Fund of Chicago's action is dismissed with prejudice.

DATED August 2, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge