**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 20, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

INDIANA PUBLIC RETIREMENT
SYSTEM, individually and on behalf of all
others similarly situated, et al.,

    Plaintiffs - Appellants,

v.

PLURALSIGHT, INC., et al.,

    Defendants - Appellees.

No. 21-4058
(D.C. No. 1:19-CV-00128-JNP-DBP)
(D. Utah)

**ORDER**

This matter comes before the Court on Appellants' *Motion to Withdraw Megan K.*

*Kistler as Counsel*. The motion is granted as requested. The law firm of Cohen Milstein

Sellers & Toll PLLC will continue to represent Appellants in this appeal.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk