UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                     Jane K. Castro
Clerk of Court                                                        Chief Deputy Clerk

August 23, 2022

Mr. Norhan Bassiouny
Mr. Benjamin F. Jackson
Cohen Milstein Sellers & Toll
88 Pine Street, 14th Floor
New York, NY 10005

Ms. Carol V. Gilden
Cohen Milstein Sellers & Toll
190 South Lasalle Street, Suite 1705
Chicago, IL 60603

Mr. Steven J. Toll
Cohen Milstein Sellers & Toll
1100 New York Avenue, NW, East Tower, Suite 500
Washington, DC 20005

Mr. Joseph D. Watkins
Mr. Keith M. Woodwell
Clyde Snow & Sessions
201 South Main Street, Suite 2200
Salt Lake City, UT 84111

**RE:    21-4058, Indiana Public Retirement, et al v. Pluralsight, et al**
       Dist/Ag docket: 1:19-CV-00128-JNP-DBP

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has
entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(a)(1), any petition for rehearing must be filed within 14
days after entry of judgment. Please note, however, that if the appeal is a civil case in
which the United States or its officer or agency is a party, any petition for rehearing must
be filed within 45 days after entry of judgment. Parties should consult both the Federal
Rules and local rules of this court with regard to applicable standards and requirements.
In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length,
and no answer is permitted unless the court enters an order requiring a response. *See* Fed.

R. App. P. Rules 35 and 40, and 10th Cir. R. 35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Alexander Bystryn
       Erik Anthony Christiansen
       Jonathan Gardner
       Emma Gilmore
       Jason W. Hardin
       Stephanie L. Jensen
       Jeremy Alan Lieberman
       Alan S. Mouritsen
       John C Roberts
       Ignacio Salceda
       Sarah C. Vaughn
       Carol C. Villegas
       Gregory Lewis Watts
       Brian S. Weinstein

CMW/djd