**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 23, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

INDIANA PUBLIC RETIREMENT
SYSTEM, individually and on behalf of all
others similarly situated; PUBLIC
SCHOOL TEACHERS' PENSION AND
RETIREMENT FUND OF CHICAGO,
individually and on behalf of all others
similarly situated,

     Plaintiffs - Appellants,

v.

PLURALSIGHT, INC.; AARON
SKONNARD; JAMES BUDGE; GARY
CRITTENDEN; SCOTT DORSEY; ARNE
DUNCAN; RYAN HINKLE; LEAH
JOHNSON; TIMOTHY MAUDLIN;
FREDERICK ONION; BRAD RENCHER;
BONITA STEWART; KARENANN
TERRELL; MORGAN STANLEY & CO;
JP MORGAN SECURITIES,

     Defendants - Appellees.

------------------------------

ROBERT J. JACKSON, JR.; LUIS A.
AGUILAR; LYNN E. TURNER; DANIEL
J. TAYLOR; JOSHUA MITTS; M. TODD
HENDERSON; NEJAT SEYHUN; ALAN
JAGOLINZER; STANLEY VELIOTIS;
PHILLIP QUINN; BRADFORD LYNCH,

     Amicus Curiae.

No. 21-4058
(D.C. No. 1:19-CV-00128-JNP-DBP)
(D. Utah)

_____

**JUDGMENT**

_____

Before **ROSSMAN**, **KELLY**, and **MURPHY**, Circuit Judges.

_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part.  The case is

remanded to the United States District Court for the District of Utah for further

proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk