Keith M. Woodwell (#7353)
**CLYDE, SNOW & SESSIONS, P.C.**
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
William Wilder (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
wwilder@cohenmilstein.com

*Attorneys for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE, Defendants. | **DECLARATION OF CAROL V. GILDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** <br><br> Case No. 1:19-cv-00128-JNP-DBP <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

I, Carol V. Gilden, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member in good standing of the bar of the State of Illinois and have been admitted *pro hac vice* in this pending action. I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Lead Counsel in this action.

2.      I respectfully submit this declaration in support of Plaintiffs the Indiana Public Retirement System ("INPRS") and the Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF") (collectively "Plaintiffs") to (i) certify this action as a Class Action, (ii) appoint Plaintiffs as Class Representatives; and (iii) appoint Lead Counsel, the law firm of Cohen Milstein, as Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated March 3, 2023.

4.      Attached hereto as Exhibit B is a true and correct copy of the Joint Declaration of INPRS and CTPF in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

5.      Attached hereto as Exhibit C is a true and correct copy of the firm resume of Cohen Milstein.

6.      Since this case's inception, Cohen Milstein has vigorously prosecuted this action for the benefit of Plaintiffs and the Class. Cohen Milstein's efforts have included, among other things, (i) conducting an extensive and thorough investigation of the facts and claims in the case; (ii) drafting detailed amended complaints; (iii) appealing and successfully overturning Defendants' motion to dismiss; (iv) serving document requests on Defendants; (v) working with experts, including an expert in market efficiency; (vi) working with dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Plaintiffs and the Class; and (vii) drafting and filing this motion for class

1

certification. Cohen Milstein is committed and will continue to vigorously prosecute the action for the benefit of Plaintiffs and the Class.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of March, 2023, in Chicago, Illinois.

/s/ Carol V. Gilden
Carol V. Gilden

2

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which sent notification of such filing to all parties of record.

*/s/ Carol V. Gilden*

3