# EXHIBIT B

Keith M. Woodwell (#7353)
**CLYDE, SNOW & SESSIONS, P.C.**
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
William Wilder (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
wwilder@cohenmilstein.com

*Attorneys for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers'*
*Pension and Retirement Fund of Chicago and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE,<br>    Defendants. | **JOINT DECLARATION OF INDIANA PUBLIC RETIREMENT SYSTEM AND PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Case No. 1:19-cv-00128-JNP-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

We, the Indiana Public Retirement System ("INPRS") and Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF," and collectively, the "Proposed Class Representatives"), through our duly authorized representatives, jointly declare as follows:

1.      We respectfully submit this Declaration in support of Plaintiffs' motion to (i) certify this action as a class action; (ii) certify Plaintiffs as Class Representatives; and (iii) appoint the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). We have personal knowledge of the facts set forth in this Declaration.

2.      I, Jeffrey M. Gill, in my capacity as General Counsel of INPRS, am authorized to make this Declaration on its behalf and I have personal knowledge about the information set forth in this Declaration.

3.      I, Carlton W. Lenoir, Sr., in my capacity as Executive Director of CTPF, am authorized to make this Declaration on its behalf and I have personal knowledge about the information set forth in this Declaration.

4.      The Proposed Class Representatives provide retirement benefits for eligible retirees.  The Proposed Class Representatives collectively hold in excess of $57 billion in net assets held in trust for pension benefits.

5.      As set forth in prior pleadings, during the Class Period, Plaintiffs purchased or otherwise acquired a combined total of approximately 148,000 shares of Pluralsight Class A common stock and suffered substantial losses as a result of the securities law violations alleged in this action.

6. The Proposed Class Representatives understand that, through passage of the Private Securities Litigation Reform Act of 1995, Congress intended to encourage institutional investors such as INPRS and CTPF, and others with meaningful losses, to direct securities class action litigations. As sophisticated institutional investors with a significant financial stake in the outcome of the Action, the Proposed Class Representatives have the necessary resources and commitment to vigorously prosecute the Action as Class Representatives. The Proposed Class Representatives accordingly have the ability to obtain the largest recovery for the proposed class consistent with good faith and meritorious advocacy.

7. The Proposed Class Representatives have actively supervised and monitored the progress of this litigation and actively participated in its prosecution. For example, among other things, the Proposed Class Representatives have (i) reviewed and authorized the filings of the motion seeking appointment of INPRS and CTPF as Lead Plaintiff and the appointment of Cohen Milstein as their chosen Lead Counsel; (ii) received and reviewed periodic status reports from Cohen Milstein on case developments; (iii) engaged in regular discussions with Cohen Milstein concerning the conduct of this litigation and significant developments therein; (iv) received drafts of, and reviewed, significant pleadings and filings filed or served in this matter, including the Amended Class Action Complaint and the Second Amended Class Action Complaint; (vi) opposed Defendants' Motion to Dismiss the Amended Class Action Complaint; (vii) successfully appealed the Amended Class Action Complaint's dismissal, which included review of the appellate briefs filed, including drafts; and (viii) through counsel, served document requests on Defendants and negotiated the case schedule.

8.      We understand that the Proposed Class Representatives owe a fiduciary duty to all members of the Proposed Class to provide fair and adequate representation and to continue to work actively with Class Counsel to obtain the largest recovery for the proposed Class consistent with good faith and meritorious advocacy.

9.      It is our intention to continue to actively monitor and participate in the ongoing prosecution of this action and to take all necessary steps to ensure that our fiduciary obligations as Lead Plaintiffs and as Class Representatives, if appointed, are fulfilled.

10.     We seek appointment of Cohen Milstein as Class Counsel for the proposed Class based on its substantial experience and expertise in prosecuting securities class actions. We believe that Cohen Milstein possesses the requisite expertise in nationwide securities class action litigation and has sufficient legal and fiscal resources to vigorously prosecute this action on behalf of all Class members. Accordingly, we support the accompanying motion to have Cohen Milstein appointed as Class Counsel.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of March, 2023.

INDIANA PUBLIC RETIREMENT
SYSTEM

By:

DocuSigned by:

*Jeffrey M Gill*

Jeffrey M. Gill
General Counsel

[SPACE INTENTIONALLY LEFT BLANK]

Executed this $\underline{3rd}$ day of March, 2023.

PUBLIC SCHOOL TEACHERS' PEN-
SION AND RETIREMENT FUND OF
CHICAGO

By:

DocuSigned by:

Carlton W. Lenoir Sr.

8DC63B71D04A40B

Carlton W. Lenoir, Sr.
Executive Director

[SPACE INTENTIONALLY LEFT BLANK]