Gregory L. Watts (# 17782)
gwatts@wsgr.com
Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone: (206) 883-2500

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300

*Attorneys for Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge*

Keith M. Woodwell (#7353)
CLYDE, SNOW & SESSIONS, P.C.
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden (*pro hac vice)*
COHEN MILSTEIN SELLERS &  TOLL PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Additional Counsel on Signature Page*

*Attorneys for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE, <br><br> Defendants. | **Case No. 1:19-CV-00128-DBB-DAO** <br><br> **STIPULATED MOTION FOR ENTRY OF MODIFIED STANDARD PROTECTIVE ORDER** <br><br> Honorable David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Pursuant to DUCivR 7-1 and 26-2(c), Lead Plaintiffs the Indiana Public Retirement System and the Public School Teachers' Pension and Retirement Fund of Chicago ("Plaintiffs"), and Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge ("Defendants") (collectively, the "Parties") hereby stipulate and jointly move this Court for relief from the Standard Protective Order made applicable through DUCivR 26-2(a) and for entry of a Modified Standard Protective Order, attached hereto as Exhibit A.  A redline of the Modified Standard Protective Order as compared to the Standard Protective Order is attached hereto as Exhibit B.

The parties hereby state that good cause for this request exists because the proposed Modified Standard Protective Order has been revised to address anticipated needs for the designation and protection of confidential information throughout the course of this litigation that is not currently addressed by the Standard Protective Order.  Accordingly, the Parties respectfully request that the Court enter the Modified Standard Protective Order attached as Exhibit A.

RESPECTFULLY SUBMITTED this 28th day of April, 2023.

| | |
|---|---|
| **WILSON SONSINI GOODRICH & ROSATI, P.C.** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |

*/s/ Gregory L. Watts*

Gregory L. Watts (# 17782)
gwatts@wsgr.com
Stephanie L. Jensen (admitted *pro hac vice*)
sjensen@wsgr.com
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone: (206) 883-2500

Ignacio E. Salceda (admitted *pro hac vice*)
isalceda@wsgr.com
650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300

*Attorneys for Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge*

*/s/ Carol V. Gilden*

Carol V. Gilden (admitted *pro hac vice*)
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
William Wilder (admitted *pro hac vice*)
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
wwilder@cohenmilstein.com

**CLYDE SNOW & SESSIONS, P.C.**
Keith M. Woodwell
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516 Facsimile: (801) 521-6280 kmw@clydesnow.com

*Attorneys for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which sent notification of such filing to all parties of record.

*/s/ William Wilder*
William Wilder

2