UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE, <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINES RELATING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND THE DEADLINE TO MOVE TO AMEND PLEADINGS OR TO ADD PARTIES (DOC. NO. 184)** <br><br> Case No. 1:19-cv-00128 <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

The parties filed a stipulated motion[1] seeking to extend (1) briefing deadlines for Plaintiffs' motion for class certification[2] and (2) the deadline to file a motion to amend pleadings or to add parties.[3]  For good cause shown, the stipulated motion is GRANTED and the court ORDERS as follows:

1.  The deadline for Defendants to file an opposition to Plaintiffs' motion for class certification[4] is extended to July 13, 2023.  The deadline for Plaintiffs to file a reply is extended to September 8, 2023.

---

[1] (Doc. No. 184.)

[2] (Doc. No. 177.)

[3] (*See* Am. Scheduling Order, Doc. No. 172.)

[4] (Doc. No. 177.)

1

2. The deadline to file a motion to amend pleadings or to add parties is extended to September 18, 2023.

DATED this 2nd day of May, 2023.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

2