THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE,<br><br>Defendants. | **ORDER GRANTING [198] STIPULATED MOTION TO EXTEND THE DEADLINES RELATING TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Case No. 1:19-cv-00128-DBB-DAO<br><br>District Judge David Barlow |

Pursuant to the Stipulated Motion to Extend the Deadlines Relating to Plaintiffs' Motion for Class Certification,[1] filed by Lead Plaintiffs the Indiana Public Retirement System and the Public School Teachers' Pension and Retirement Fund of Chicago ("Plaintiffs"), and Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge ("Defendants"), and for the good cause set forth therein, the court **HEREBY ORDERS** that the deadline for Defendants to file an opposition to Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel[2] (the "Motion for Class Certification") is extended until August 14, 2023, and the deadline for Plaintiffs to file a reply in support of the Motion for Class Certification is extended until October 9, 2023.

[1] ECF No. 198.
[2] ECF No. 177.

1

Signed July 14, 2023.

BY THE COURT

David Barlow
United States District Judge