Keith M. Woodwell (#7353)
CLYDE, SNOW & SESSIONS, P.C.
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Additional Counsel on Signature Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC. *et al.*, <br><br> Defendants. | **LEAD PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS FROM THE REQUESTED TIME PERIOD** <br><br> Case No. 1:19-cv-00128 <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Lead Plaintiffs move to compel Defendants to produce responsive documents created or used from August 1, 2018 to January 31, 2020, as Plaintiffs requested in their First Set of Requests for Production to Defendants.[1]

Plaintiffs' requested discovery period begins 5 ½ months before and ends 6 months after the Class Period (January 16 to July 31, 2019).[2] With limited exceptions, Defendants first objected to producing

---

[1] Ex. A at 10.
[2] Compl. ¶1.

1

documents created before or after the Class Period.[3] Later, after the parties had met and conferred on April 3, Defendants proposed using a period from October 1, 2018 to September 30, 2019, asserting that this period encompassed more than "one quarter before" and "one quarter after" the Class Period, excluding "periods during which relevant information is unlikely to exist."[4]

Plaintiffs have responded by showing that their requested period is supported by concrete allegations and established case law.[5] First, the Tenth Circuit recognized that the Complaint alleges conduct and events from August 1, 2018 to January 2020 that are relevant to falsity and scienter, including:

- In August and October 2018, Defendants made statements "attributing Pluralsight's billings success to its sales force capacity"—the subject at the heart of this case.[6]

- During that same period, Defendants made statements showing they "carefully monitored the data surrounding its billings growth—Pluralsight's 'key business metric'—including the number of sales representatives, their productivity, and deals in the 'pipeline'" and that because Defendants "closely tracked this data,…Defendants maintained they could reliably predict billings about six months in advance."[7]

- The Complaint adequately alleged that Budge's January 2019 statement about the number of sales representatives was "materially false" because of his "later statement in January 2020."[8]

---

[3] Ex. B at 4.
[4] Ex. C at 1-2.
[5] Ex. D at 2-3; Ex. E at 2; Ex. F at 6.
[6] *Indiana Pub. Ret. Sys. v. Pluralsight*, 45 F.4th 1236, 1243-44 (10th Cir. 2022) (citing Compl. ¶¶ 67- 68. 70-76).
[7] *Id.*
[8] *Id.* at 1250.

2

Thus, the Tenth Circuit has shown that Defendants' own statements from August 2018 to January 2020 firmly support discovery from that period.

Second, Plaintiffs' requested period is supported by established case law, with courts routinely (a) approving similar or longer discovery periods in securities class actions like this one, and (b) rejecting similar attempts by defendants to arbitrarily limit discovery to the class period or specific fiscal quarters.[9]

In response, Defendants have provided no factual or legal basis for their shorter period and have articulated no specific and excessive burden associated with complying Plaintiffs' request.[10]

---

[9] *See*, *e.g., Sheet Metal Workers Loc. 19 Pension Fund v. ProAssurance Corp.*, 2022 WL 2528249, at *4–6 (N.D. Ala. June 23, 2022) (finding discovery period beginning 2 years before and 6 months after class period was supported by "specific allegations" in complaint); *In re BofI Holding Sec. Litig.*, 2021 WL 1812822, at *6 (S.D. Cal. May 6, 2021) (rejecting proposal to define discovery period by "the end of the fiscal quarter" as "arbitrary").

[10] Ex. G at 2.

Dated: July 26, 2023

By /s/ Carol V. Gilden
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (admitted *pro hac vice*)
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com


Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
William Wilder (admitted *pro hac vice*)
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
wwilder@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and Lead Counsel for the Class*

**CLYDE SNOW & SESSIONS, P.C.**
Keith M. Woodwell
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

*Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and Liaison Counsel for the Class*

4

## CERTIFICATE UNDER DUCivR 37-1

I certify that the parties made reasonable efforts to reach agreement on the disputed matters described herein by meeting and conferring as follows: (a) meetings via phone or videoconference on April 3 & 27 and June 8, 2023, which included Jan Messerschmidt and William Wilder on behalf of Plaintiffs and Stephanie Jensen and Caitlin McKelvie on behalf of Defendants; and (b) written correspondence between the parties dated April 4, April 15, May 3, June 14, June 24, and July 3, 2023.

*/s/ Jan E. Messerschmidt*
Jan E. Messerschmidt

# CERTIFICATE OF SERVICE

I certify that on July 26, 2023, I caused a copy of this motion to be delivered via email, under the parties' mutual agreement to accept service via email in accordance with Fed. R. Civ. P. 5(b)(2)(F), to all counsel of record.

*/s/ Jan E. Messerschmidt*
Jan E. Messerschmidt