Keith M. Woodwell (#7353)
CLYDE, SNOW & SESSIONS, P.C.
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Additional Counsel on Signature Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC. *et al.*, <br><br> Defendants. | **DECLARATION OF JAN MESSERSCHMIDT IN SUPPORT OF LEAD PLAINTIFFS' SHORT-FORM MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS FROM THE REQUESTED TIME PERIOD** <br><br> Case No. 1:19-cv-00128 <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

I, Jan Messerschmidt, declare as follows:

1.  I am an attorney at the law firm Cohen Milstein Sellers & Toll LLP and have been admitted to this Court pro hac vice. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify as the matters set forth herein.

2.  Attached as Exhibit A is a true and correct copy of Lead Plaintiffs' First Set of Requests for Production to Defendants, dated February 3, 2023.

3.  Attached as Exhibit B is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Production, dated March 6, 2023.

4. Attached as Exhibit C is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel, dated April 4, 2023.

5. Attached as Exhibit D is a true and correct copy of a letter from Plaintiffs' counsel to Defendants' counsel, dated April 15, 2023.

6. Attached as Exhibit E is a true and correct copy of a letter from Plaintiffs' counsel to Defendants' counsel, dated May 3, 2023.

7. Attached as Exhibit F is a true and correct copy of a letter from Plaintiffs' counsel to Defendants' counsel, dated June 14, 2023.

8. Attached as Exhibit G is a true and correct copy of a letter from Defendants' counsel to Plaintiffs' counsel, dated June 24, 2023.

9. Attached as Exhibit H is a true and correct copy of a letter from Plaintiffs' counsel to Defendants' counsel, dated July 3, 2023.

This declaration is executed in Washington, D.C. on July 26, 2023, under penalty of perjury pursuant to the laws of the United States.

*/s/ Jan Messerschmidt*
Jan Messerschmidt