# Exhibit E

# COHENMILSTEIN

Jan Messerschmidt
Will Wilder
(202) 408-4663
(202) 408-4699
wwilder@cohenmilstein.com

May 3, 2023

Stephanie L. Jensen
Caitlin McKelvie
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104-7036

Re:    *Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago v. Pluralsight, Inc., et al*

Dear Stephanie:

This letter memorializes Plaintiffs' understanding of the April 27, 2023 meet and confer between the parties regarding Plaintiffs' First Set of Requests for Production to Defendants ("RFPs") and Defendants' Responses and Objections to the RFPs ("R&Os"). Plaintiffs reserve all rights with respect to the RFPs. This letter will exclusively cover Plaintiffs' RFPs. Plaintiffs' understanding of any discussion of Defendants' First Set of Requests for Production and Defendants' First Set of Interrogatories will be memorialized under separate cover.

## I.    Global Issues

**Possession, Custody, or Control:** The Parties are in agreement that controlling caselaw within the District of Utah defines "possession, custody, or control" as including materials which a party has a legal right to obtain on demand. Defendants reserved rights as to other objections not otherwise resolved or agreed to by the Parties.

**Relevant Time Period:** Plaintiffs reiterated their statement in their letter dated April 3, 2023 that they are standing on their original request for all responsive documents created or used during the time period of August 1, 2018 through January 31, 2020, and intend to move to compel on this time period. After Defendants stated their unwillingness to agree to that time period, Plaintiffs stated that they intended to move to compel. Defendants undertook to further consider this issue and notify Plaintiffs whether their position has changed by May 5, 2023.

COHENMILSTEIN

May 3, 2023
Page 2

**ESI Agreement:** Defendants informed Plaintiffs that they would provide additional edits to the draft ESI agreement by the end of the week. Plaintiffs request that Defendants provide an updated on these edits by May 5, 2023.

## II.    Specific RFPs

The Parties agreed that any agreements with respect to specific RFPs were subject to any later agreement or resolution as to the Relevant Time Period.

**RFP #3:** Defendants agreed to produce final employment agreements for Defendants Skonnard and Budge and for Joe DiBartolomeo. Plaintiffs requested that Defendants also produce draft employment agreements. Defendants undertook to further consider whether to produce drafts.

**RFP #7:** The Parties agreed to defer further consideration of this RFP to a future discussion about custodians.

**RFP #8:** Defendants agreed to produce written policies concerning the recording, reporting, tracking, categorizing, or accounting for sales and billings to the extent such policies exist.

**RFP #11:** Defendants offered to produce documents sufficient to identify specific devices and accounts to the extent such devices and accounts were used for Pluralsight business and are likely to contain potentially relevant information. Plaintiffs undertook to further consider this offer. Plaintiffs accept this offer.

**RFP #12:** Defendants agreed to produce documents sufficient to identify the executive assistants or chiefs of staff for any of the seven individuals mentioned in the Initial Disclosures to the extent such individuals had executive assistants or chiefs of staff.

**RFP #14:** The Parties agreed to defer further consideration of this RFP to a future discussion about search terms and custodians.

**RFPs #17 and 18:** Plaintiffs reiterated their statement in their letter dated April 3, 2023 that they are standing on their position that documents related to the audits and interim reviews of Pluralsight's financial statements by PricewaterhouseCoopers ("PwC") and Ernst & Young ("EY") that concern Pluralsight's disclosures relating to revenue, billings, and other key business metrics or non-GAAP financial measures disclosed in Pluralsight's Annual Reports or interim reviews are relevant and discoverable. Defendants stated they were unwilling to produce documents responsive to this request unless such documents were also responsive to another request agreed to by the Parties, adding that they would not agree to add search terms referring to PwC or EY. Plaintiffs stated that they intend to move to compel on this issue unless Defendants

COHENMILSTEIN

May 3, 2023
Page 3

changed their position. Defendants undertook to further consider this issue and notify Plaintiffs whether their position has changed by May 5, 2023.

**RFPs #26 and 35:** Defendants stated that they have not yet been able to confirm whether the SEC or NASDAQ contacted Pluralsight during the Relevant Time Period. Please provide an answer by May 5, 2023.

**RFP #28:** Plaintiffs asked Defendants to produce documents responsive to this RFP subject to a future discussion about search terms, custodians, and Relevant Time Period. Defendants responded that they wanted to defer further discussion about the scope of this RFP until a discussion of search terms and custodians. Plaintiffs agreed to defer this discussion.

**RFPs #30 and 34:** The Parties are in agreement about the scope of these RFPs, subject to a future discussion about search terms, custodians, and Relevant Time Period.

**RFPs #1, 2, 4, 5, 6, 9, 10, 13, 15, 16, 19, 20, 21, 22, 23, 24, 25, 27, 29, 31, 32, 33, 36, 37, 38, 39, 40:** As confirmed in our April 3, 2023 letter, the Parties are in agreement on the scope of these Requests, subject to Relevant Time Period, search terms, and custodians.

Sincerely,

*/s/ Jan Messerschmidt*
Jan Messerschmidt
Will Wilder