Keith M. Woodwell (#7353)
CLYDE, SNOW & SESSIONS, P.C.
201 South Main Street, Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Additional Counsel on Signature Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC. *et al.*,<br><br>　　　　　Defendants. | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS FROM THE REQUESTED TIME PERIOD**<br><br>Case No. 1:19-cv-00128<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Upon consideration of Lead Plaintiffs' Short-Form Discovery Motion to Compel Defendants to Produce Documents from the Requested Time Period, the legal memoranda in support and in opposition, the exhibits attached thereto, and the entire record herein, and finding good cause appearing, it is hereby **ORDERED** that Lead Plaintiffs' Short-Form Discovery Motion to Compel Defendants to Produce Documents from the Requested Time Period is **GRANTED**.

**IT IS SO ORDERED.**

DATED this __ day of _____ 2023.　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____