Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron
Skonnard, and James Budge*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE,<br><br>Defendants. | **[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS FROM THE REQUESTED TIME PERIOD**<br><br>**Case No. 1:19-CV-00128-DBB-DAO**<br><br>Honorable David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is Lead Plaintiffs' Short Form Discovery Motion to Compel Defendants to Produce Documents from The Requested Time Period (the "Motion"), Defendants' Opposition to the Motion, declarations in support of each parties' filing and any exhibits attached thereto, and the entire record herein.

It is hereby **ORDERED** that Lead Plaintiffs' Short-Form Discovery Motion to Compel Defendants to Produce Documents from the Requested Time Period is **DENIED.**

To the extent Plaintiffs' Requests for Production ("RFP") Nos. 5-8, 13-15, 17-28, 30-35, 38, and 40 seek "All" documents, policies, procedures, guidelines, or calendars, or "Documents containing…[,]" such RFPs are facially overbroad and lack reasonable particularity and on those grounds alone Plaintiffs' Motion is denied in full.

Plaintiffs' Motion is additionally denied in full for the independent grounds that applying the timeframes of August 1, 2018 to September 30, 2018 and October 1, 2019 to January 31, 2020 to all RFPs is unlikely to result in the production of additional documents relevant to Plaintiffs' claims and defenses that Plaintiffs would not otherwise receive.  Plaintiffs have failed to meet their burden of establishing the relevance of the information sought in their RFPs for this timeframe. And even if these expanded timeframes were likely to result in the production of relevant documents (Plaintiffs have not carried their burden in showing they would), the Motion is nonetheless denied because the increased burden imposed by Plaintiffs' expanded relevant timeframes far outweighs the likely benefit to Plaintiffs in receiving documents of such marginal (if any) relevance.

1

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

_____
THE HONORABLE DAPHNE A. OBERG
UNITED STATES MAGISTRATE JUDGE