Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE,<br><br>Defendants. | **[REDACTED VERSION] DEFENDANTS' SHORT FORM DISCOVERY MOTION TO COMPEL LEAD PLAINTIFFS TO PRODUCE DOCUMENTS RESPONSIVE TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION NOS. 31 AND 32**<br><br>**Case No. 1:19-CV-00128-DBB-DAO**<br><br>Honorable David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Defendants move to compel Lead Plaintiffs to produce all agreements between Cohen Milstein Sellers & Toll, PLLC ("Cohen") and INPRS and CTPF, including the portfolio monitoring agreements and unredacted fee schedules, and to reopen the 30(b)(6) depositions of INPRS and CTPF.

These agreements are responsive to Defendants' First Set of Requests for Production Nos. 31 and 32,[1] are contracts, not legal advice (thus not protected by attorney-client privilege or work product),[2] and are relevant to adequacy for class certification, including whether this action is lawyer-driven and whether Lead Plaintiffs are receiving improper benefits.[3]

Defendants requested these agreements on March 7, 2023. Plaintiffs refused to produce them, citing privilege; attempts to resolve the issue through meet and confers were unsuccessful. Plaintiffs ultimately produced only two letters memorializing INPRS's and CTPF's retention of Cohen, redacting the fee schedules (but nothing else) as privileged.[4]

During the CTPF 30(b)(6) deposition, ███████████████████████████ ████████████████,[5] so on July 31, 2023, Defendants again demanded the production

---

[1] Exs. 1 and 16.

[2] *See, e.g., Newmarkets Partners, LLC v. Sal. Oppenheim Jr. & Cie. S.C.A.*, 258 F.R.D. 95, 101 (S.D.N.Y. 2009); *In re Allergan*, *PLC Sec. Litig.*, 2020 U.S. Dist. LEXIS 179371, at *29-30 (S.D.N.Y. Sept. 29, 2020).

[3] *See, e.g., In re Allergan*, 2020 U.S. Dist. LEXIS 179371, at *18; *In re Kosmos Energy Ltd. Sec. Litig.*, 299 F.R.D. 133, 149 (N.D. Tex. 2014); *Iron Workers Loc. No. 25 Pension Fund v. Credit-Based Asset Servicing & Securitization, LLC*, 616 F. Supp. 2d 461, 463 (S.D.N.Y. 2009).

[4] Exs. 2-3.

[5] Ex. 4, 106:1-108:17.

1

of the agreements.[6]  Plaintiffs refused but insisted that Defendants could ask questions about the agreements during INPRS's 30(b)(6) deposition.[7]  Nevertheless, INPRS's 30(b)(6) witness was entirely unprepared to answer questions about the agreements, and his testimony gives Defendants clear basis for demanding their production.  The witness testified that he did not know:



---

[6] Ex. 5.

[7] Ex. 6.

[8] Ex. 7.



On August 9, 2023, Defendants again demanded production of the agreements;[9] Plaintiffs

again refused.[10]

Dated:  August 14, 2023

*/s/ Gregory L. Watts*

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Gregory L. Watts (#17782)
Caitlin E. McKelvie (#16511)
Stevenson C. Smith (#18546)
Tamara Lemmon (#18462)
Ignacio E. Salceda (admitted *pro hac vice*)
Stephanie L. Jensen (admitted *pro hac vice*)
Tyre L. Tindall (admitted *pro hac vice*)
McKinney Wheeler (admitted *pro hac vice*)

*Attorneys for Defendants*

---

[9] Ex. 8.

[10] Ex. 9.

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I caused the unredacted versions of (1) Defendants' Short Form Discovery Motion to Compel Lead Plaintiffs to Produce Documents Responsive to Defendants' First Set of Requests for Production Nos. 31 and 32, and (2) the exhibits 2, 3, 4, 7, 8, 9, and 14 attached to the Declaration of Stephanie L. Jensen in Support of Defendants' Short Form Discovery Motion to Compel Lead Plaintiffs to Produce Documents to be filed electronically as sealed documents with the Clerk of Court using the CM/ECF system and delivered the same with the Notice of Electronic Filing of the sealed documents via email to following counsel:

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Steven J. Toll
Jan Messerschmidt
William Wilder
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com
wwilder@cohenmilstein.com

Keith M. Woodwell
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280 kmw@clydesnow.com

Dated:  August 14, 2023

*/s/ Gregory L. Watts*
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Gregory L. Watts (#17782)

*Attorneys for Defendants*

4