Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron*
*Skonnard, and James Budge*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE,<br><br>Defendants. | **DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>**Case No. 1:19-CV-00128-DBB-DAO**<br><br>Honorable David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge ("Defendants") hereby respectfully submit this response to Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel, filed on March 3, 2023, ECF No. 177 (the "Motion"). Defendants take no position on the Motion at this time. However, Defendants do not concede that this action should be certified as a class action or that any of the proposed lead plaintiffs are proper class representatives.

Although Defendants take no position on the Motion itself, Defendants do note that the Motion repeats and/or characterizes allegations in Plaintiffs' Second Amended Complaint that Defendants dispute. Defendants respectfully submit that nothing about Defendants' response to the Motion should be construed as an admission concerning any element of plaintiffs' claims, liability, damages, or any other matter at issue in this litigation.

Moreover, discovery is ongoing, including discovery of Lead Plaintiffs, and Defendants anticipate there may be issues for the Court to decide later in the case concerning whether the case can ultimately be maintained as a class action. Fed. R. Civ. P. 23(c)(1)(C) ("An order that grants or denies class certification may be altered or amended before final judgment.").

Thus, notwithstanding the response, Defendants reserve their rights and defenses, including, but not limited to: (i) the right to move later to decertify or modify the certified class prior to a decision on the merits, and (ii) any defenses, objections, or arguments that otherwise could be asserted in a summary judgment motion, in a Daubert motion, at trial, or at any other stage of this litigation.

1

Dated:  August 14, 2023

/s/ Gregory L. Watts

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Gregory L. Watts (#17782)
Caitlin E. McKelvie (#16511)
Stevenson C. Smith (#18546)
Tamara Lemmon (#18462)
Ignacio E. Salceda (admitted *pro hac vice*)
Stephanie L. Jensen (admitted *pro hac vice*)
Tyre L. Tindall (admitted *pro hac vice*)
McKinney Wheeler (admitted *pro hac vice*)

*Attorneys for Defendants*

2