**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*, | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANTS TO PRODUCE AUDIT-RELATED DOCUMENTS** |
| Plaintiffs, | |
| v. | |
| PLURALSIGHT, INC. *et al.*, | Case No. 1:19-cv-00128 |
| Defendants. | District Judge David Barlow |
| | Magistrate Judge Daphne A. Oberg |

Upon consideration of Lead Plaintiffs' Short-Form Discovery Motion to Compel Defendants to Produce Audit-Related Documents (ECF No. 225), the legal memoranda in support and in opposition, the exhibits attached thereto, and the entire record herein, and finding good cause appearing, it is hereby **ORDERED** that:

a. Lead Plaintiffs' Short-Form Discovery Motion to Compel Defendants to Produce Audit-Related Documents is **GRANTED**;

b. Defendants are **ORDERED** to produce documents responsive to Requests 17 and 18 of Lead Plaintiffs' First Set of Requests for Production; and

c. The Parties are **DIRECTED** to meet and confer on reasonable search terms, custodians, and data sources for identification of documents responsive to such requests.

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2023.                BY THE COURT:

_____