Keith M. Woodwell (#7353)
CLYDE, SNOW & SESSIONS, P.C.
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Additional Counsel on Signature Page*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC. *et al.*,<br><br>Defendants. | **LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Case No. 1:19-cv-00128<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Lead Plaintiffs move for leave to file the following documents filed in connection with their Short-Form Discovery Motion to Compel Defendants to Produce Audit-Related Documents (ECF No. 225):

- Exhibit G (ECF No. 225-8), a document produced by nonparty Ernst & Young LLP ("EY") that EY designated as confidential under the Modified Standard Protective Order, ECF No. 183. This document is a record of EY's audits of Pluralsight, Inc. and consists of information that likely qualifies as confidential client information under standards of professional conduct applicable to accountants and auditors.[1] It also reflects information about an SEC investigation for which the subjects of the investigation requested confidential and nonpublic treatment. As this information was produced by a nonparty, Lead

---

[1] *See, e.g.,* AICPA, Code of Professional Conduct and Bylaws, Section 301, *Confidential Client Information,* available at https://us.aicpa.org/content/dam/aicpa/research/standards/codeofconduct/downloadabledocuments/2013june1codeofprofessionalconduct.pdf.

1

Plaintiffs request that this Exhibit, and the documents below that include excerpts of this Exhibit, be sealed without any additional filing by the nonparty.

- Exhibit I (ECF No. 225-10), a letter from Lead Plaintiffs' counsel to Defendants' counsel, dated June 23, 2023, that includes excerpts and descriptions of Exhibit G. A redacted version of Exhibit I has been filed in conjunction with this motion.

- Exhibit K (ECF No. 225-12), a document produced by Defendants that Defendants have designated as confidential under the Modified Standard Protective Order, ECF No. 183.

- Exhibit L (ECF No. 225-13), a letter from Lead Plaintiffs' counsel to Defendants' counsel, dated July 3, 2023, that includes excerpts and descriptions of Exhibit G (at 9 & n.7) and other documents (at 10) designated by Defendants as confidential under the Modified Standard Protective Order, ECF No. 183.  A redacted version of Exhibit L has been filed in conjunction with this motion.

- The Declaration of Jan Messerschmidt in Support of Lead Plaintiffs' Short-Form Motion to Compel Defendants to Produce Audit Related Documents (ECF No. 225-1), which includes excerpts and descriptions of Exhibits G, I, K, and L. A redacted version of the Declaration has been filed in conjunction with this motion.

Dated: September 18, 2023

By /s/ Carol V. Gilden
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (admitted *pro hac vice*)
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and Lead Counsel for the Class*

**CLYDE SNOW & SESSIONS, P.C.**
Keith M. Woodwell
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

*Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

  I certify that on September 18, 2023, I caused a copy of the foregoing motion to be delivered via email, pursuant to the parties' mutual agreement to accept service via email in accordance with Fed. R. Civ. P. 5(b)(2)(F), to all counsel of record in this Action.

*/s/ Jan E. Messerschmidt*
Jan E. Messerschmidt
