# Exhibit F

| | |
|---|---|
| **From:** | Jan Messerschmidt |
| **To:** | sjensen@wsgr.com; Will Wilder |
| **Cc:** | Carol V. Gilden; GWatts@wsgr.com; ISalceda@wsgr.com; cmckelvie@wsgr.com |
| **Subject:** | Pluralsight: Follow-up re: Plaintiffs" First Set of Requests for Production |
| **Date:** | Wednesday, May 10, 2023 2:54:09 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Stephanie,

We agree that the parties should prioritize resolving the ESI Protocol, and thus are fine with deferring our conferral as to search terms and custodians until that protocol is finalized. Given that our latest draft of the protocol adopts the bulk of Defendants' proposals, though, we are hopeful that we can reach swift agreement on the protocol this week. Unless Defendants' disagree with that assessment, and believe that more extensive discussion on the subject is still required, we'd like to schedule times to resume the RFP negotiations next week as we are already approaching the seventh month of discovery without any productions from either party.

In addition, during our April 27 meet and confer, we asked you to address certain priority matters, including the relevant time period for Plaintiffs' RFPs, by last Friday. And we reiterated that request in our May 3 letter memorializing that conferral. Your position on these matters is important and, as we explained, might require Plaintiffs to seek intervention by the Court. For this reason, we'd ask that you respond to these priority matters by the end of this week.

As you know, we have now agreed, at Defendants' request, to forego a structured process in the ESI Protocol, based in part on your assurances that a formal process was unnecessary to ensure that the parties promptly and cooperatively resolve discovery disputes. For that reason, we think it is important that the parties make it a priority to respond and resolve disputes consistent with the parties' expectations, and, if they are unable to do so, to promptly notify the other parties of that fact.

All best,
Jan

**From:** Jensen, Stephanie <sjensen@wsgr.com>
**Sent:** Tuesday, May 9, 2023 6:24 PM
**To:** Will Wilder <wwilder@cohenmilstein.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>; Jensen, Stephanie <sjensen@wsgr.com>; Watts, Gregory <GWatts@wsgr.com>; Salceda, Ignacio <ISalceda@wsgr.com>; McKelvie, Caitlin <cmckelvie@wsgr.com>
**Subject:** [EXTERNAL] RE: Pluralsight: Follow-up re: Plaintiffs' First Set of Requests for Production

Will,

Thanks for your email, and for your team's time on the meet and confer yesterday.  In order for both sides to be prepared for the mediation later this month, we propose prioritizing the ESI protocol.  As soon as the parties agree upon the stipulation and submit it to the Court, Defendants can begin a rolling production of documents that are not in dispute.  Once that rolling production is underway, we would be happy to resume the RFP negotiations.

Do you anticipate providing your markup of the ESI protocol today?  We will review it and return any comments as soon as possible after receipt, and are available to meet and confer as necessary this week in order to get any remaining issues resolved so we can move forward with document production.

Thank you,

Stephanie



**Stephanie L. Jensen | Of Counsel | Wilson Sonsini Goodrich & Rosati**
701 Fifth Avenue, Ste 5100 | Seattle, WA  98104 | direct: 206.883.2556 | mobile: 206.930.8803 | sjensen@wsgr.com

---

**From:** Will Wilder <wwilder@cohenmilstein.com>
**Sent:** Tuesday, May 9, 2023 2:24 PM
**To:** Watts, Gregory <GWatts@wsgr.com>; Jensen, Stephanie <sjensen@wsgr.com>; McKelvie, Caitlin <cmckelvie@wsgr.com>; Salceda, Ignacio <ISalceda@wsgr.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Subject:** Pluralsight: Follow-up re: Plaintiffs' First Set of Requests for Production

EXT - wwilder@cohenmilstein.com

---

Counsel,

I wanted to reach out about a few outstanding issues related to our First Set of Requests for Production.

First, we had asked in our May 3 letter for you to give further consideration to your position on our requested Relevant Time Period. Do you have any update for us on your thinking regarding the Relevant Time Period for our requests?

Second, as stated in our letter, you informed us at the April 27 meet and confer that you would further consider your position on several of our RFPs—specifically, on RFPs #3, 17, 18, 26, and 35. Do

you have any update for us on your position regarding these specific RFPs?

And finally, given that we have reached agreement on the scope of most of our RFPs pending discussion of search terms and custodians, we would like to schedule a meet and confer to discuss search terms and custodians for early next week. What is your availability on Monday and Tuesday of next week? Plaintiffs are largely available on Monday, and are available on Tuesday other than from 12:30 to 1:30pm EST and 3:00 to 3:30pm EST.


Thank you,
Will


**Will Wilder**
Associate

**Cohen Milstein Sellers & Toll PLLC**

1100 New York Ave. NW  | Fifth Floor
Washington, DC 20005

phone 202.408.4600
fax 202.408.4699

**website**  | **map**

**Powerful Advocates. Meaningful Results.**

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*


This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.