## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC. *et al.*, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' SHORT FORM DISCOVERY MOTION TO COMPEL DEFENDANTS TO PRODUCE AUDIT-RELATED DOCUMENTS** <br><br> Case No. 1:19-cv-00128 <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Upon consideration of Lead Plaintiffs' Short-Form Discovery Motion to Compel Defendants to Produce Audit-Related Documents (ECF No. 225), the legal memoranda in support and in opposition, the exhibits attached thereto, and the entire record herein, and finding good cause appearing, it is hereby **ORDERED** that:

a.  Lead Plaintiffs' Short-Form Discovery Motion to Compel Defendants to Produce Audit-Related Documents is **GRANTED**;

b.  Defendants are **ORDERED** to produce documents responsive to Requests 17 and 18 of Lead Plaintiffs' First Set of Requests for Production; and

c.  The Parties are **DIRECTED** to meet and confer on reasonable search terms, custodians, and data sources for identification of documents responsive to such requests.

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2023.          BY THE COURT:

_____