Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE, <br><br> Defendants. | **[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' SHORT FORM DISCOVEYR MOTION TO COMPEL DEFENDANTS TO PRODUCE AUDIT-RELATED DOCUMENTS** <br><br> **Case No. 1:19-CV-00128-DBB-DAO** <br><br> Honorable David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Before the Court is Lead Plaintiffs' Short Form Discovery Motion to Compel Defendants to Produce Audit-Related Documents (the "Motion"), Defendants' Opposition to the Motion, declarations in support of each party's filing and any exhibits attached thereto, and the entire record herein.

It is hereby **ORDERED** that Lead Plaintiff's Short Form Discovery Motion to Compel Defendants to Produce Audit-Related Documents is **DENIED**.

Plaintiffs' Motion is denied for three independent reasons.  First, Plaintiffs' Requests for Production Nos. 17-18 (the "Requests") are facially overbroad and irrelevant to the claims and defenses in this action.  Second, Plaintiffs have not carried their burden of showing that the Requests are likely to result in the production of relevant documents.  Third, even if Plaintiffs could establish relevance, the Motion is nonetheless denied because the increased burden imposed on Defendants by the Requests far outweighs the likely benefit to Plaintiffs in receiving documents of such marginal (if any) relevance.

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

_____
THE HONORABLE DAPHNE A. OBERG
UNITED STATES MAGISTRATE JUDGE

1