# Exhibit 2

**#117: Filed: 2011-09-28**

MINUTES OF PROCEEDINGS - Motion Hearing held on 9/28/2011 before Magistrate Judge William G. Cobb. Crtrm Administrator: Jennifer Cotter; Pla Counsel: Brian O'Mara, David O'Mara, and Phong Tran; Def Counsel: Diane Walters and Richard Campbell, Jr.; FTR #: 9:00:29 a.m. - 9:06:03 a.m.; 9:24:01 a.m. - 10:07:26 a.m.; Courtroom: 2.Some discussion takes place regarding a possible conflict for the Court in this case. Recess is taken for the parties to confer regarding the matter. Upon reconvening, the Court indicates that, after further research into this issue, recusal is not required. Counsel present argument as to their respective positions regarding 96 Motion to Compel. The Court sets forth its findings on the record. IT IS ORDERED that 96 Motion to Compel is GRANTED. (Copies have been distributed pursuant to the NEF - JC) (Entered: 09/28/2011)

Exhibit 2