# Exhibit 3

**From:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Sent:** Wednesday, October 11, 2023 12:03 PM
**To:** McKelvie, Caitlin <cmckelvie@wsgr.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>
**Cc:** Watts, Greg <GWatts@wsgr.com>; Wheeler, McKinney <mckinney.wheeler@wsgr.com>; Lemmon, Tamara <tlemmon@wsgr.com>
**Subject:** RE: INPRS v. Pluralsight -- Subpoena to Cadence Group

EXT - jmesserschmidt@cohenmilstein.com

Caitlin,

Plaintiffs are in discussions with Cadence's counsel about its responses to the subpoena, including the appropriate scope of Requests 2-5. We do not believe that there is a need to separately meet and confer with Defendants' counsel.

Thanks,
Jan

**From:** McKelvie, Caitlin <cmckelvie@wsgr.com>
**Sent:** Wednesday, October 11, 2023 12:59 PM
**To:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>
**Cc:** Watts, Greg <GWatts@wsgr.com>; Wheeler, McKinney <mckinney.wheeler@wsgr.com>; Lemmon, Tamara <tlemmon@wsgr.com>
**Subject:** [EXTERNAL] INPRS v. Pluralsight -- Subpoena to Cadence Group

Jan,

I am reaching out to you about Plaintiffs' subpoena to the Cadence Group (the "Subpoena"). Requests 2-5 of the Subpoena request documents with respect to "executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity, or any other KPIs."

It is Defendants' position that the scope of the Subpoena is too broad. Accordingly, Defendants request that Plaintiffs agree to limit the scope of Requests 2-5 to "revenue, billings, sales, sales headcount, capacity, or productivity," consistent with the scope the parties agreed upon with respect to Requests for Production 17 and 18 in Plaintiffs' First Set of Requests for Production to Defendants. If the parties are not able to reach an agreement on this scope, Defendants will file a short motion to quash the Subpoena on October 12 seeking to limit the Subpoena to this scope.

Please let me know if you would like to meet and confer regarding this issue. I can make myself available at any time today or tomorrow after 2:00 eastern.

Thank you.

Best,

192
Exhibit 3



# WILSON SONSINI

**Caitlin McKelvie | Associate | Wilson Sonsini Goodrich & Rosati**
15 W S Temple, Suite 1700 | Salt Lake City, UT 84101 | direct: 801.401.8537 | cmckelvie@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

193
Exhibit 3