Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron
Skonnard, and James Budge*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING PLURALSIGHT'S MOTION FOR PROTECTIVE ORDER RELATING TO SUBPOENA TO THE CADENCE GROUP** <br><br> **Case No. 1:19-CV-00128-DBB-DAO** <br><br> Honorable David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Before the Court is Pluralsight's Motion for Protective Order Relating to Subpoena to The Cadence Group (the "Motion"), Lead Plaintiffs' response to the Motion, declarations in support of parties' filing and any exhibits attached thereto, and the entire record herein.

Finding good cause appearing and pursuant to Rule 26(c), it is hereby **ORDERED** that the Motion is **GRANTED.**

Requests 2-5 in the Cadence Subpoena shall be limited to metrics of revenue, billings, sales, and the size, capacity, productivity, or retention of Pluralsight's sales force.

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

THE HONORABLE DAPHNE A. OBERG
UNITED STATES MAGISTRATE JUDGE

1