Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron
Skonnard, and James Budge*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE, <br><br> Defendants. | **DECLARATION OF CAITLIN E. McKELVIE** <br><br> **Case No. 1:19-CV-00128-DBB-DAO** <br><br> Honorable David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

I, Caitlin E. McKelvie, declare:

I am an attorney duly admitted to practice law in the State of Utah and in the United States District Court for the District of Utah.

1.      I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., and am counsel of record for Pluralsight, Inc. ("Pluralsight"), Aaron Skonnard, and James Budge (with Pluralsight, "Defendants"). I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein. This declaration is submitted in support of Pluralsight's Motion to Modify Subpoena to The Cadence Group and Pluralsight's Motion for a Protective Order.

2.      Lead Plaintiffs in this matter served on The Cadence Group ("Cadence") a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").  A copy of that subpoena is attached as Exhibit 1.[1]

3.      The Subpoena compels production of, in part, the following documents:

2. All Documents related to any audit, evaluation, assessment, or testing of Pluralsight's internal control systems, including, but not limited to, attestations under Section 404 of Sarbanes-Oxley, that relate to executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity, or any other KPIs.

3. All Documents related to any communications with PwC, EY, or Tanner concerning Pluralsight's internal control over financial reporting that relate to executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity, or any other KPIs.

4. All Documents related to any audit, evaluation, assessment, or testing of Pluralsight's executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity, or any other KPIs.

---

[1] Pursuant to DUCivR 5-3(a)(2)(C), I have redacted out confidential portions of this exhibit that is not directly pertinent to the issues before the court and the exhibit will be filed publicly without a separate sealed version filed with the Court.

1

5. All Documents related to any communications with Pluralsight's Board, Board committees, or its members concerning Pluralsight's internal control over financial reporting that relate to executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity, or any other KPIs.

Ex. 1 at 7.

4.      The Subpoena defines "related" as "constitutes, contains, discusses, embodies, evidences, reflects, identifies, states, refers to, deals with, bears upon, or is in any way pertinent to that subject, including documents concerning the preparation of other documents."  Ex. 1 at 4.

5.      The Subpoena does not define "other KPIs."

6.      Lead Plaintiffs in this matter served non-party Scott Dorsey with a subpoena in this matter.  A true and accurate copy of that subpoena is attached as Exhibit 2.[2]

7.      The subpoena to Scott Dorsey contains the following definition for "KPIs":  "any operating or other metrics, including GAAP and non-GAAP financial measures as well as nonfinancial reporting information, used by Pluralsight to evaluate, monitor, track, calculate, or disclose management or operational performance."  Ex. 2 at 6.

8.      I exchanged emails with Jan Messerschmidt, counsel for Lead Plaintiffs, on October 11, 2023, regarding the scope of the Cadence subpoena.  A true and accurate copy of the emails exchanged is attached as Exhibit 3.

9.      In those emails, I asked Plaintiffs to agree to limit the scope of Requests 2-5 in the Subpoena to "revenue, billings, sales, sales headcount, capacity, or productivity," consistent with

_____

[2] Pursuant to DUCivR 5-3(a)(2)(C), I have redacted out confidential portions of this exhibit that is not directly pertinent to the issues before the court and the exhibit will be filed publicly without a separate sealed version filed with the Court.

the scope that Plaintiffs agreed upon with respect to Plaintiffs' Requests for Production 17 and 18 on October 4, 2023.  Ex. 3 at 1.

10.     Plaintiffs declined this compromise and refused to meet and confer with Pluralsight on this issue, simply responding: "Plaintiffs are in discussions with Cadence's counsel about its responses to the subpoena, including the appropriate scope of Requests 2-5.  We do not believe that there is a need to separately meet and confer with Defendants' counsel."  Ex. 3 at 1.

11.     Pluralsight filed a Form 10-K for 2018 (the "2018 10-K") with the Securities and Exchange Commission ("SEC").  A true and accurate copy of the 2018 10-K is attached as Exhibit 4.

12.     Pluralsight filed a Form 10-K for 2019 (the "2019 10-K") with the Securities and Exchange Commission ("SEC").  A true and accurate copy of the 2019 10-K is attached as Exhibit 5.

