Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE,<br><br>Defendants. | **DECLARATION OF JAMES WING**<br><br>**Case No. 1:19-CV-00128-DBB-DAO**<br><br>Honorable David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

I, James Wing, declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration and can testify competently thereto.

2.      I am the Senior Vice President of Accounting of Pluralsight, Inc. ("Pluralsight" or the "Company").

3.      I was hired by Pluralsight in October of 2014 as the Corporate Controller. I remained in that position until January 31, 2022, when I was promoted to Senior Vice President of Accounting.

4.      Pluralsight engaged The Cadence Group ("Cadence") in 2016 to assist in implementing and testing Pluralsight's internal control processes.  As the Corporate Controller for Pluralsight, I had regular interactions with Cadence in their performance of these functions.

5.      In order to complete their testing of Pluralsight's internal controls, Cadence had access to Blackline, a SaaS system Pluralsight uses to manage its recurring accounting reconciliations and internal controls documentation.  These reconciliations are completed on a monthly, quarterly, and annual basis for each of Pluralsight's balance sheet accounts. Additionally, tasks are created in Blackline to help document the testwork performed by Pluralsight's accounting team to ensure that internal control processes are being performed each period.  Blackline contains detailed documentation supporting all reconciliations and tasks.  This detailed supporting documentation provides granular information both as to specific financial details and Pluralsight's overall financial results, including information relating to Pluralsight's business strategy.

6.      Cadence's access to Blackline allowed Cadence to review and/or download documentation from Blackline to perform testing on Pluralsight's internal controls.

7.      The detailed financial information stored on Blackline, which would have been reviewed by and potentially downloaded by Cadence, includes sensitive information or the data necessary to recreate sensitive information or business strategy, including but not limited to: customer lists and details pertaining to deals with customers, including preferential pricing provided to some customers; vendor lists and details pertaining to deals with vendors, including preferential pricing provided to Pluralsight by vendors; and details related to agreements with authors of Pluralsight's content and payments due to them.

8.      At all times, Pluralsight has taken specific, comprehensive measures to keep the information stored on Blackline confidential and secure. First, Blackline is only accessible through Okta, which requires that. Pluralsight employees enter a username and password and pass through a dual verification system that authenticates their access credentials. Next, only employees that have been provisioned access to Blackline by Pluralsight's IT team will see a Blackline icon in their Okta display. Additionally, Pluralsight has several levels of access to Blackline. "Preparers," "Approvers," and "Reviewers" can only update and access the specific information that they are assigned to prepare or review in Blackline. "CFO" access allows the user to see all the supporting documentation attached in Blackline for every reconciliation and task, which is only provided to select few individuals on the Pluralsight accounting team. "External Auditor" access, which Cadence had, gives the user similar visibility as the CFO access, but prohibits any ability to make any updates in the system.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed in Draper, Utah on this October 12, 2023.

James Wing
Senior Vice President of Accounting
Pluralsight, Inc.