# Exhibit A

Keith M. Woodwell (#7353)
CLYDE, SNOW & SESSIONS, P.C.
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL, PLLC
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

*Additional Counsel on Signature Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC. *et al.*,<br><br>Defendants. | **NOTICE OF NONPARTY DOCUMENT SUBPOENAS**<br><br>Case No. 1:19-cv-00128<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

PLEASE TAKE NOTICE that, under Rules 26, 34, and 45 of the Federal Rules of Civil Procedure, Lead Plaintiffs Indiana Public Retirement System ("INPRS") and Public School Teachers' Pension and Retirement fund of Chicago ("CTPF") will cause subpoenas for documents to be served commanding the production of the papers and documents set forth in the subpoenas attached hereto by the following persons and entities:

- Morgan Stanley & Co. LLC
- J.P. Morgan Securities LLC
- Financial Industry Regulatory Authority
- The Cadence Group a/k/a Cadence Consulting Corporation n/k/a Moss Adams LLP
- Gary Crittenden
- Scott Dorsey
- Arne Duncan

1

2

- Ryan Hinkle
- Leah Johnson
- Timothy Maudlin
- Frederick Onion
- Bradley Rencher
- Bonita Stewart
- Karenann Terrell

No testimony will be required by these subpoenas and no one need appear for the entity subject to

the subpoenas or any party to this action.

Dated: August 21, 2023

By /s/ Carol V. Gilden
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (admitted *pro hac vice*)
190 South LaSalle Street, Suite 1705
Chicago, Illinois 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
William Wilder (admitted *pro hac vice*)
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
wwilder@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

*Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and Lead Counsel for the Class*

**CLYDE SNOW & SESSIONS, P.C.**
Keith M. Woodwell
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

*Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and Liaison Counsel for the Class*

3