# Exhibit C

| | |
|---|---|
| **From:** | Sheridan, Meghan A. |
| **To:** | Jan Messerschmidt |
| **Cc:** | Carol V. Gilden; Lyzette Wallace |
| **Subject:** | [EXTERNAL] RE: 2023-09-27 Cadence Consulting Group Subpoena Objections - INPRS v Pluralsight |
| **Date:** | Tuesday, October 3, 2023 3:06:39 PM |
| **Attachments:** | image004.png |
| | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

Jan  - thanks for discussing the subpoena to Cadence. We discussed that we will work on submitting the response by 10/27, which will include documents requested/responsive for the Relevant Period of Oct. 1, 2018-September 30, 2019, for now, but will be supplemented if the Relevant Period is enlarged by the court, and as originally requested in the subpoena.

Further, your office will consider reimbursement for Cadence's efforts in responding to the subpoena, for a reasonable amount and documented hours.

Thank you.


**Meghan A. Sheridan** | Counsel

sheridanm@hallevans.com

Tel: 801-770-4776


**Hall & Evans, LLC**

175 South Main Street, Suite 610

Salt Lake City, UT 84111



COLORADO | ILLINOIS | MISSOURI | MONTANA | NEVADA | NEW MEXICO | UTAH | WYOMING

website | bio | LinkedIn

---

**From:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Sent:** Tuesday, October 3, 2023 12:23 PM
**To:** Sheridan, Meghan A. <sheridanm@hallevans.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>; Britt, Amber <britta@hallevans.com>
**Subject:** RE: 2023-09-27 Cadence Consulting Group Subpoena Objections - INPRS v Pluralsight


Hi Meghan,

Just wanted to check in to see if you were still available to speak. I can be reached at my office line, 202-408-3644, or my cell, 207-318-3857. If you need to reschedule, let me know.

Best,
Jan

---

**From:** Sheridan, Meghan A. <sheridanm@hallevans.com>
**Sent:** Thursday, September 28, 2023 5:37 PM

**To:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>; Britt, Amber <britta@hallevans.com>
**Subject:** [EXTERNAL] RE: 2023-09-27 Cadence Consulting Group Subpoena Objections - INPRS v Pluralsight

That works. I can give you a call at 2pm on Tuesday (ET I assume)

Amber, please calendar for 12pm MT (unless we hear otherwise).


**Meghan A. Sheridan** | Special Counsel
sheridanm@hallevans.com
Tel: 801-770-4776

**Hall & Evans, LLC**
175 South Main Street, Suite 610
Salt Lake City, UT 84111



COLORADO | ILLINOIS | MISSOURI | MONTANA | NEVADA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

---

**From:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Sent:** Thursday, September 28, 2023 12:57 PM
**To:** Sheridan, Meghan A. <sheridanm@hallevans.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>
**Subject:** RE: 2023-09-27 Cadence Consulting Group Subpoena Objections - INPRS v Pluralsight


Meghan,

How about 2PM on Tuesday? You can reach me on my office line at 202-408-3644 or cell at 207-318-3857. Alternatively, I can circulate a zoom link.

Best,
Jan

---

**From:** Sheridan, Meghan A. <sheridanm@hallevans.com>
**Sent:** Thursday, September 28, 2023 9:28 AM
**To:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>
**Subject:** [EXTERNAL] RE: 2023-09-27 Cadence Consulting Group Subpoena Objections - INPRS v Pluralsight

I could discuss Tuesday anytime. Send me a good time and your best number; I'll give you a call.

Thanks.


**Meghan A. Sheridan** | Special Counsel
sheridanm@hallevans.com
Tel: 801-770-4776

**Hall & Evans, LLC**
175 South Main Street, Suite 610
Salt Lake City, UT 84111



COLORADO | ILLINOIS | MISSOURI | MONTANA | NEVADA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

**From:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Sent:** Wednesday, September 27, 2023 5:54 PM
**To:** Sheridan, Meghan A. <sheridanm@hallevans.com>
**Cc:** Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>
**Subject:** RE: 2023-09-27 Cadence Consulting Group Subpoena Objections - INPRS v Pluralsight


Meghan,

Thanks for your email. I am relatively open next week on Monday, Tuesday, and Thursday. Let me know if there's a good time for you on any of those days.

Best,
Jan

**From:** Sheridan, Meghan A. <sheridanm@hallevans.com>
**Sent:** Wednesday, September 27, 2023 5:51 PM
**To:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Cc:** McKelvie, Caitlin <cmckelvie@wsgr.com>
**Subject:** [EXTERNAL] 2023-09-27 Cadence Consulting Group Subpoena Objections - INPRS v Pluralsight

Jan,

Please see attached in response to the subpoena to Cadence. Could we set up a time to discuss please? Thank you.

**Meghan A. Sheridan** | Special Counsel
sheridanm@hallevans.com
Tel: 801-770-4776

**Hall & Evans, LLC**

175 South Main Street, Suite 610
Salt Lake City, UT 84111



COLORADO | ILLINOIS | MISSOURI | MONTANA | NEVADA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.