# Exhibit E

**From:** McKelvie, Caitlin
**To:** Jan Messerschmidt; Lyzette Wallace; Carol V. Gilden
**Cc:** Watts, Greg; Jensen, Stephanie; Smith, Stevenson; Lemmon, Tamara; Pierce, Naomi
**Subject:** [EXTERNAL] Defendants" Short Form Discovery Motion to Compel Lead Plaintiffs to Produce Documents
**Date:** Tuesday, October 10, 2023 1:08:54 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png

---

Jan,

Defendants are willing to withdraw their Short Form Discovery Motion to Compel Lead Plaintiffs to Produce Documents Responsive to Defendants' First Set of Requests for Production Nos. 31 and 32 if each Plaintiff is willing to sign a sworn declaration with respect to that Plaintiff for each of the following:

1. Any portfolio monitoring agreement(s) with Cohen Millstein do not require INPRS/CTPF to pursue litigation if a potential claim is identified;
2. Any portfolio monitoring agreement(s) with Cohen Millstein do not require INPRS/CTPF to retain specific counsel (or select from a specific group of counsel) for potential claims identified;
3. INPRS/CTPF will not receive any incentive for serving as a class representative beyond its pro rata share of any recovery, except any reasonable costs and expenses directly relating to the representation of the Class, as ordered and approved by the court; and
4. INPRS/CTPF does not have any other agreements with Cohen Millstein except the following:
   1. Portfolio monitoring agreement(s);
   2. The retention letter INPRS/CTPF produced in this litigation as CTPF-PS-007457 to 007460/INPRS-PS-000339 to 000402; and
   3. Any retention letters or engagement letters for representation in litigation that does not involved Pluralsight, Inc., Aaron Skonnard, or James Budge.

Please let me know by end of the day on Wednesday, October 11 whether Plaintiffs will agree to provide such a declaration so that Defendants can prepare the withdrawal. Defendants will need signed declarations before we will submit the withdrawal.

Best,



**Caitlin McKelvie | Associate | Wilson Sonsini Goodrich & Rosati**
15 W S Temple, Suite 1700 | Salt Lake City, UT 84101 | direct: 801.401.8537 | cmckelvie@wsgr.com
☐ ☐ ☐ ☐ ☐

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this

email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.