# Exhibit L

| | |
|---|---|
| **From:** | Jan Messerschmidt |
| **To:** | McKelvie, Caitlin |
| **Cc:** | Watts, Greg; Carol V. Gilden; Wheeler, McKinney; Lemmon, Tamara; Lyzette Wallace; Emmy Wydman; Smith, Stevenson; Pierce, Naomi; Jensen, Stephanie |
| **Subject:** | RE: INPRS v. Pluralsight -- Subpoena to Cadence Group |
| **Date:** | Thursday, October 19, 2023 8:02:56 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Caitlin,

Setting aside the merits of the two motions, we do not believe that a dispute between the parties exists (and if there is one, we do not believe it is significant). To clarify, when we first met and conferred with Cadence's counsel, we said that (1) Plaintiffs were not seeking documents from Cadence that would likely be in Defendants' possession and agreed to work with Cadence on methods to limit their collection and production accordingly, and (2) we were only seeking documents about "other KPIs" that are related to executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity. Your understanding to the contrary appears to be based at least partly on a misunderstanding of the correspondence between Plaintiffs and Cadence. And to the extent there is any confusion on Cadence's end, we will clarify the above with Cadence's counsel.

Given the time, we will file our response to your short form motion tonight, and we will make it clear that we do not believe there is a significant dispute (or any dispute at all). Further, while we do not see the need for conferral with Defendants about the subpoena's scope, we are happy to confer about your motion for a protective order consistent with the local rules and to discuss any related issues. Given that we believe there is little if any dispute, we would prefer to resolve this issue without burdening the Court with unnecessary motion practice.

Best,
Jan

**From:** McKelvie, Caitlin <cmckelvie@wsgr.com>
**Sent:** Thursday, October 19, 2023 12:49 AM
**To:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Cc:** Watts, Greg <GWatts@wsgr.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Wheeler, McKinney <mckinney.wheeler@wsgr.com>; Lemmon, Tamara <tlemmon@wsgr.com>; Lyzette Wallace <LWallace@cohenmilstein.com>; Emmy Wydman <ewydman@cohenmilstein.com>; Smith, Stevenson <stevenson.smith@wsgr.com>; Pierce, Naomi <npierce@wsgr.com>; Jensen, Stephanie <sjensen@wsgr.com>
**Subject:** [EXTERNAL] RE: INPRS v. Pluralsight -- Subpoena to Cadence Group

Counsel,

Please see the attached correspondence.

Best,

**WILSON SONSINI**

**Caitlin McKelvie | Associate | Wilson Sonsini Goodrich & Rosati**

15 W S Temple, Suite 1700 | Salt Lake City, UT 84101 | direct: 801.401.8537 | cmckelvie@wsgr.com

🌐 👤 in 🐦 f

---

**From:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>
**Sent:** Tuesday, October 17, 2023 6:03 PM
**To:** McKelvie, Caitlin <cmckelvie@wsgr.com>
**Cc:** Watts, Greg <GWatts@wsgr.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Wheeler, McKinney <mckinney.wheeler@wsgr.com>; Lemmon, Tamara <tlemmon@wsgr.com>; Lyzette Wallace <LWallace@cohenmilstein.com>; Emmy Wydman <ewydman@cohenmilstein.com>; Smith, Stevenson <stevenson.smith@wsgr.com>; Pierce, Naomi <npierce@wsgr.com>; Jensen, Stephanie <sjensen@wsgr.com>
**Subject:** RE: INPRS v. Pluralsight -- Subpoena to Cadence Group

EXT - jmesserschmidt@cohenmilstein.com

---

Counsel,

Please see the attached correspondence.

Thank you,
Jan

---

**From:** Jan Messerschmidt
**Sent:** Wednesday, October 11, 2023 3:03 PM
**To:** McKelvie, Caitlin <cmckelvie@wsgr.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>
**Cc:** Watts, Greg <GWatts@wsgr.com>; Wheeler, McKinney <mckinney.wheeler@wsgr.com>; Lemmon, Tamara <tlemmon@wsgr.com>
**Subject:** RE: INPRS v. Pluralsight -- Subpoena to Cadence Group

Caitlin,

Plaintiffs are in discussions with Cadence's counsel about its responses to the subpoena, including the appropriate scope of Requests 2-5. We do not believe that there is a need to separately meet and confer with Defendants' counsel.

Thanks,

Jan

---

**From:** McKelvie, Caitlin <cmckelvie@wsgr.com>
**Sent:** Wednesday, October 11, 2023 12:59 PM
**To:** Jan Messerschmidt <jmesserschmidt@cohenmilstein.com>; Carol V. Gilden <cgilden@cohenmilstein.com>; Lyzette Wallace <LWallace@cohenmilstein.com>
**Cc:** Watts, Greg <GWatts@wsgr.com>; Wheeler, McKinney <mckinney.wheeler@wsgr.com>; Lemmon, Tamara <tlemmon@wsgr.com>
**Subject:** [EXTERNAL] INPRS v. Pluralsight -- Subpoena to Cadence Group

Jan,

I am reaching out to you about Plaintiffs' subpoena to the Cadence Group (the "Subpoena"). Requests 2-5 of the Subpoena request documents with respect to "executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity, or any other KPIs."

It is Defendants' position that the scope of the Subpoena is too broad. Accordingly, Defendants request that Plaintiffs agree to limit the scope of Requests 2-5 to "revenue, billings, sales, sales headcount, capacity, or productivity," consistent with the scope the parties agreed upon with respect to Requests for Production 17 and 18 in Plaintiffs' First Set of Requests for Production to Defendants. If the parties are not able to reach an agreement on this scope, Defendants will file a short motion to quash the Subpoena on October 12 seeking to limit the Subpoena to this scope.

Please let me know if you would like to meet and confer regarding this issue. I can make myself available at any time today or tomorrow after 2:00 eastern.

Thank you.

Best,


**WILSON SONSINI**

**Caitlin McKelvie | Associate | Wilson Sonsini Goodrich & Rosati**
15 W S Temple, Suite 1700 | Salt Lake City, UT 84101 | direct: 801.401.8537 | cmckelvie@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.