# Exhibit M

COHENMILSTEIN

Jan Messerschmidt
(202) 408-3644
jmesserschmidt@cohenmilstein.com

October 19, 2023

*Via Email Only*
Meghan A. Sheridan
Hall & Evans, LLC
175 South Main Street, Suite 610
Salt Lake City, UT 84111

Re:    *Indiana Public Retirement Sys. et al. v. Pluralsight, Inc. et al.,* 1:19-cv-00128 (D. Utah)

Dear Meghan:

To clarify any confusion about our subpoena to Cadence, I wanted to confirm our discussions in our call on October 3 and the documents we are seeking.

As I said at the outset of our October 3 call, our goal is to obtain relevant documents from Cadence while minimizing the burden imposed by the subpoena. To that end, I explained that we were seeking documents that are unlikely to be in Defendants' possession and would work with Cadence on ways to limit the scope of the collection and production of responsive documents accordingly.

We also agreed that while Plaintiffs' motion to compel on the discovery period is pending, Cadence would prioritize on producing responsive documents from the period October 1, 2018 to September 30, 2019. In the event the Court rules and grants our request for a wider discovery period, Cadence agreed to supplement its production with any additional documents from that wider period. Further, I explained that Plaintiffs were mainly seeking documents related to "executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity." To the extent there is any confusion about that limitation, Plaintiffs are not seeking documents about any "other KPIs" that are unrelated to those topics. For its part, Cadence acknowledged that it possessed responsive documents and agreed to work on producing those documents by October 27.

Lastly, Plaintiffs agreed to reimburse Cadence's reasonable costs and expenses incurred in responding to the subpoena. That agreement is, of course, contingent on Cadence's cooperation and compliance with our agreements outlined above. That said, please let us know if Cadence has any concerns about any of the above, which we are happy to discuss. Again, Plaintiffs' goal has always been to obtain relevant information while minimizing the burden on your client.

COHEN MILSTEIN SELLERS & TOLL PLLC  •  1100 New York Ave. NW • Fifth Floor • Washington, DC 20005
T 202.408.4600 • cohenmilstein.com

COHENMILSTEIN

October 19, 2023
Page 2

Very truly yours,

*/s/ Jan Messerschmidt*

Cc: Gregory L. Watts; Caitlin McKelvie