Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Stevenson C. Smith (#18546)
stevenson.smith@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

*Attorneys for Defendants Pluralsight, Inc., Aaron Skonnard, and James Budge*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE,<br><br>      Defendants. | **NOTICE OF WITHDRAWAL OF MOTION TO MODIFY SUBPOENA TO THE CADENCE GROUP**<br><br>**Case No. 1:19-CV-00128-DBB-DAO**<br><br>Honorable David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Defendant Pluralsight, Inc. ("Pluralsight") has obtained an agreement from Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago ("Plaintiffs") with regard to the scope of Lead Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to permit Inspection of Premises in a Civil Action issued to The Cadence Group (the "Subpoena"). Specifically, Pluralsight and Plaintiffs agreed that Pluralsight would withdraw its Motion to Modify Subpoena to the Cadence Group (Dkt. No. 247) (the "Motion") if Plaintiffs agreed to limit the scope of the Subpoena, and reached an agreement with The Cadence Group ("Cadence") that limited the scope of the Subpoena, to no broader than the following[1]:

1. The requests in the Subpoena are seeking only documents that are unlikely to be in Defendants' possession.

2. The substantive scope for requests 2-5 is limited to "executive and equity-based compensation, revenue, billings, sales, sales headcount, capacity, or productivity."

3. The responsive time period is limited to the same period that is ordered by the Court in resolving the outstanding motion to compel related to time period.

Pluralsight and Plaintiffs reached such an agreement to limit the scope of the Subpoena, and Plaintiffs have represented that they have reached such an agreement with Cadence.

In reliance on Pluralsight's agreement with Plaintiffs and Plaintiffs' representations regarding their agreement with Cadence, Pluralsight hereby withdraws the Motion.

---

[1] Pluralsight recognizes that Cadence may have additional objections that warrant further narrowing the scope of the Subpoena or limiting the methods for identifying responsive documents for production.

1

Dated:  October 26, 2023

*/s/ Caitlin E. McKelvie*

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Gregory L. Watts (#17782)
Caitlin E. McKelvie (#16511)
Stevenson C. Smith (#18546)
Tamara Lemmon (#18462)
Ignacio E. Salceda (admitted *pro hac vice*)
Stephanie L. Jensen (admitted *pro hac vice*)
Tyre L. Tindall (admitted *pro hac vice*)
McKinney Wheeler (admitted *pro hac vice*)

*Attorneys for Defendants*

2