**COHEN**MILSTEIN

Carol V. Gilden
(312) 629-3737
(312) 357-0369
cgilden@cohenmilstein.com

March 13, 2024

*Via ECF*

The Honorable David Barlow
The Honorable Daphne A. Oberg
United States District Court
District of Utah
351 S. West Temple, Room 10.420
Salt Lake City, UT 84101

Re: *Indiana Public Retirement System, et al. v. Pluralsight, Inc. et al.,*
No. 1:19-cv-00128

Dear Judge Barlow and Magistrate Judge Oberg:

I am Lead Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago in the above-referenced action.

I write on behalf of Lead Plaintiffs and Defendants to inform the Court that the parties have reached an agreement in principle to settle the above-referenced action, subject to full documentation in a Stipulation of Settlement. The parties will work in good faith to agree upon and execute the Stipulation of Settlement within approximately 30 days of today, and file it within 7 days thereafter, together with Lead Plaintiffs' motion for preliminary approval of the Settlement.

The parties also write to seek a stay of all deadlines in the case pending effectuation of the Settlement. In addition, the parties request that the Court vacate its March 12, 2024 Order granting Lead Plaintiffs' Motion to Approve the Form and Manner of Class Notice, ECF No. 266. In connection with their motion for preliminary approval of the Settlement, Lead Plaintiffs will submit a revised proposed class notice that reflects the Settlement.

Should the Court have questions or concerns, we are available to address them at the Court's convenience.

Sincerely,

/s/ Carol V. Gilden
Carol V. Gilden

cc: Gregory L. Watts