THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PLURALSIGHT, INC., AARON SKONNARD, and JAMES BUDGE,<br><br>    Defendants. | **ORDER DENYING [255] MOTION TO CLARIFY MEMORANDUM DECISION AND ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Civil No. 1:19-cv-00128<br><br>Judge David Barlow |

On January 24, 2024, Defendants filed their Motion to Clarify Memorandum Decision and Order Granting Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.[1] On March 13, 2024, the parties filed a Notice of Settlement,[2] indicating that the parties have reached an agreement in principle.

Given the ongoing settlement discussions, the court administratively DENIES without prejudice the Defendants' Motion to Clarify Memorandum Decision and Order Granting Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.[3] Defendants are granted leave to refile the motion should the parties not be able to reach a settlement.

---

[1] ECF No. 255.
[2] ECF No. 267.
[3] ECF No. 255.

Signed April 2, 2024.

BY THE COURT:

David Barlow
United States District Court Judge