Gregory L. Watts (#17782)
gwatts@wsgr.com
Caitlin E. McKelvie (#16511)
cmckelvie@wsgr.com
Tamara Lemmon (#18462)
tlemmon@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510

Stephanie L. Jensen (*pro hac vice*)
sjensen@wsgr.com
Tyre L. Tindall (*pro hac vice*)
ttindall@wsgr.com
McKinney Wheeler (*pro hac vice*)
mckinney.wheeler@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500

Ignacio E. Salceda (*pro hac vice*)
isalceda@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

*Attorneys for Defendants Pluralsight, Inc., Aaron
Skonnard, and James Budge*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM and PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC.; AARON SKONNARD; and JAMES BUDGE, <br><br> Defendants. | **DECLARATION OF TYRE L. TINDALL REGARDING COMPLIANCE WITH CLASS ACTION FAIRNESS ACT NOTICE REQUIREMENTS** <br><br> **Case No. 1:19-CV-00128-DBB-DAO** <br><br> Honorable David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

I, Tyre L. Tindall, declare:

1.      I am an attorney duly admitted to practice law in the State of Washington and in the United States District Court for the Western District of Washington.  I am admitted to practice in this action *pro hac vice*.  *See* ECF No. 196.  I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Pluralsight, Inc., Aaron Skonnard, and James Budge (together, "Defendants"). I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein.

2.      I make this Declaration to demonstrate Defendants' compliance with Paragraph 23 of the Stipulation of Settlement, ECF No. 271-1 ("Stipulation"), which requires Defendants to (i) comply with the notice requirements of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, within 10 days of the filing of the Stipulation, and (ii) file a declaration with the Court regarding compliance with the CAFA notice no later than seven days before the Settlement Hearing.

3.      The Stipulation was filed with the Court on May 1, 2024.  *See* ECF No. 271-1.

4.      I prepared a CAFA notice letter and assembled the documents and materials listed in 28 U.S.C. § 1715(b), as well as a list of contact information for the state and federal officials who were the intended recipients of the notice.  The names and addresses were updated and verified.

5.      On May 10, 2024, I caused the CAFA notice letter and accompanying materials to be sent via certified U.S. mail[1] to the United States Attorney General, the Chairman of the U.S.

---

[1] The CAFA letter and accompanying materials were sent via electronic mail to the Office of the New York State Attorney General and Office of the Nevada Attorney General, as those agencies allow.

1

Securities and Exchange Commission, and the Attorneys General for each State and Territory. The CAFA notice notifies the recipients of the proposed settlement in this matter and includes all of the information and documentation required by 28 U.S.C. § 1715(b).  A true and correct copy of the CAFA notice sent on May 10, 2024 is attached hereto as **Exhibit A**.  The distribution list detailing the recipients is attached as an exhibit to that notice.

6.    As required by 28 U.S.C. § 1715(b), the CAFA notices included: (a) the original complaint filed in the United States District Court for the Southern District of New York, the Amended Complaint filed in this Court, the Corrected Amended Complaint filed in this Court, and the Second Amended Complaint filed in this Court; Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorization to Provide Notice of Settlement, and Memorandum of Law in Support Thereof ("Motion for Preliminary Approval"); the Stipulation and Agreement of Settlement ("Stipulation"); [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Proposed Order"), attached as Exhibit A to the Stipulation; Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses, attached as Exhibit 1 to the Proposed Order; Proof of Claim and Release Form, attached as Exhibit 2 to the Proposed Order; Summary of Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses, attached as Exhibit 3 to the Proposed Order; and [Proposed] Judgment Approving Class Action Settlement, attached as Exhibit B to the Stipulation.

7.    To the best of my present knowledge, Defendants have fully complied with and satisfied all their obligations under CAFA and Paragraph 23 of the Stipulation in this action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th

day of August, 2024 at Seattle, Washington.

/s/ Tyre L. Tindall

Tyre L. Tindall, WSBA (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
Facsimile:  (866) 974-7329
Email: ttindall@wsgr.com

*Attorney for Defendants Pluralsight, Inc., Aaron
Skonnard, and James Budge*