# EXHIBIT A

**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

Tyre L. Tindall

701 Fifth Avenue
Suite 5100
Seattle, Washington 98104-7036

O: 206.883.2663
F: 866. 974.7329

ttindall@wsgr.com

May 10, 2024

_**Via Certified Mail**_

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Appropriate State & Territory Officials
(Identified on Exhibit A attached hereto)

> **Re:**   _**Indiana Public Retirement System, et al. v. Pluralsight, Inc., et al.,**_
> **Case No. 1:19-cv-00128-DBB-DAO (D. Utah)**

To Whom It May Concern:

I write to you on behalf of defendants Pluralsight, Inc. ("Pluralsight"), Aaron Skonnard, and James Budge (collectively, "Defendants") regarding the above-referenced action to provide you with notice under the Class Action Fairness Act, 28 U.S.C. § 1715, _et seq._, of a proposed class action settlement filed with the United States District Court for the District of Utah. A Stipulation and Agreement of Settlement was filed with the Court on May 1, 2024.

Pursuant to 28 U.S.C. § 1715, the following documents associated with the above-referenced action are included in PDF format on the enclosed CD:

1.    As required by 28 U.S.C. § 1715(b)(1), the original complaint, amended complaint, corrected amended complaint, and second amended complaint;

2.    As required by 28 U.S.C. § 1715(b)(2)-(6), copies of:

   a.   Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorization to Provide Notice of Settlement, and Memorandum of Law in Support Thereof ("Motion for Preliminary Approval");

   b.   Stipulation and Agreement of Settlement ("Stipulation");

   c.   [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Proposed Order"), attached as Exhibit A to the Stipulation;

**WILSON SONSINI**

CAFA Notice
May 10, 2024
Page 2

    d. Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses, attached as Exhibit 1 to the Proposed Order;

    e. Proof of Claim and Release Form, attached as Exhibit 2 to the Proposed Order;

    f. Summary of Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses, attached as Exhibit 3 to the Proposed Order; and

    g. [Proposed] Judgment Approving Class Action Settlement, attached as Exhibit B to the Stipulation.

As discussed in the Stipulation and Motion for Preliminary Approval, Defendants have entered into a Supplemental Agreement with Lead Plaintiffs that has not been filed with the Court, which provides that Pluralsight shall have the option to terminate the proposed settlement if proposed class members representing a certain number of shares elect to be excluded from the proposed settlement class. *See* 28 U.S.C. § 1715(b)(5). It is typical for agreements of this nature to remain confidential so that a large investor, or group of investors, cannot intentionally try to leverage a better recovery for themselves by threatening to opt out, at the expense of the class.

No judicial opinion regarding the settlement or any other papers relating to the settlement have been issued at this time. Moreover, no hearings have been scheduled regarding this settlement. In order to determine when the Fairness Hearing has been scheduled, please check the website for the United States District Court for the District of Utah, accessible at https://www.utd.uscourts.gov/cmecf-electronic-case-filing. All filings in this action are available on that website, under the case caption *Indiana Public Retirement System, et al. v. Pluralsight, Inc., et al.*, Case No. 1:19-cv-00128-DBB-DAO (D. Utah). Any future hearings and filings will be posted on that website as well.

Given the nature of the claims in the action and the existence of members of the settlement class who are not record holders of shares they beneficially own, it is not feasible to ascertain the names of all members of the settlement class who reside in each state or the estimated proportionate share of the claims of such members to the settlement proceeds. *See* 28 U.S.C. § 1715(b)(7)(A). It is also not yet feasible to provide an estimate of the number of members of the settlement class residing in each state and the estimated proportionate share of the claims of such members to the entire settlement. *See* 28 U.S.C. § 1715(b)(7)(B). However, the settlement papers describe in detail the plan of allocation proposed by counsel of record for Lead Plaintiffs, subject to Court approval.

