# EXHIBIT 2

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC., *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00128<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

**DECLARATION OF CARLTON W. LENOIR, SR. ON BEHALF OF PUBLIC
SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF
CHICAGO IN SUPPORT OF: (A) LEAD PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION;
AND (B) LEAD COUNSEL'S MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, Carlton W. Lenoir, Sr., declare as follows:

1. I serve as Executive Director of the Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF"), one of the Court-appointed Lead Plaintiffs and Class Representatives in the above-captioned securities class action (the "Action").[1] I submit this declaration in support of (a) Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation, and (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses, including CTPF's application pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") for reimbursement of CTPF's reasonable costs directly relating its representation of the Class in the Action. I am authorized to make this declaration on behalf of CTPF, and I have personal knowledge

---

[1] Unless otherwise defined in this declaration, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement dated May 1, 2024 (the "Settlement Stipulation" or "Stipulation"), and previously filed with the Court, *see* ECF No. 271-1.

Docusign Envelope ID: 3400AF4F-0318-4D53-833B-471E93333BF5

about the information set forth in this declaration as I, along with other CTPF personnel and attorneys at CTPF, have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement.

## I.    BACKGROUND

2.    On March 25, 2020, the Court entered an Order appointing CTPF and the Indiana Public Retirement System ("INPRS") as Lead Plaintiffs in the Action pursuant to the PSLRA, and approving Lead Plaintiffs' selection of Cohen Milstein as Lead Counsel for the putative class and Clyde, Snow & Sessions P.C. ("Clyde Snow") as Liaison Counsel. ECF No. 87.

## II.    CTPF'S OVERSIGHT OF THE ACTION

3.    CTPF closely supervised, carefully monitored, and was actively involved in all material aspects of the prosecution and resolution of the Action. On behalf of CTPF, I and other CTPF personnel: (a) regularly communicated with Lead Counsel Cohen Milstein by email, videoconference, telephone, and in person regarding the posture and progress of the case and case strategy; (b) reviewed all significant pleadings and briefs filed in the Action, including the briefs on appeal; (c) reviewed discovery requests and received regular updates concerning the progress of discovery, including Defendants' and third parties' document productions, depositions, and expert reports and analyses; (d) gathered and produced documents in response to Defendants' discovery requests and reviewed and provided comments on interrogatory responses; (e) gave deposition testimony in this action (f) participated in, attended, and consulted with Cohen Milstein concerning two full-day mediation sessions, the latter of which ultimately led to the agreement-in-principle to settle the Action; (g) reported to the Board and/or Board President on the progress of the litigation; and (h) evaluated and approved the proposed Settlement and Lead Counsel's request for attorneys' fees and reimbursement of Litigation Expenses.

4.      I was deposed in this Action in connection with Lead Plaintiffs' motion for class certification on July 19, 2023, and a representative of CTPF personally attended and participated in the mediation sessions before Jed D. Melnick, Esq., of Judicial Arbitration and Mediation Services, Inc., on May 31, 2023 and March 8, 2024.

## III.    CTPF STRONGLY ENDORSES APPROVAL OF THE SETTLEMENT

5.      Based on its involvement throughout the prosecution and resolution of the Action, CTPF believes that the proposed Settlement is fair, reasonable, and adequate to the Class. CTPF believes that the Settlement represents an excellent recovery for the Class, in light of the substantial risks of continuing to prosecute the claims in this case, including the very substantial risks to recovering on any larger judgment. Therefore, CTPF strongly endorses approval of the Settlement by the Court.

## IV.    CTPF APPROVES OF AND FULLY SUPPORTS LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

6.      CTPF takes seriously its role as Class Representative to ensure that the attorneys' fees are fair in light of the result achieved by counsel and reasonably compensate counsel for the work involved and the substantial risks they undertook in litigating the Action.

7.       CTPF supports Lead Counsel's fee request because it is fair and reasonable in light of the quality of the result obtained, the extensive time counsel invested in litigating the case through an appeal, class certification, and fact discovery to make this Settlement possible, the high-quality work counsel performed, and the risks inherent in the litigation.

8.      Further, CTPF believes Lead Counsel has effectively and zealously represented the interests of the Class throughout the course of the litigation and that the proposed Settlement achieved is reflective of the high quality of the work performed.

9.      CTPF further believes that Plaintiffs' Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the

Action. Based on the foregoing, and consistent with its obligation to the Class to obtain the best result, CTPF fully supports Lead Counsel's request for reimbursement of Litigation Expenses.

10.    Finally, CTPF understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Lead Counsel's request for an award of Litigation Expenses, CTPF seeks reimbursement for the costs and expenses that CTPF incurred directly relating to its representation of the Class.

11.    As discussed above, my CTPF colleagues and I diligently oversaw the prosecution of the Action, including reviewing pleadings and briefs filed in the Action both before the District Court and on appeal, reviewing and strategizing on discovery served in the Action, producing documents, providing deposition testimony, and attending both mediations. Included below are two tables, the first listing the CTPF personnel who contributed to the litigation, together with a conservative estimate of the time that they spent and their effective hourly rates (Exhibit 1),[2] and the second listing CTPF's expenses incurred in connection with its services rendered in pursuit of this Action (Exhibit 2).

## V.    CONCLUSION

12.    In conclusion, CTPF, which was actively involved throughout the prosecution and settlement of the Action, strongly endorses the Settlement as fair, reasonable, and adequate, and believes it represents an excellent recovery for the Class in light of the risks of continued litigation. CTPF further supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Class, the substantial work conducted and time invested in litigating the case through fact discovery to make this resolution possible, and the litigation risks. Finally, CTPF requests

---

[2] The hourly rates used for purposes of this request are based on the annual salaries of the respective personnel who worked on this Action and include the cost of benefits as set by CTPF.

reimbursement under the PSLRA for the value of time dedicated by its employees and personnel to the Action as set forth above. Accordingly, CTPF respectfully requests that the Court approve (a) Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge, information, and belief, and that I have authority to execute this declaration on behalf of CTPF.

Executed this 27th day of December, 2024.

Signed by:

Carlton W. Lenoir Sr.

/s/ _____8DC63B71D04A40B_____

Carlton W. Lenoir, Sr.
Executive Director
Public School Teachers' Pension and
Retirement Fund of Chicago

**EXHIBIT 1**

**CTPF - TIME REPORT**

Inception through and including November 30, 2024

| NAME | HOURS | HOURLY RATE* | TOTAL |
|---|---|---|---|
| **Executive Director** | 66 | $222.23 | $14,667.22 |
| Carlton W. Lenoir, Sr. | | | |
| | | | |
| **Chief Legal Officer** | 65 | $141.20 | $9,178.00 |
| Daniel J. Hurtado | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS:** | | | |
| | | | **$23,845.22** |

*The hourly rates used for purposes of this request are based on the annual salaries of the respective personnel who worked on this Action and include the cost of benefits as set by CTPF.

**EXHIBIT 2**

**CTPF - EXPENSE REPORT**

Inception through and including November 30, 2024

| EXPENSE | AMOUNT |
|---|---|
| Travel to deposition | $25.44 |
| **TOTAL:** | **$25.44** |