# EXHIBIT 5

## EXHIBIT 5

*Indiana Public Retirement System, et al. v. Pluralsight Inc., et al.*
Case No. 1:19-cv-00128

**PLAINTIFFS' COUNSEL'S LODESTAR AND EXPENSE SUMMARY**

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 5A | Cohen Milstein Sellers & Toll PLLC | 7,279.75 | $5,896,838.75 | $274,292.36 |
| 5B | Clyde, Snow & Sessions, P.C. | 306.10 | $139,367.50 | $1,874.10 |
| | **TOTALS:** | **7,585.85** | **$6,036,206.25** | **$276,166.46** |

1