# EXHIBIT 5B

Docusign Envelope ID: 3C5GE0F2-B93B-4BB2-B71A-27AC7158B81D

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## NORTHERN DIVISION

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00128 <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

**DECLARATION OF KEITH M. WOODWELL IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES, FILED ON BEHALF OF CLYDE, SNOW & SESSIONS, P.C.**

I, Keith M. Woodwell, declare as follows:

1.      I am a partner at the law firm of Clyde, Snow & Sessions, P.C. ("Clyde Snow"). I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the above-captioned class action (the "Action"), as well as for payment of expenses incurred by my firm in connection with the Action.[1] I have personal knowledge of the facts stated in this declaration and, if called upon, could and would testify to these facts.

2.      Clyde Snow served as Liaison Counsel for Lead Plaintiffs and Class Representatives the Indiana Public Retirement System ("INPRS") and the Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF") (collectively "Lead Plaintiffs") and the Class. In that capacity, Clyde Snow personnel reviewed and revised pleadings, motions, and the appellate

---

[1] Unless otherwise defined in declaration, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement dated May 1, 2024 (the "Settlement Stipulation" or "Stipulation"), and previously filed with the Court, *see* ECF No. 271-1.

briefs in the Action; consulted with Lead Counsel on strategy throughout the Action; assisted with discovery and negotiations with opposing counsel and with interviews of potential witnesses; and provided advice to Lead Counsel on compliance with local rules and procedures.

3.      The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by each Clyde Snow attorney and professional support staff employee involved in this Action who devoted ten or more hours to the Action from its inception through and including November 30, 2024 and the lodestar calculation for those individuals based on their current hourly rates. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by Clyde Snow.

4.      As the partner responsible for supervising my firm's work on this case, I reviewed these time and expense records to prepare this declaration. The purpose of this review was to confirm both the accuracy of the time entries and expenses and the necessity for, and reasonableness of, the time and expenses committed to the litigation. Time expended in preparing this application for fees and expenses has been excluded.

5.      Following this review, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as stated in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. The expenses are all of a type that courts have routinely approved in similar class action cases.

6.      The hourly rates for the Clyde Snow attorneys and professional support staff employees included in Exhibit 1 are consistent with the hourly rates we charge for similar services in non-contingent matters, are based on relevant experience and expertise, and are consistent with prevailing rates in the Salt Lake City market.

7.      The total number of hours expended on this Action by my firm from the inception of the case through and including November 30, 2024, is 306.10 hours. The total lodestar for my firm for that period is $139,367.50. My firm's lodestar figures are based upon the firm's hourly rates described above, which do not include charges for expense items. Expense items are recorded separately, and these amounts are not duplicated in my firm's hourly rates.

8.      As detailed in Exhibit 2, my firm is seeking reimbursement of a total of $1,874.10 in Litigation Expenses incurred in connection with the prosecution of this Action.

9.      The Litigation Expenses incurred in this Action are reflected in the records of my firm, which are regularly prepared and maintained in the ordinary course of business. These records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

10.      With respect to the standing of my firm, attached hereto as Exhibit 3 is a biography of my firm and the attorneys still employed with the firm and involved in this matter.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

Executed on: December 30, 2024

Signed by:

*keith Woodwell*

8EB523D6A80445F...

Keith M. Woodwell

Docusign Envelope ID: 3C5GE0F2-B93B-4BB2-B71A-27AC7158B81D

**EXHIBIT 1**

*Indiana Public Retirement System, et al. v. Pluralsight Inc., et al.*
Case No. 1:19-cv-00128

**CLYDE, SNOW & SESSIONS, P.C.**

**TIME REPORT**

Inception through and including November 30, 2024

| NAME | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Keith M. Woodwell | 181.60 | $575.00 | $104,420.00 |
| | | | |
| **Associates** | | | |
| Joseph D. Watkins | 110.30 | $275.00 | $30,332.50 |
| | | | |
| **Senior Associates** | | | |
| Katherine E. Pepin | 14.20 | $325.00 | $4,615.00 |
| | | | |
| **TOTALS:** | **306.10** | | **$139,367.50** |

