# Exhibit 1

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**NORTHERN DIVISION**

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PLURALSIGHT, INC., *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00128<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING:**
**(A) MAILING OF THE NOTICE PACKET AND (B) REPORT ON REQUESTS FOR**
**EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.      I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eight years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated August 2, 2024 (ECF No. 274, the "Preliminary Approval Order"), SCS was retained by Lead Counsel as Claims Administrator to supervise and administer the notice procedures as well as the processing of claims in connection with the Settlement of the above captioned Action.[1]  I submit this supplemental declaration in order to provide the Court and the

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated May 1, 2024 (ECF No. 271-1, the "Stipulation").

Parties with updated information regarding the mailing of the Notice of (I) Proposed Settlement and Plan of Allocation; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice Packet") to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

## UPDATE ON MAILING OF THE NOTICE PACKET

3.      As noted in the Declaration of Sarah Evans Concerning: (A) Mailing of the Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated December 27, 2024 (ECF No. 287-4, the "Initial Mailing Declaration"), SCS mailed or e-mailed 2,305 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.      The Initial Mailing Declaration stated that 19,440 Notice Packets had been mailed to potential Class Members or nominees, and that SCS had also been notified by a nominee that it emailed 6,779 of its clients to notify them of this Settlement and to provide a direct link to the Notice Packet on the Settlement website. Since the Initial Mailing Declaration was filed, no additional Notice Packets have been mailed by SCS, and 31 additional emails have been sent with the direct link to the Notice Packet by nominees or by SCS in response to nominee requests. As of the date of this declaration, a total of 26,250 potential Class Members have either been mailed a Notice Packet or emailed a direct link to the Notice Packet on the Settlement website.

5.      As noted in the Initial Mailing Declaration, a total of 1,169 Notice Packets had been returned to SCS as undeliverable, of which the United States Postal Service provided updated addresses for 55, and SCS immediately mailed a new Notice Packet to these updated addresses; and the remaining 1,114 Notice Packets returned undeliverable were "skip-traced" to obtain

2

updated address information, if available, and 435 were re-mailed to updated addresses obtained through skip-tracing. A total of 679 Notice Packets which were returned undeliverable were unable to be remailed, as a new address was not located. Since the Initial Mailing Declaration, SCS has not received any additional Notice Packets returned undeliverable. Of the 679 Notice Packets for whom no new address was located, SCS had been provided a valid email address for 64 of these potential Class Members, and SCS promptly emailed a notice to these Class Members at the email address on file.

6.      Thus, the Court-approved Notice program has reached or is expected to reach via mail or email at least 25,635 potential Class Members, as adjusted for undeliverable Notice Packets.[2]

## UPDATE ON TOLL-FREE TELEPHONE LINE

7.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement. SCS has and will continue to promptly respond to each telephone inquiry and address Class Members' questions throughout the administration process.

## UPDATE ON SETTLEMENT WEBSITE

8.      As noted in the Initial Mailing Declaration, on August 15, 2024, SCS established the website for the Settlement at www.pluralsightsecuritieslitigation.com. The Settlement website is accessible 24 hours a day, 7 days a week, and it contains a home page; an important documents page with downloadable copies of the Notice Packet, Preliminary Approval Order, and Stipulation;

---

[2] The amount represents the 26,250 total Notice Packets disseminated minus the 615 Notice Packets returned undeliverable to SCS for whom no updated address information was located and no valid email address was provided.

a page for online claims filing; a nominees page; and a contact us page. To date, the Settlement website has received 5,472 pageviews from 2,134 unique users.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

9.      The Notice, Summary Notice, and the Settlement website informed potential Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than January 14, 2025. SCS had previously received one invalid request for exclusion, which was included as Exhibit D to the Initial Mailing Declaration. The request was invalid because it did not contain the information required to establish that the requestor was a Class Member. Also included in Exhibit D to the Initial Mailing Declaration was SCS's email response to the requestor, which informed them that their request for exclusion was invalid and what information and documentation would be needed for their request to be valid. To date, SCS has not received any response from the requestor, and the request remains invalid.

10.      According to the Notice, Summary Notice, and the Settlement website, Class Members seeking to object to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses must have served their objections upon Lead Counsel and Defendants' Counsel, as well as filed them with the Court, no later than January 14, 2025.  As of the date of this declaration, SCS has neither received any objections nor been notified of any objections being filed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23rd day of January 2025, in Media, Pennsylvania.

_Sarah Evans_

———————————————
Sarah Evans

4