Carol V. Gilden
COHEN MILSTEIN SELLERS & TOLL PLLC
200 S. Wacker Dr., Suite 2375
Chicago, Illinois 60606
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Keith M. Woodwell (#7353)
CLYDE, SNOW & SESSIONS, P.C.
201 S. Main St., Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

*Additional Counsel on Signature Page*

*Attorneys for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers'
Pension and Retirement Fund of Chicago and the Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INDIANA PUBLIC RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PLURALSIGHT, INC., *et al.*, <br><br> Defendants. | Civil No. 1:19-cv-00128 <br><br> The Honorable Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR ENTRY OF A CLASS
DISTRIBUTION ORDER**

PLEASE TAKE NOTICE THAT pursuant to the parties' Stipulation and Agreement of
Settlement dated May 1, 2024 (Dkt. No. 271-1, the "Stipulation"),[1] and the Judgment and Order
Approving Class Action Settlement entered February 5, 2025 (Dkt. No. 291), Lead Plaintiffs the
Indiana Public Retirement System and the Public School Teachers' Pension and Retirement Fund

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation.

of Chicago (together, "Lead Plaintiffs"), hereby move for the entry of a Class Distribution Order which, among other things, will: (i) approve the administrative determinations of the Claims Administrator Strategic Claims Services in accepting and rejecting the Claims submitted by Claimants; (ii) approve distribution of the Net Settlement Fund to Authorized Claimants; and (iii) authorize the destruction of paper copies of Claim Forms and electronic copies of Claim records after an appropriate amount of time has elapsed following distribution of the Net Settlement Fund.

Lead Counsel has provided Defendants advance notice of this Motion, and confirmed that Defendants do not plan to oppose the Motion. Lead Counsel is aware of no opposition to this Motion. For the Court's convenience, a proposed Class Distribution Order is submitted with this Motion. The proposed Class Distribution Order filed herewith confirms the Stipulation's provisions for re-distribution of any residue of the Net Settlement Fund. Because the Motion is unopposed, Lead Counsel respectfully submits that the Motion may be decided without a hearing.

August 29, 2025

Respectfully submitted,

By:  */s/ Carol V. Gilden*

COHEN MILSTEIN SELLERS & TOLL PLLC
Carol V. Gilden (admitted *pro hac vice*)
200 S. Wacker Dr., Suite 2375
Chicago, IL 60606
Telephone: (312) 357-0370
Facsimile: (312) 357-0369
cgilden@cohenmilstein.com

Steven J. Toll (admitted *pro hac vice*)
Jan E. Messerschmidt (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. N.W., Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

CLYDE SNOW & SESSIONS, P.C.
Keith M. Woodwell
201 S. Main St., Suite 2200
Salt Lake City, Utah 84111
Telephone: (801) 322-2516
Facsimile: (801) 521-6280
kmw@clydesnow.com

*Counsel for Lead Plaintiffs Indiana Public Retirement System and Public School Teachers' Pension and Retirement Fund of Chicago and the Class*