**LATE, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-2**

| Claim Number | Total Recognized Claim |
|---|---|
| 227 | $51,984.36 |
| 230 | $142.00 |
| 231 | $1,962.12 |

**Totals**          **3**                    **$54,088.48**