EXHIBIT C

Pluralsight Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

# DEFICIENCY NOTICE

**CONTROL#:**   35

**April 18, 2025**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Sufficient Documentation* was not provided. In order to process your claim, we require: (1) any transactions in Pluralsight, Inc. ("Pluralsight") Class A common stock between January 16, 2019 and October 29, 2019, inclusive; (2) proof of holdings of Pluralsight Class A common stock at the opening of trading on January 16, 2019; and (3) proof of holdings of Pluralsight Class A common stock at the close of trading on October 29, 2019. | 11400 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within twenty (20) days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the Net Settlement Fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions in Pluralsight, Inc. ("Pluralsight") Class A common stock between January 16, 2019 and October 29, 2019, inclusive; (2) proof of holdings of Pluralsight Class A common stock at the opening of trading on January 16, 2019; and (3) proof of holdings of Pluralsight Class A common stock at the close of trading on October 29, 2019.