**INADEQUATELY DOCUMENTED CLAIMS**          **EXHIBIT D**

| Claim Number | Reason for Rejection |
|---|---|
| 19 | Inadequately Documented Claim |
| 27 | Inadequately Documented Claim |
| 35 | Inadequately Documented Claim |
| 36 | Inadequately Documented Claim |
| 45 | Inadequately Documented Claim |
| 60 | Inadequately Documented Claim |
| 68 | Inadequately Documented Claim |
| 161 | Inadequately Documented Claim |
| 183 | Inadequately Documented Claim |
| 253 | Inadequately Documented Claim |
| 255 | Inadequately Documented Claim |
| 256 | Inadequately Documented Claim |
| 261 | Inadequately Documented Claim |
| 57349 | Inadequately Documented Claim |
| 57389 | Inadequately Documented Claim |
| 57453 | Inadequately Documented Claim |
| 57458 | Inadequately Documented Claim |
| 57469 | Inadequately Documented Claim |
| 57568 | Inadequately Documented Claim |
| 57648 | Inadequately Documented Claim |
| 57667 | Inadequately Documented Claim |
| 57704 | Inadequately Documented Claim |

**Total**                                                    **22**