**EXHIBIT F**

Pluralsight Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   1

**May 29, 2025**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| Shares of Pluralsight, Inc. ("Pluralsight") Class A common stock were not purchased during the Class Period.  In order to be eligible, you must have purchased Pluralsight Class A common stock between January 16, 2019 through July 31, 2019, inclusive. | 253 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.