13.     Pluralsight's 2018 10-K includes more than 100 financial measures on the GAAP consolidated balance sheet, consolidated statement of operations, consolidated statements of comprehensive loss, and consolidated statement of cash flows.  Ex. 4 at 71-77.  A full list of such financial measures is set forth below in paragraph 35.

14.     Pluralsight's 2019 10-K includes more than 30 additional financial measures on the GAAP consolidated balance sheet, consolidated statement of operations, and consolidated statement of cash flows, beyond those in the 2018 10-K.  Ex. 5 at 78-85.  A full list of such additional financial measures is set forth below in paragraph 36.

15.     Pluralsight's 2018 10-K and 2019 10-K include the following as non-GAAP financial measures:

    a.  Gross profit;

    b.  Gross margin;

    c.  Operating loss; and

    d.  Free cash flow.

Ex. 4 at 46-47; Ex. 5 at 48-49.

16.     Pluralsight's 2018 10-K and 2019 10-K include the following key business metrics:

    a.  Business customers;

    b.  Billings;

    c.  Billings from business customers;

    d.  Percentage of billings from business customers; and

    e.  Dollar-based net retention rate.

Ex. 4 at 45-46; Ex. 5 at 47-48.

17.     Pluralsight's 2018 10-K includes the following financial measures on the GAAP consolidated balance sheet, consolidated statement of operations, consolidated statements of comprehensive loss, and consolidated statement of cash flows:

    a.  Consolidated balance sheet:

        1)  Assets;

        2)  Cash and equivalents;

        3)  Accounts receivable, net of allowances of \$2,501 and \$1,552 as of December 31, 2018 and 2017, respectively;

        4)  Prepaid expenses and other current assets;

        5)  Total current assets;

        6)  Property and equipment, net;

        7)  Content library, net;

8) Intangible assets, net;

9) Goodwill;

10) Restricted cash;

11) Other assets;

12) Total assets;

13) Liabilities, redeemable convertible preferred unites, and stockholders' equity/members' deficit;

14) Accounts payable;

15) Accrued expenses;

16) Accrued author fees;

17) Deferred revenue;

18) Total current liabilities;

19) Deferred revenue, net of current portion;

20) Long-term debt, less current portion, net;

21) Facility financing obligation;

22) Other liabilities;

23) Total liabilities;

24) Commitments and contingencies;

25) Redeemable convertible preferred unites, no par value; 48,447,880 unites authorized, issued and outstanding as of December 31, 2017;

26) Preferred stock, $0.0001 par value per share, 100,000,000 shares authorized, no shares issued and outstanding as of December 31, 2018;

27) Class A common stock;

28) Class B common stock;

29) Class C common stock;

30) Additional paid-in capital;

31) Accumulated other comprehensive (loss) income;

32) Accumulated deficit;

33) Total stockholders' equity/members' deficit; and

    34) Total liabilities, redeemable convertible preferred units, and stockholders' equity/members' deficit;

b. Consolidated statement of operations:

    1) Revenue;

    2) Cost of revenue;

    3) Gross profit;

    4) Sales and marketing operating expenses;

    5) Technology and content operating expenses;

    6) General and administrative operating expenses;

    7) Total operating expenses;

    8) Loss from operations;

    9) Interest expense;

    10) Loss on debt extinguishment;

    11) Other income, net;

    12) Loss before income taxes;

    13) Provision for income taxes;

    14) Net loss;

    15) Net loss attributable to non-controlling interests;

    16) Net loss attributable to Pluralsight, Inc;

    17) Accretion of Series A redeemable convertible preferred unites;

    18) Net loss attributable to common shares;

    19) Net loss per share, basic and diluted; and

    20) Weighted-average common shares used in computing basic and diluted net loss per share;

c. Consolidated statements of comprehensive loss:

    1) Net loss;

    2) Foreign currency translation (losses) gains, net

    3) Comprehensive loss;

    4) Comprehensive loss attributable to non-controlling interests; and

    5) Comprehensive loss attributable to Pluralsight, Inc.;

d. Consolidated statements of cash flows:

    1) Net loss;

    2) Depreciation of property and equipment;

    3) Amortization of acquired intangible assets;

    4) Amortization of course creation costs;

    5) Equity-based compensation;

    6) Provision for doubtful accounts;

    7) Amortization of debt discount and debt issuance costs;