**WILSON SONSINI**

CAFA Notice
May 10, 2024
Page 3

Any correspondence concerning the proposed settlement should be sent to the Clerk of the Court, United States District Court for the District of Utah, Orrin G. Hatch United States Courthouse, 351 South West Temple, Rm. 1.100, Salt Lake City, Utah 84101. Copies of any such correspondence should also be sent to the undersigned attention, as well as to Lead Plaintiffs' counsel, contact information for whom is attached hereto as Exhibit B.

Sincerely,

/s/ Tyre L. Tindall

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
ttindall@wsgr.com

*Attorney for Defendants Pluralsight, Inc.,*
*Aaron Skonnard, and James Budge*

Enclosures

**EXHIBIT A**

| | |
|---|---|
| Alabama Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Alaska Attorney General<br>Department of Law – Civil Division<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| American Samoa Attorney General<br>Department of Legal Affairs<br>Executive Office Building, 3rd Floor<br>P.O Box 7<br>Utulei, AS 96799 | Arizona Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 | California Attorney General<br>c/o CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | District of Columbia Attorney General<br>400 6th Street, NW<br>Washington, DC 20001 |
| Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 | Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Guam Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 | Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 | Illinois Attorney General<br>James R. Thompson Ctr.<br>115 S La Salle St.<br>Chicago, IL 60603 |
| Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut<br>Des Moines, IA 50319 |

| | |
|---|---|
| Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 | Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |
| Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 | Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Massachusetts Attorney General<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108-1698 |
| Michigan Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 | Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101 |
| Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Montana Attorney General<br>Justice Building<br>215 N. Sanders Street<br>Helena, MT 59601 | Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 |
| Nevada Attorney General<br>Via email only, per the request of the<br>Nevada A.G.:<br>NVAGCAFAnotices@ag.nv.gov | New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |
| New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625-0080 | New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| CAFA Coordinator<br>Office of the New York State Attorney<br>General:<br>CAFA.Notices@ag.ny.gov | North Carolina Attorney General<br>Department of Justice<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Avenue<br>Dept. 125<br>Bismarck, ND 58505-0040 | Northern Mariana Islands Attorney<br>General<br>Administration Building<br>Caller Box 10007<br>Saipan, MP 96950-8907 |

| | |
|---|---|
| Ohio Attorney General<br>Rhodes Office Tower<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43266-0410 | Oklahoma Attorney General<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 |
| Oregon Attorney General<br>Justice Building<br>1162 Court Street, NE<br>Salem, OR 97301 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Puerto Rico Attorney General<br>P.O. Box 902192<br>San Juan, PR 00902-0192 | Rhode Island Attorney General<br>150 S. Main Street<br>Providence, RI 02903 |
| South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | South Dakota Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Utah Attorney General<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320 | Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Virgin Islands Attorney General<br>3438 Krondprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802 | Virginia Attorney General<br>202 N. Ninth Street<br>Richmond, VA 23219 |
| Washington Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Boulevard East<br>Building 1, Room E-26<br>Charleston, WV 25305 |
| Wisconsin Attorney General<br>Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Wyoming Attorney General<br>State Capitol Building<br>109 State Capitol<br>200 W. 24th Street<br>Cheyenne, WY 82002 |
| The Honorable Gary Gensler, Chairman<br>U.S. Securities & Exchange Commission<br>100 F. Street NE<br>Washington, DC 20549 | |

-3-

## EXHIBIT B

### Counsel of Record

| Counsel for Lead Plaintiffs | Carol V. Gilden<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>190 South LaSalle Street, Suite 1705<br>Chicago, Illinois 60603<br>Telephone: (312) 357-0370<br>Facsimile: (312) 357-0369<br>cgilden@cohenmilstein.com<br><br>Steven J. Toll<br>Jan E. Messerschmidt<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue N.W., Suite 500<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>stoll@cohenmilstein.com<br>jmesserschmidt@cohenmilstein.com<br><br>Keith M. Woodwell<br>CLYDE, SNOW & SESSIONS, P.C.<br>201 South Main Street, Suite 2200<br>Salt Lake City, Utah 84111<br>Telephone: (801) 322-2516<br>Facsimile: (801) 521-6280<br>kmw@clydesnow.com |