5

Docusign Envelope ID: 3C5GE0F2-B93B-4BB2-B71A-27AC7158B81D

# EXHIBIT 2

*Indiana Public Retirement System, et al. v. Pluralsight Inc., et al.*
Case No. 1:19-cv-00128

## CLYDE, SNOW & SESSIONS, P.C.

## EXPENSE REPORT

| CATEGORY | AMOUNT |
|---|---|
| Court fees/ filing fees | $1,830.10 |
| Service of process | $44.00 |
| TOTAL: | **$1,874.10** |

**EXHIBIT 3**

*Indiana Public Retirement System, et al. v. Pluralsight Inc., et al.*
Case No. 1:19-cv-00128

**CLYDE, SNOW & SESSIONS, P.C.**

**FIRM BIOGRAPHY**

[*Beginning on next page*]

Docusign Envelope ID: 3C5CE0F2-B93B-4BB2-B71A-27AC7158B81D



*December 2024*

## PROFESSIONAL SUMMARY

At Clyde Snow, our experienced team of business attorneys are well-versed in a wide range of securities practice areas, ensuring that we can effectively address the industry's specific legal challenges. Our securities team is made up of former state and federal regulators and experienced regulatory and white-collar criminal defense attorneys. In addition to our regulatory defense practice, we represent whistleblowers and both individual and class plaintiffs in actions to recover damages for fraud and other securities violations.

## APPLICABLE PRACTICE AREAS

- Representation of Whistleblowers and Investors Damaged by Securities Fraud
- Securities Enforcement Defense
- Private Funds & Fund Formation
- Investment Adviser Broker Dealer Regulatory Guidance
- Commodities and Futures Enforcement Defense
- White Collar and Regulatory Defense
- Crypto Asset Regulatory Compliance
- Government and Independent Investigations
- Money Service Business Licensing and Compliance
- SEC and State Securities Regulatory Examination Defense

## LITIGATION SUCCESSES

- Obtained muli-million dollar class action award against a direct sales company for securities violations and labor law violations.
- Successfully attained a dismissal for a client in a civil matter seeking $126M in damages.
- Settled a bifurcated trial outside of trial for greater amount than the jury could have awarded.
- Successfully negotiated a case closure, with no action, for a client subject to a major SEC invesigation for an alleged registration violation.

Docusign Envelope ID: 3C56E0F2-B93B-4BB2-B71A-27AC7158B81D

## GENERAL OFFICE INFORMATION

 www.clydesnow.com

 201 S. Main St.
22nd Floor
Salt Lake City, UT 84111

**ClydeSnow**
ATTORNEYS AT LAW



## KEITH M. WOODWELL

✉ kwm@clydesnow.com

📞 801.433.2430

### BIO

Mr. Woodwell focuses his practice on securities enforcement, regulatory defense, government and independent investigations, and white-collar defense. He represents corporate and individual clients in regulatory enforcement investigations and litigation before the U.S. Department of Justice (DOJ), the U.S. Securities and Exchange Commission (SEC), and other federal and state securities and commerce agencies. Mr. Woodwell also provides expert witness services on securities issues in both state and federal court.

Prior to joining Clyde Snow, Mr. Woodwell served as the Director of the Utah Division of Securities for 10 years. During his tenure at the Division, Mr. Woodwell oversaw and litigated hundreds of complex enforcement investigations. Mr. Woodwell also various leadership roles for the North American Securities Administrators Association (NASAA), including as Enforcement Section Chair, Ombudsman, and on the Board of Directors.

Before his service with the Division, Mr. Woodwell spent several years in Washington D.C. and overseas in the National Clandestine Service of the Central Intelligence Agency. He has also served as Associate General Counsel to the Utah State Legislature. Mr. Woodwell is also an Adjunct Professor at BYU's J. Reuben Clark Law School, teaching a class on white-collar crime and securities fraud.

## KATHERINE E. PEPIN

✉ kep@clydesnow.com

📞 801.433.2443

### BIO

Ms. Pepin is an associate with Clyde Snow. She represents clients in a variety of matters including securities enforcement and regulatory defense, government and independent investigations, white collar defense, and civil and business litigation. Ms. Pepin graduated from the University of Utah S.J. Quinney College of Law with Highest Honors and is a member of the Order of the Coif. Prior to joining Clyde Snow as an attorney, Ms. Pepin was a law clerk with the firm.