    8) Debt extinguishment costs;

    9) Deferred tax benefit;

    10) Other adjustments to reconcile net loss to net cash (used in) provided by operating activities;

    11) Accounts receivable;

    12) Prepaid expenses and other assets;

    13) Accounts payable;

    14) Accrued expenses and other liabilities;

    15) Accrued author fees;

    16) Deferred revenue;

    17) Related party note payable;

    18) Net cash (used in) provided by operating activities;

    19) Purchases of property and equipment;

    20) Purchases of content library;

    21) Purchases of business, net of cash acquired;

    22) Net cash used in investing activities;

    23) Financing activities;

    24) Proceeds from initial public offering, net of underwriting discounts and commissions;

    25) Payments of costs related to initial public offering;

26) Taxes paid related to net share settlement of equity awards;

27) Proceeds from issuance of common stock from employee equity plans;

28) Borrowings of long-term debt;

29) Repayments of long-term debt;

30) Payments of debt extinguishment costs;

31) Payments of debt issuance costs;

32) Payments to settle equity appreciation rights;

33) Proceeds from the issuance of Series C redeemable convertible preferred unites, net of issuance costs;

34) Redemption of incentive units;

35) Repayments of related-party note payable;

36) Deemed landlord financing proceeds;

37) Other financing activities;

38) Net cash provided by financing activities;

39) Effect of exchange rate changes on cash, cash equivalents, and restricted cash;

40) Net increase in cash, cash equivalents, and restricted cash;

41) Cash, cash equivalents, and restricted cash, beginning of period;

42) Cash, cash equivalents, and restricted cash, end of period;

43) Cash paid for interest;

44) Cash paid for income taxes, net;

45) Conversion of redeemable convertible preferred units;

46) Redeemable convertible preferred unit accretion;

47) Property acquired under build-to-suit lease agreements;

48) Issuance of warrants to purchase shares of Class A common stock;

49) Unpaid capital expenditures;

50) Equity-based compensation capitalized as internal-use software;

51) Offering costs, accrued but not yet paid;

52) Cash and cash equivalents;

53) Restricted cash; and

54) Total cash, cash equivalents, and restricted cash.

Ex. 4 at71-77.

18.     Beyond the financial measures on the 2018 10-K GAAP consolidated balance sheet, consolidated statement of operations, and consolidated statement of cash flows, the 2019 10-K included the following additional measures:

a.  Consolidated balance sheets

1)  Short-term investments;

2)  Accounts receivable, net of allowances of $3, 465 and $2,501 as of December 31, 2019 and 2018, respectively;

3)  Deferred contract acquisition costs, net;

4)  Long-term investments;

5)  Deferred contract acquisition costs, noncurrent, net;

6)  Lease liabilities;

7)  Deferred revenue, noncurrent;

8)  Convertible senior notes, net;

9)  Lease liabilities, noncurrent;

10) Total stockholders' equity attributable to Pluralsight, Inc.;

11) Total stockholders' equity; and

12) Total liabilities and stockholders' equity;

b.  Consolidated statement of operations

1)  Net loss attributable to shares of Class A common stock;

c.  Consolidated statement of cash flows

1)  Amortization of deferred contract acquisition costs;

2)  Amortization of debt discount and issuance costs;

3)  Investment discount and premium amortization, net;

4)  Loss on debt extinguishment;

5)  Deferred contract acquisition costs;

9

6)  Right-of-use assets;

7)  Lease liabilities;

8)  Cash paid for acquisition, net of cash acquired;

9)  Purchases of investments;

10) Proceeds from sales of investments;

11) Proceeds from maturities of investments;

12) Net cash used in investing activities;

13) Proceeds from issuance of convertible senior notes, net of discount and issuance costs;

14) Purchase of capped calls related to issuance of convertible senior notes;

15) Repurchases of convertible senior notes;

16) Proceeds from issuance of common stock from employee equity plans;

17) Lease liabilities arising from obtaining right-of-use assets;

18) Unrealized gains on investments; and

19) Costs related to initial public offering, accrued but not yet paid.

Ex. 5 at 78-85.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Salt Lake City, Utah on this twelfth day of October, 2023.

/s/ Caitlin E. McKelvie
Caitlin E. McKelvie (#16511)